UNITED STATES DISTRICT AND BACKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 2 2012

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

ANNAMARIE D RIETHMILLER, *1207 43Rd St W, Bradenton Florida Tel: 334 - 254-1451*

Plaintiff,

*Due to illness unable to deal with matter, therefore-*

~~Care of The South African Embassy, Attention: Mr A Nhlapo~~

4301 Conneticut Av, NW, 220,

Washington DC, 20008

Tel No:

*b (cw) 6/22/12 changed at request of the court dated 6/11/12 per Lamberth.*

Vs                          Civil Action No:

THE UNITED STATES OF AMERICA,

First Defendant,

Case: 1:12-cv-01287
Assigned To : Unassigned
Assign. Date : 8/2/2012
Description: Pro Se Gen. Civil

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

and

THE EXECUTIVE OF THE UNITED STATES OF AMERICA, PRESIDENT BARAK OBAMA,

Second Defendant,

The White House,  1600 Pennsylvania Ave NW, Washington DC, 20500

And

THE REPUBLIC OF SOUTH AFRICA,

Third Defendant

4301 Conneticut Av, NW, 220, Washington DC, 20008

1



RECEIVED
MAY - 1 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
JUN 2 5 2012
Clerk, U S District & Bankruptcy
Courts for the District of Columbia
3



RECEIVED
Mail Room
JUN 25 2012
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT TO A SUMMONS IN A CIVIL ACTION

## AND JURY DEMAND

1.    The Jurisdiction of this court is invoked pursuant to this court being required to hear federal questions ( 28 U.S.C. section 1331), as well as, as well as in respect of violations of civil rights pursuant to 42 U.S.C. section 1983. The Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1331 because some of these actions arise under the Constitution and laws of the United States. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e)(3) because no real property is involved, the district is situated in the district of Columbia, and some of the defendants are agencies of the United States or officers thereof acting in their official capacity.

2.  COMPLAINT:

Complaint Summary: Lack of compliance in the cases listed with the Supremacy Clause of the Constitution of the United States, placing the United States in violation of its international obligations.

EXPLANATORY NOTES: The United States is under obligation to not violate the Universal Declaration on Human Rights in respect of any individual, including the Plaintiff.

Despite repeated warnings through Motion after Motion in the listed cases, that it is to refrain from doing so, it continued to do so (Moreland January 3, 2012), even after the Plaintiff invoked the Supremacy Clause in respect of prior violations of the Supremacy Clause (Gilner 21 October 2009 in cases ending 10742 and 10429 to be read in conjunction with Fabisiak under oath statement of 7 November 2011; Gilner in 10430 October 2009 to 10 August 2010, never revealing he is on the case despite being circuit judge for the entire period – he was disqualified in 10429 and did not want the Plaintiff to know he is in 10430; Ezell July 14, 2010 and August 9, 2010, to mention some).

Implementation of the Supremacy Clause of the Constitution of the United States requires legislation in line with it. It also requires physical structures, ie the courts, to give people access to it. In such tribunals it requires people/judicial officers, willing to implement the Supremacy Clause.

The United States fell short in the latter respect. It is the repeated failure by the United States that despite the long list of cases attached all of which had the Supremacy Clause invoked and ignored, which brings this matter to this court to force such implementation of the Supremacy Clause of the Constitution of the United States in respect of the Plaintiff, the Plaintiff's, Federally protected right.

This is therefore a Federal Question matter. The matter started off with crimes against the Plaintiff's family, where the United States failed firstly to protect not only her family, but over 600 victims of psychiatric abuse by a psychiatrist, Fabisiak, who describes herself in 41-2010-CA-10652 as "disabled" through mental illness (anxiety) and who openly committed fraud on her Florida license to practice medicine (see copy of her Florida license to practice medicine alleging she is American Board of Psychiatry and Neurology certified and also attached a letter from the American Board of Psychiatry and Neurology denying she was ever certified by that board). The second error by the United States is that it specifically and deliberately sided with the criminal conduct of the psychiatrist against the Plaintiff, the whistleblower wife of one of the psychiatrists victims, William Riethmiller, showing him as mental health patient no concern, and deliberately and illegally depriving the Plaintiff of her most basic human and civil rights from October 21, 2009 to date,  The United States government officials all know the Supremacy Clause of the United States and the obligations of the United States in terms thereof, yet conducted themselves deliberately outside the parameters set by the Supremacy Clause. They are Gilner, Ezell, Moreland, to mention some, all people who worked closely with Fabisiak for ten years in over 600 mental health cases, see attached list, in which she was expert, and therefore officials who should have recused themselves, but instead deliberately failed to do so, seeing through their appointed office an opportunity to put their own relationship with Fabisiak ahead of their responsibilities, duties and oaths to the Constitutions and laws of the State of Florida and the United States of America. Through their conduct they specifically acted to do Fabisiak the favor of hiding her crimes see Fabisiak affidavit of November 7, 2011, acknowledging Gilner gave the order depriving the Plaintiff of her most basic human and civil rights on her behalf in a case she was not a party to! This violated the law in and on top of it deliberately illegally used the law as a "stick" to "beating" away the Plaintiff, in the process violating the Plaintiff's most basic human rights protected by the Supremacy Clause, to without due process or any reason in terms of the law give orders depriving her of freedoms such as religion, movement, speech, etc

in deliberate retaliation for the Plaintiff daring to demand that the law making Fabisiak's conduct a felony, Florida Statute 491.0111 and 491.0112, be implemented. In any legal system the Plaintiff is aware of, the illegal conduct of Fabisiak and her friends like Gilner, would be detected and corrected by the first court of review. Only in third world countries would one expect a cover up to hide unconstitutional conduct by government officials. People such as Gilner, Ezell and Moreland so openly violated the law, that a simple examination of the record shows they acted illegally by presiding at all, and then on top of it so deliberately failed to apply the law, that their decisions are void from the outset due to the malice of their illegal conduct. Without any effort a serious court would order the decisions void and order restorative measures under the Supremacy Clause, which was invoked as soon as their illegal conduct was proven through the orders of August 2010. Instead of acting responsibly and in terms of the law, layer after layer of review courts were more concerned with covering up the blatantly illegal conduct of the officials like Ezell, and in the process committed openly and deliberately further crimes in terms of State and Federal laws to protect the lawless psychiatrist and her friends even more, allowing her even further abuse through Moreland, January 3, 2012 and obviously in the process continuously adding to the serious human rights violations on more such violations. The layer after layer of judicial review officials who had the legal duty to apply the law not only to the psychiatrist but also to their lower court colleagues whose conduct was very blatantly illegal (in the case of Ezell a simple due diligence of his conduct compared to the rules shows he hi-jacked a US court) from clear evidence on the record, took a lawless path away from the laws they swore oaths to uphold, showing by now a clear line of like conduct of a judiciary, layer upon layer, with no respect for the laws of the United States or its constitution, a situation the United States is not allowed in terms of it Supremacy Clause obligations to tolerate. Because the Plaintiff and the other over 600 victims had their *erga omnes* rights violated, it places a burden on ANY state becoming aware of the conduct to demand the United States corrects itself. A due diligence will identify the individuals making themselves enemies to the Constitution of the United States and they are more than Ezell, Gilner, Moreland, the most blatant of the culprits.

From the conduct of the government officials it is clear they have become a law unto themselves expecting never to be held accountable for their illegal conduct, with layer after layer covering up for the lawless conduct of the previous layer.

In this fashion it also came to pass that the United States failed to exercise its criminal jurisdiction over those responsible for violating criminally the Constitutions of the State of Florida and the United States as well as committing international crimes.

This statement can be proven true by the simple due diligence called for in the cases listed in the attachments hereto.

In addition, United States government officials acted outside State and Federal laws, including the Bills of Right of the State of Florida and the United States and contravened laws embodied in Article 38(1) of the International Court of Justice, a body of laws the United States vowed to uphold. In response the Plaintiff quite correctly invoked the Supremacy Clause in the matters listed in the simultaneous Motion filed together herewith.

Article VI, Clause 2 of the United States Constitution, known as the Supremacy Clause, establishes in the U.S. Constitution that U.S. accepted Treaties, made pursuant to the U.S. Constitution, shall be "the supreme law of the land." The text decrees these to be the highest form of law in the U.S. legal system, and mandates that all state judges must follow federal law when a conflict arises between federal law and either the state constitution or state law of any state. (Note that the word "shall" is used, which makes it a necessity, a compulsion, so the layers of courts ignoring their duty knew full well they are wrring with the Constitution.) The Supremacy Clause applies when the federal government is acting in pursuit of its constitutionally authorized powers, as noted by the phrase "in pursuance thereof" in the actual text of the Supremacy Clause itself.

The "supremacy clause" is the most important guarantor of national union. It assures that the Constitution and federal laws and treaties take precedence over state law and binds all judges to adhere to that principle in their courts.

Therefore, when the Florida Second District Court of Appeal covered up the human rights violations against the Plaintiff by government officials Gilner and Ezell by dismissing her cases giving no reasons and the Florida Supreme court cited cases as president that as the Second District Court of Appeal provided no reasons it has no jurisdiction, and then when the Plaintiff had already invoked the Supremacy Clause, it was clear this is a case where a State, Florida, is violating the U.S Constitution and U.S. Treaties purposefully to protect Fabisiak and

simultaneously discriminate in the vilest and most repugnant sense against the Plaintiff when she correctly invoked the Supremacy Clause to correct the harm she and her family had already suffered at that time.

As matter after matter came before the courts the Plaintiff having invoked the Supremacy Clause, the courts appeared to think that by failing to allow the consolidation of the cases the Plaintiff was asking for in Motion after Motion, which would have clearly shown the 18USC241 Constitutional crimes of the officials such as Ezell, Gilner and Moreland in conjunction with Fabisiak, the psychiatrist, that they could in this way avoid the Supremacy Clause applying. However, each of the officials implicated acted against the laws and in particular the Constitutions of the State of Florida and the United States and thus the Supremacy Clause, so even without the consolidation, the conduct of the officials was from a simple examination of the record clear cut and easy to recognize.

On 7 December 2011 the Plaintiff filed a Motion in SC11-5659, bringing the combined conduct to the attention of the US Supreme Court, but also brining new evidence in that Fabisiak under oath on 7 November 2011 acknowledged Gilner on October 21, 2009 was actually giving the order for her, a non party, proving the collusion the Plaintiff had alleged in the summons leading to SC11-5659. On December 7, 2011, the Plaintiff had again invoked the Supremacy Clause in SC11-5659.

From what the Plaintiff has experienced it appears the problem in the United States legal system is larger than just what she experienced. Conduct already noted from not only state courts, but also federal courts, namely that the United States failed to keep the original ratio of judges to people as the population grew in step with the original constitution, resulted in more cases than what judges could ever handle themselves, and therefore developed extreme power for the clerks of the court who are the actual people making decisions and now having excessive power to decide who and what gets heard or decided.

In this fashion a US Supreme Court clerk, Elliot, did not only make illegal statements on a letter after the filing of the 7 December 2011 motion, but even took it upon herself when the Plaintiff in terms of the rules of court filed a Motion to the US Supreme Court February 13, 2012, pointing out to the court that the date of filing, 7 December 2011, of the urgent Motion

demanded the Motion be heard before a single judge as she had requested before the main matter be decided. Summarily and without any consultation with a judge to comply with the rules Elliot "determined" the matter.

The original reason for the Supreme Court involvement in the main matter was whether or not the Plaintiff be given a waiver of paying the $350 filing fee for an appeal where she had reported the Unconstitutional Conduct of officials Gilner and Ezell (the latter having hi-jacked a US Court) to deprive her of any income to which she is legally and legitimately entitled in terms of Florida law, ie, causing government induced poverty.

The error of the United States Supreme Court is clear from the fact that it, itself granted her one more than one occasion such waiver of fees, yet, according to Elliot, denied her this fundamental right *of waiver of fees* to be heard in SC11-5659, despite the December 7, 2011 Motion which was filed timeously. To date and despite two written requests the United States Supreme Court failed to provide the Plaintiff with a copy of Elliot's alleged judgment, causing the Plaintiff to address a letter to Chief Justice Roberts, a copy of which is attached to the Motion filed simultaneously herewith.

The essence is that after sincere and honest effort to convince the United States to apply its laws in respect of her, the Plaintiff failed. Gilner and Ezell's illegal conduct depriving the Plaintiff of any income has now led to life threatening illness, hence the attached Motion. The list of harm caused and suffered does have components which sound in money, but no such order is sought herewith as counsel once appointed can deal with such issues. The United States deprived the Plaintiff of fundamental rights guaranteed NEVER to be lost in terms of the Supremacy Clause of the Constitution and the Plaintiff is before this court to call in such guarantee.

This means the law, and in particular the Supremacy Clause, needs to be implemented into the situation. The Plaintiff therefore approached international tribunals as is clear from a letter to Mr Couvreur, Registrar of the International Court of Justice, a copy of which is attached to the Motion filed simultaneously herewith.

As the Plaintiff is a dual citizen of the United States and the Republic of South Africa she has approached South Africa for assistance and its High Court through Judge Vahed advised this is the right court to proceed in, hence the filing hereof in this court. The need for any foreign

intervention for assistance or assistance from the Republic of South Africa will fall away the moment this court implements the Supremacy Clause into the situation. The Plaintiff understands that this will mean this court orders a due diligence which will give it clear evidence that the Plaintiff's most basic human and civil rights were violated (as were the rights of over 600 others). This court will then have a duty to restore such rights and will also have a duty to protect victims, not only the Plaintiff, but also her husband and the over 600 others. This court shall further have a duty to deal with the Unconstitutional and illegal conduct of the errant United States officials the due diligence bring to light and no doubt amongst those will be Ezell, Gilner and Moreland, to name but some. ^violated the Supremacy Clause and Constitution,

Unfortunately it appears from the record that much of the illegal conduct displayed by government officials is based on what for instance Ezell (and Gilner and Moreland) perceives as leadership from President Obama and the court is referred to the record of July 14, 2010, Ezell presiding illegally violating just about every rule (a simple due diligence of cases 41-2009-DR-10430 and 41-2009-DR-10742 will confirm this and proudly linking his conduct to President Obama.

The Second Defendant is accordingly President Obama in his capacity as executive, who has off his own free will exceeded his powers and created a state of lawlessness through his deliberate deviation from the Constitution of the United States, which resulted in the Plaintiff having a causal connection between her injury suffered through United States Government official Ezell, who directly linked his (Ezell's) illegal conduct to the Second Defendant (President Obama's) actions and/or illegal and unconstitutional utterances, which this court is asked to determine if such actions and/or illegal and unconstitutional utterances were in fact illegal and unconstitutional or if a President of the United States can speak against the Constitution to which he made an oath, giving him his right to office.

The Plaintiff has the standing to litigate this case of controversy spanning a wide range of subjects, for which this federal court has the jurisdiction and duty to determine the specific circumstance of the individual situations to implement constitutionally sound solutions leading to justice, equality and freedom. The problem is however, that the only way in which the matter can go forward is by either the international community or South Africa or this court appointing counsel to assist the Plaintiff, as she has fallen ill. The Constitutions of both the State of Florida

and the United States make provision for counsel to be appointed when a victim of human and civil rights violations is in need of such counsel. The Plaintiff has set out in Motion after Motion since November 2010 the reasons why she qualifies for such assistance. A due diligence shall show that one of the violations of the Supremacy Clause has been the deliberate deprivation of help by the United States to a victim it created and then as "punishment" deprived of any help. The Plaintiff is now ill and cannot at all proceed with the matters, therefore quoting the address of the South African Embassy as someone else must now take these matters forward until justice is done and the Constitutions of the State of Florida, The United States and treaties which binds it are implemented.

3. As a point of reference the court is referred to Supreme Court case SC11-5659 and other Federal and State cases, a list of which is attached.

4. For State and federal laws violated by the psychiatrist Fabisiak, the Plaintiffs husband, William Riethmiller's psychiatrist (see attached Aetna account of the Plaintiff, where the Plaintiff's insurance using a fraudulently obtained federal PIN by Fabisiak, paid for the medical services rendered by Fabisiak to William Riethmiller) the court is referred to the attached letter to Mr Romano, Chief legal officer of the Florida Department of Health.

5. Although Fabisiak's illegal conduct led to domestic relations cases in State court, such cases are merely referred to herein to bring to the attention of the court Federal Crimes committed in conjunction with Fabisiak by government officials with whom Fabisiak worked narrowly over a ten year period as psychiatric expert in the local court where they preside as judicial officers, or as evidence, such as when Fabisiak on November 7, 2011 under oath confirmed her 18USC241 crime in having collaborated by Gilner to obtain a "judgment" in her favor in a matter she was not a party to. No domestic adjudication in respect of such matters is expected from this court and merely the continuous 18USC241 and related Federal Crimes are proven, using some State court records as part evidence for the Federal crimes reported herein. The overzealous efforts by the local government officials, Gilner, Ezell, Moreland and others, to protect Fabisiak and deliberately harm the whistleblower wife of her psychiatric sexual abuse victim, the Plaintiff, therefore do form part of the 18USC241 and related crimes brought to the attention of this court and also displays the failure of the State of Florida to adhere to the Supremacy Clause and give effect thereto, implementing Federal and International laws binding the State of

11

Florida. No domestic issues are relevant hereto and the issues brought to the attention of this court are of a federal nature, dealing with Federal questions based on the Constitution of the United States of American and on International laws, treaties and conventions binding the United States, when one of its States, the State of Florida deliberately chose to violate the law.

6.   The South African High Court, Kwa Zulu Natal Division, further through Judge Vahed, on March 9, 2012 in case 2012/2626 advised the Plaintiff that the correct court to formally obtain protection from the Republic of South Africa against the abuse the Plaintiff suffers, is via its Embassy in Washington DC through this court.

7.   The court is referred to a letter addressed to Mr Couvreur, Registrar of the International Court of Justice, which sets out in greater detail violations of international law by the United States, in particular that *erga omnes* rights of the Plaintiff and over 600 others were violated. Because of the nature of the violations against the Plaintiff and others being *erga omres*, any other state becoming aware of the circumstance could and shoould also approach this tribunal on behalf of the victims, or join South Africa in its efforts to resolve the illegal situation. The urgent reason to hold those who perpetrated the harm accountable is that the illegal conduct can be blamed for a potentially deadly illness the Plaintiff may now suffer as a direct result. Finding a resolution to undo the illegal conduct caused by the 18USC241 and other crimes, can mitigate harm and is the duty of this court to assist the parties to find.

The Plaintiff invoked the Supremacy Clause in all listed cases, including SC11-5659 since November 2010 and hereby invokes the Supremacy Clause of the Constitution of the United States herein, formalities to follow below. The Supremacy Clause demands that Constitutional and International law violations and harm be dealt with first and that abused victims of unconstitutional conduct be restore to the situation ante, before lesser issues are dealt with. The essence of this matter is to enable the United States as an act of extreme goodwill by the Plaintiff, to correct itself in terms of its own laws and Constitutional principles and to implement its laws and treaty obligations in terms of the Plaintiff and other victims brought to the attention

of the court, so that an international tribunal is not necessary to hold it accountable. In this regard is attached a letter from the International Criminal Court where the criminal conduct of the government officials who collaborated with Fabisiak are already reported for their international crimes. Such court however only deals with the international aspects of such crimes and this court still have the duty to correct the criminal conduct and protect victims. The following is an extract from a filing in the Florida Supreme Court which failed in terms of its responsibilities:

(Note to the court: the next paragraph to this complaint, paragraph 8, appears after the Ubelwu quotation on page 16 -)

"The court is reminded of the following laws in respect of her Motions asked to be granted:

The civil and human rights guaranteed to the victims of Fabisiak's fraud and the help of her government friends to harm the victims are:

by the Constitution for the United States of America, as lawfully amended ("U.S. Constitution");  by treaties enacted pursuant to the Supremacy Clause in the  U.S. Constitution, including specifically the Universal Declaration of Human Rights ("Declaration"), and the International Covenant on Civil and Political Rights, the latter with specific Reservations by the U.S. Congress ("Covenant");  and by the Bill of Rights in the Constitution of the State of Florida ("Florida  state Constitution") .

The Florida Supreme Court has jurisdiction:

This Court has original jurisdiction over this case

by virtue of the Florida state Constitution, and also the specific Reservations
which Congress attached to the <u>Covenant</u> in the Document of Ratification of
the International Covenant ("Ratification Document"). Article II, Section 5,
of the Ratification Document reads as follows:

```
(5)   That the United States understands that this
Covenant shall be implemented by the Federal
Government to the extent that it exercises
legislative and judicial jurisdiction over the
matters covered therein, and otherwise by the
state and local governments;  to the extent that
state and local governments exercise jurisdiction
over such matters, the Federal Government shall
take measures appropriate to the federal system
to the end that the competent authorities of the
state or local governments may take appropriate
measures for the fulfillment of the Covenant.
```

Section 466 demands that pro se pleadings in a civil rights action must be viewed
without regard for technicalities, and such pleading should be according to a
liberal construction.  In Eldridge v Block, 832 F.2d 1132,9 Fed. R. Serv 3d 616 (9th
Cir. 1987) it was held the court should provide a pro se "plaintiff" with at least
some notice of the deficiencies in the complaint to insure that he plaintiff uses
the opportunity to amend effectively. The Appellant's lack of legal skills and her
inability to defend her own rights and the rights of her husband must be rectified
by the court urgently appointing counsel. The court has that discretion. (U.S –
Marashll v. Columbia Lea Regional Hosp., 345 F. 3d 1157 (10th Cir. 2003); Davis v.
Scott, 94 F. 3d 444 (8th Cir. 1996).

The Civil Rights Act 1870, Section 1981 provides for equal rights under the law.
There is a direct connection between the conduct of officials at the 12th Judicial
circuit, their obvious unlawful conduct, such as Gilner and Ezell (even
"appointing" himself and hearing matters he knew the Statue specifically forbids a
Magistrate to hear.) and the deprivation of the Appellant's rights.

The integrity of the judiciary must be above reproach. Its decisions are trusted.

42 U.S.C.A provides remedies when conspiracies, such as in this case, deprive a

person from equal protection of the laws (U.S – Soto v. Schembri, 960 F. Supp.

751 (S.D. N.Y. 1997)), a fundamental human and civil right violated by Gilner and the many others after him in this matter under appeal. Moreland, the judge in the four matters under reply and the one under which these Motions are filed was openly Fabisiak's friend. She is openly violating the law and the Cannon which regulates judicial conduct. She is so confident, because the structures which should have held her accountable failed and she now regards herself above the law. This court must not allow that. Moreland and none of those before her had the right to put themselves above the law.

The Supreme Court of Florida has a duty to remedy Constitutional cases and redress the condition offending the Constitution.(Inmates of Occoquan v. Barry, 844 F.2d 828(DC. Cir. 1988).  The court cannot decline to exercise its discretion and must resort to vindicate the deprivation of constitutional rights (U.S. – Watson v. City of Memphis, 35, 526, 83 S. Ct. 1314, 10L Ed. 2d 529 (1963). One glance and it is clear no court would ever have acted as Gilner, Dubensky, Maulucci, Ezell, Dunnigan, Brownell, and Moreland did, but that the Appellant is from Africa originally and thus the discrimination on race and country of origin is clear, and the court has a duty to not only correct and eliminate the effects of past discrimination but bar future discrimination. U.S. N.A.A.C.P. v City of

9.  The Plaintiff is a South African citizen by birth and the 1996 Constitution of the Republic
    of South Africa prohibits the Republic of South Africa to condone the international
    crimes suffered by the Plaintiff and her family as well as others, details of which was
    brought to the attention of South Africa. In terms of international law South Africa has a
    duty to hold the United States accountable for its violation of Article 38(1) violations of
    the Statute of the International Court of Justice and to remind the United States of it's
    duty to fulfill it's international obligations in terms of the Vienna Convention Article 26.

10. The Plaintiff applied for citizenship of the United States under circumstances as set out in
    the listed cases particularly SC11-5659, but in essence Fabisiak used William
    Riethmiller, the victim of her psychiatric sexual abuse (William was most vulnerable
    when Fabisiak first committed her Florida Statute 491.0111 and 491.0112 felony in
    respect of William and he was also at the time on mind altering medication Fabisiak
    prescribed. Medical expert literature further indicates that he most likely suffers from the
    transference phenomenon and Stocholm's syndrome) to urge the Plaintiff to take US
    citizenship, it appears Fabisiak using such taking of citizenship by the Plaintiff, as a
    weapon she (Fabisiak) had thought she could control the Plaintiff with so that the
    Plaintiff will not exercise her rights as wife of Fabisiak's victims, William Riethmiller to
    enable Fabisiak to get away scott free with her felonies in respect of William Riethmiller/
    Instead the Plaintiff demanded and still first and foremost demand as is her marital right
    to know why her (the Plaintiff's) husband, mental health patient, William Riethmiller,
    has been abducted by his psychiatrist, Fabisiak, how he really is, demanding a he be
    examined by a panel of psychiatrist and demanding to know what Fabisiak did with the
    family's beloved pets Buddy and Princess, pets the Plaintiff purchased and which were
    raised by her, her husband and her minor children, leaving severe scarring on all
    concerned, and indicating as does a number of other illegal acts by Fabisiak, that she has
    no respect for the law or for others, a trait described by experts common to psychiatric
    abusers.

11. Eventhough the Plaintiff told the United States government through various departments
    about the circumstance in respect of her husband prior to the Plaintiff taking citizenship
    of the United States, at the time of taking her initial oath to the Constitution of the United
    States, the Plaintiff had full faith in the US Judicial system and believed she was taking

Evergreen 693 F.2d 1367, 35 Fed. R. SErv. 2d 1098 (11 1982); Taylor v. Jones, 653

F 2d 1193 (8  1981).

Florida Statute Section 768.28 (9)(a) where a state official would have immunity in

"any act, event, or omission of action in the scope of her or his employment or function, **unless**

such officer, employee, or agent acted in bad faith or with malicious purpose or in a manner exhibiting

wanton and willful disregard of human rights, safety, or property." The record shows clearly

that the conduct of the judicial officers mentioned above qualifies under this

section, as does the conduct of the Florida Department of Health personell who

aided and abetted Fabsiak in her crimes. These officials and the Twelfth Judicial

Circuit officials were further aware that Fabisiak breached Florida Statute

772.103(1) and (2) by keeping her mental health patient under her control (and

medication)". [Note to court: This paragraph 8, continuous on p 23]
(Florida Supreme Court)

[Note to Court: The next paragraph of the Complaint, paragraph 9, follows on page 24 after the below quote & invoking the Supremacy Clause in this court]

8.   And the court's duty was  pointed out to it as follows:

"The Supreme Court of Florida has a duty to remedy Constitutional cases and

redress the condition offending the Constitution.(Inmates of Occoquan v. Barry,

844 F.2d 828(DC. Cir. 1988).  The court cannot decline to exercise its discretion

and must resort to vindicate the deprivation of constitutional rights (U.S. –

Watson v. City of Memphis, 35, 526, 83 S. Ct. 1314, 10L Ed. 2d 529 (1963)." In a

discriminatory fashion, probably because the Plaintiff is from Africa, the State of Florid and the

United States deliberately ignored her rights, even when such rights were so clearly pointed

out.The Plaintiff hereby repeats for the purpose of this summons and the Motion filed

simultaneously herewith exactly the same Notice of Pertinent laws filed in the Supreme Court of Florida on November 7, 2011, this court to adjust the content for the current situation as at April 16, 2012:

"NOTICE OF PERTINENT LAWS **(Also notice to this Federal District of Columbia court.}**

This matter deals with International Treaties, and the Constitutions of the United States of America, the State of Florida and resultant legislation. The Supremacy clause is invoked below.

Appellant's status is by Law, an "individual" as that term is defined in the

federal Privacy Act.  See definition at <u>5 U.S.C. 552a</u>, section 552a(a)(2). Appellant thus claims standing under said Act as such.

 Appellant now invokes the Human Rights <u>Treaties</u> enumerated *supra*, in order to claim, to assert, and to enforce her fundamental Rights, as guaranteed by the Supremacy Clause, to privacy and to equal protection of the Law.  Declaration <u>Article 12</u>, and Covenant <u>Article 17</u>, for "privacy"; Declaration <u>Article 7</u>, and Covenant <u>Article 26</u>, for "equal protection".

Thus, the Appellant argues that the Rights which were violated and referred to in the Appellant's affidavit, correspond to remedies which arise from fundamental Laws.  The remedies are at least equal to, if not greater than, those other

17

remedies which Congress created, via the rules of court lower tribunals relied on, or as relied on by this court under certain case numbers where Jackson v. State. 926 So.2d 1262 (Fla. 2006); Stallworth v. Moore, 827 So. 2d 974 (Fla. 2002), were cited by this court, ie the lower court not stating reasons for it's decision being cited as a reason for not accepting jurisdiction and thus in such cases determining this court is without jurisdiction, when in fact, all along this has been a matter where a crime has proceeded with the blessing of the court, and about the resultant and following violation of the most basic human and civil rights of the Appellant and her husband and the court is bound by law to protect such civil and human rights when learning of violations thereof. Further, this matter goes beyond one act or violation of basic civil and human rights, and all the matters under which these Motions are filed must be viewed simultaneously by this court so that it may be ascertained that the abuses of civil and human rights complained about herein were deliberately orchestrated with the intent to deprive basic civil and human rights and were perpetrated by two or more people under the cloak of government, acting in conjunction with a party (Fabisiak) actively perpetrating a crime in terms of the laws of the State of Florida and conspiring with the other actors as referred to in the cases listed to avoid prosecution and harm the whistleblower wife of her mental health patient,

William Riethmiller. The Appellant and her husband  (William Riethmiller)

qualifies for the protection by the Constitutions of the United States of America

and the State of Florida, in terms of  the definition of "individual" in said Act,

*i.e.,*citizens of the United States [*sic*] and aliens lawfully admitted for permanent

residence [*sic*].  The exact language of said definition now follows:

Section 552a.  Records maintained on individuals

(a)  Definitions.  For purposes of this section --

(2)  the term "individual" means a citizen

of the United States or an alien lawfully

admitted for permanent residence;

I, Annamarie Riethmiller, pro se, a Citizen of  ONE OF the United States of America

hereby verify, under penalty of perjury, under the laws of the

United States of America, that the above statement of laws and facts is true and

correct, according to the  best of my current information, knowledge, and belief,

so help Me God, pursuant to 28 U.S.C. 1746(1).  See Supremacy Clause.

19

The Appellant and the Appellee are married and the marriage still subsists.

The Appellant has a right to protect the Appellee, William Riethmiller's

rights and interests and their combined interests and to warn the court

about the jeopardy he is in and the abuse to both their human and civil

rights and to ask for the protection they both need from this court. The

Appellant also points out to the court Fabisiak living with her mental health

patient is a crime due to her profession and due to him being married, both

being crimes by the laws of the State of Florida. Having found out about

Fabisiak's long history of criminal conduct, coming to the State of Florida

with the intent to defraud the State of Florida that she is American Board of

Psychiatry and Neurology certified when she is not that she is an (Florida)

accountant, when she, Fabisiak, is not, Fabisiak herself confessed mental

illness, places William Riethmiller in a dangerous position of being under

the control of a criminal. Till the State of Florida (the United States) accepts

it's responsibility to hold Fabisiak accountable for her criminal conduct and

protect the victims, William is in grave danger: he knows too much about

her fraudulent activities and is not a person with the capacity to look after

himself and I beg this court, no matter how much the people of the United

States hate me as a "foreigner" and clearly not good enough to be

20

deserving of having it's wonderful laws applied to me, at least have mercy

on my husband who is a born American and cannot help his mental illness

or addictions and protect him and the other innocent victims of Fabisiak's

crime the 619 and the 30.

I remind the court of the following:

I urgently ask that a special prosecutor be appointed and that an unbiased court be

provided. The word abducted is used as experts in the field say the following about

Fabisiak's conduct : Journal of Psychiatry & Law, 2006 by Ralph Slovenko

"This article offers insights on the causes of action against a therapist….Therapists, physicians, and other professionals should not engage in intimate relationship with patients. ……The causes of action against a therapist for improper sexual behavior are varied, some less established than others. It is well recognized that a patient, however competent, has a cause of action against the therapist for "undue familiarity" (as sexual involvement with a patient is called). The theory is that "transference" **undermines any consent** of the patient.')." and "…abusing therapists demonstrate a great need for control. The patient becomes the object first of a psychological subjugation that may… become a form of physical subjugation. Such therapists enjoy a sense of triumph as they take custody of the patient's body as well as mind. There are those who blame such circumstances on the fact that the therapist may be suffering a lack of comfort in his private life.. most cases that have come to light and have been studied are not an instance of a genuine "falling in love", but are instead reflection fo the psychopathological, egotistical needs of the therapist who abandons the well-being of the patient for his own crass self-indulgence…… State licensure laws or certification laws in each state may include codes of conduct which define the post-termination relationship with a former patient. Most codes adopt the ethical standards of the major national professional organization for that profession. However, in some states such as Florid, the stands may be more stringent. For example, the Board of Licensure of Psychologists in **Florida** has a rule that for the purpose of evaluating a case of therapist-client sex, the therapeutic relationship is deemed to exist in perpetuity. This was the first **never OK** rule." Sydney Smith, PhD *The seduction of the female patient.*
Smith also says "…amounts to nothing less than rape. In many cases, to cover his traks, the patient will be 'accidentally' over-prescribed or over-dosed….. if the patient complains, offending psychiatrists often blame the patient's 'mental illness'…. Psychiatrists often argue the patient consented"

(This was June 2010)

The following is an extract from the Appellant's motion a year ago. Instead of

heeding her requests for help, her human rights just became more abused. Please

stop the abuse:

"11.   Florida's Judicial Cannon 2B provides, "A Judge shall not allow a social

relationship to influence the Judge's Judicial Conduct or Judgment."

12.   Florida's Judicial Cannon 3E(1) provides,  "A Judge shall disqualify himself or

herself in a proceeding in which the Judge's impartiality might reasonably be

questioned."

13.   Based upon the above, the Respondent reasonably believed she will not receive an

impartial trial or hearing by Magistrate Braxell Ezell or any other Judicial officer in

Manatee County, as their history with Dr Fabisiak is just too long and intimate.

8.   Based the above, every Manatee County Judge or Magistrate has a conflict of interest

in presiding over the instant action.

9.   Fla. R. Jud. Admin., Rule 2.330(e) provides: "A motion to disqualify shall be

filed within a reasonable time not to exceed 10 days after discovery of the facts

constituting the grounds for the motion and shall be promptly presented to the court for

an immediate ruling."

10.   Fla. R. Jud. Admin., Rule 2.330 (f) Provides; Determination -- Initial Motion.

The Judge (Magistrate) against whom an initial motion to disqualify under subdivision

(d)(1) is directed shall determine only the legal sufficiency of the motion and shall not pass

on the truth of the facts alleged. Standard to be applied by Judge on motion for

disqualification of Judge (or Magistrate( is whether reasonably prudent person would, on

basis of stated facts, fear that he or she cannot get fair trial with Judge (Magistrate)

presiding. Heier v. Fleet, 642 So.2d 669 (Fla 4th DCA1994).  The facts alleged in such a

motion must be taken as true when the motion is supported by the required affidavit of the

facts. See, e.g., Gieseke v. Grossman, 418 So.2d 1055, 1057 (Fla. 4th DCA 1982). Motion

for disqualification of Trial Judge in civil action should have been granted where it was accompanied by counsel's (NOTE: here Respondent is not represented, and accordingly she prepared this Motion and is signing the affidavit), affidavit that supported operative facts set forth in motion, that stated specifically how counsel came to know those facts and that stated facts which, taken as true, were reasonably sufficient to generate fear of bias. Borjas v. Brescher, 579 So.2d 399 (Fla 4th DCA 1991). If the motion is legally sufficient, the Judge (or Magistrate) shall immediately enter an order granting disqualification and proceed no further in the action.

Moreland knows this: she has no right to deprive the Appellant of her most basic human rights. Fabisiak knows her actions are fraudulent and undefensible.  Please stop them. Please grant these Motions.

Further affiant sayeth not

---------------------------------------

Sworn to and subscribed to before me this 7day of November 2011         '.

*(Paragraph 8 Continues :)*

Now, on April 16, 2011, the Plaintiff in this case before the Federal Court for the District of Columbia hereby repeats the contents of the above and invokes the Supremacy Clause on the same basis as was invoked 7 November 2011 by attesting below.

FURTHER AFFIANT SAYETH NOT

ELIZANETH MALDONADO
Notary Public, State of Florida
Commission# DD963286
My comm. expires Feb. 21, 2014

ANNAMARIE D. RIETHMILLER, ESQ.

State of Florida
County of Manatee

On this 17 day of April 2012
personally appeared before me Annamarie D. Riethm
who is _____ known to me or ADL
has produced R 354.DOO.58.644.D
as identification.
Notary Public  Elizaneth Maldonado

Sworn to and subscribed to before me this 17 day of April 2012.

an oath to "One Nation under God, indivisible.." As set out below the Second Defendant fundamentally and illegally changed that, directly causing the lawless and illegal conduct suffered by the Plaintiff.

12. The first criminal conduct was by Fabisiak when she violated State of Florida laws FS491.0111 and 491.0112 and other laws (See Romano letter);

13. Criminal conduct followed by government officials Gilner, Dubensky, Ezell, Maulucci, Dunnigan and Moreland and Scott Brown and Haworth in their overseeing capacities, with possible involvement by a judge presiding in a matter over a third party exceeding his jurisdiction due to either incompetence or collaboration, a reason why a full due diligence into the conduct is called for in the Motion filed simultaneously herewith. Note how Ezell, hi-jacking a United States Court, presiding in matters he had no jurisdiction even specifically being excluded from hearing such matters in terms of the Rules of Court, deprived the Plaintiff of any income, now directly resulting in her illness and quoting the Second Defendant as an example for his conduct, the Second Defendant being "My President". The due diligence called for will show Gilner and Ezell illegally deprived the Plaintiff of income and directly caused her present illness, and all those mentioned and those who condoned their conduct deprived her of her Constitutional and International rights of due process, justice and equality.

14. At all material times Fabisiak's Florida license was fraudulent in that it contained the fraudulent allegation that she is American Board of Psychiatry and Neurology certified when she was never certified by that Board, see attached letter dated October 6, 2011.

15. Fabisiak's fraudulent Florida license was used to obtain a Federal number to claim nationally from insurance companies violating Federal law.

16. Fabisiak displayed why psychiatrists may never have intimate relationships with patients when she violated Federal HIPPPA rules, deliberately bending facts she could only have learnt through her illegal conduct to deliberately and in collaboration with her acknowledged friends Gilner and Moreland, use illegally obtained judgments as a weapon to try and beat the Plaintiff into submission to not protect her husband, Fabisiak's psychiatric sex crime victim. Note, ALL, literature warns mental health patients so violated by their psychiatrists ALWAYS suffer long term harm.

25

17. Although the federal courts have exclusive jurisdiction of federal criminal prosecutions, the same act by those violating laws and rights, may constitute a federal crime and a state crime. In such a situation the offender may be prosecuted by both sovereigns. Bartkus v. Illinois, 1959, 79 S.Ct. 676, 359 U.S. 121, 3L.Ed2d 684; Abbate v. US., 1959, 79 S.Ct. 666, 359 U.S. 187, 3 L.Ed.2d 729; U.S. v. Logan, C.A. 5th, 1991, 949 F.2d 1370, 1380 n. 16. The Assimilative Crimes Act, first adopted in 1825, provides that in areas within a state subject to federal jurisdiction, if an act is committed that would be a crime by state law, it is also a crime by federal law – 18 U.S.C.A Section 13  and US v. Sharpnack, 1958, 78 S.Ct, 291, 355 U.S. 286, 2 L.Ed.2d 282, upholding the 1948 revision of the statute by a continuing conformity to state law, rather than the assimilation of state law as of the date of enactment of the federal statute is provided. Fabisiak's conduct is therefore violations of state and federal law. The failure of the United States of exercise its criminal jurisdiction in respect of Fabisiak and those assisting her to escape her crimes is causing this civil suit.

18. The United States is under obligation to promote the interest of all, and is to prevent the wrongdoing of one resulting in injury to the general welfare. It failed this obligation in _the illegal conduct of Fabisiak, Gilner, Ezell, moreland and_ respect of the Plaintiff, _her husband and over 600 other victims_ other

19. Plaintiff is entitled to relief in terms of 28 U.S.C Section 1361 in that she has exhausted all other avenues of relief and the United States owes her a clear nondiscretionary duty in terms of it being bound to comply with Article 38(1) of the Statute of the international Court of Justice sources of law, which it has failed to do.

20. Plaintiff is further entitled to relief under 5 U.S.C.A Section 702 in that she seeks relief other than  money damages and she is stating a claim that agencies, officers and employees failed to act in an official capacity under color of legal authority.

21. The conduct of all relevant officers named as co-defendants were exceeding their statutory powers or their statutory powers were constitutionally void from the outset. Once this court is in receipt of the due diligence asked for in the attached Motion, this court shall have substantiated evidence allowing it to make such determination.

22. On July 14, 2010 under case number 41-2009-DR-10430 Ezell quoted the Second Defendant as his "President who says the United States is not a Christian country" and appears to have defended his hi-jacking of a United States court on that basis. Ezell was

not assigned in terms of the rules of court. Ezell merely scratched out Mauluci's name (the Plaintiff had opposed Maulucci's appointment, but Dubensky who was deliberately making as if he was the circuit judge, to hde Gilner who was disqualified in the case ending with 10429, was hiding behind Dubensky in 10430). Only September 13, 2011 did Dunnigan (who also deliberately lied about Gilner, signing as "circuit judge" August 3, 2010, when a specific written request was filed to establish who the actual circuit judge was) undo Ezell's illegal orders, by acknowledging through an order confirming the Plaintiff opposing Maulucci was timeous, but Dunnigan failed to deal with the Constitutional harm caused by Ezell and failed to report the illegal conduct for criminal prosecution. The relevance of Ezell referring to President Obama, the Second Defendant, is that Ezell was openly breaking the laws of the State of Florida and the United States of America to deliberately deprive the Plaintiff of her most basic human rights of which Ezell said "I do not care, go to the United Nations, go to the Hague, I do not care". The United States was founded as "one Nation under God", that God being the Judeo Christian "One and Only God" which demands justice, equality and truth. Ezell was not acting in truth, was breaking the law, depriving the Plaintiff of justice and openly violated her internationally protected woman's and human and civil rights (the Plaintiff is from Africa and qualifies for civil rights protection under the United States Constitutional provisions as well). In addition to President Obama ( the Second Defendant), having influenced Ezell to act illegally showing no respect for the Constitution or laws of the United States, Mr Obama further on or about March 26, 2012 as reported on a British Broad Casting Television program the Plaintiff was watching, committed treason in respect of the United States Constitution, or showed he is unable to grasp the basic concept of the separation of powers, making him unfit for his position. Mr Obama swore the same oath as the Plaintiff to the Constitution of the United States of America and therefore both swore to protect the United States from enemies from without and enemies from within. In the case of President Obama he did not only fail to protect the Plaintiff when she reported Ezell's conduct to him through personal service to his office, but on the day the Motion in the Federal Middle District Court for Tampa, the case from which SC11-5659 developed, Judge Moodey, violating Federal rules of Court, with no notice to the Plaintiff that he was no assigned instead of Whittemore, the judge in the case who had

27

already sent out pre-trial notices, just dismissed the case. A due diligence must investigate illegal tampering with the case. In respect of Mr Obama's comment "who are they" referring to "the few" (United States Supreme Court judges) who think they have a right to "undo" what "we the many" the (United States Congress and Senate) decided, is a big and serious problem. Mr Obama is the Executive of the United States and all utterances by him are official utterances. Mr Obama's utterance that the United States is no longer a Christian country formed part of Ezell's declarations and orders of July 14, 2010, and if Elliot, a state official with the United States Supreme Court is correct (see below), then the United States Supreme Court on December 12, 2011, accepted Ezell's conduct and his utterances, and thus, that the United States is no longer a Christian (under God) country. This court must therefore also order a due diligence of the utterances of Mr Obama in respect of the United States being "under God" and of Mr Obama by executive treason violated the Constitution of the United States either not understanding the separation of powers, most unlikely considering he has a law degree , or that he has no respect for the Constitution and laws of the United States, just like Ezell.

23. The executive branch consists of the President and those to whom the President's powers are delegated. The President is both the head of state and government, as well as the military commander-in-chief and chief diplomat. The President, according to the Constitution, must "take care that the laws be faithfully executed", and "preserve, protect and defend the Constitution". As set out above, the President failed to comply with his Constitutional duties. This court has a duty to all the people of the United States to allow submissions by all interested parties and to allow count two below to have parties join who can argue the conduct of Mr Obama in a serious fashion as even if I was not ill, I am not equipped to do so. I believe however, that even with what is submitted here, it is clear Mr Obama for inexplicable reasons contravened the Constitution of the United States and therefore, like United States Government officials Ezell, Gilner and Moreland violated their oaths of office and showed no respect for the Constitution of the United States or for "we the people" which such Constitution is specifically intended to protect. It is therefore my humble submission, that even if no other parties come forward to make submissions in respect of Mr Obama's conduct, that this court has the legal duty to apply the Constitution and take such steps as necessary to bring Mr Obama in line with the

Constitution, so that even he will remember, NO ONE is above the law in the United States, not even he, that this is a Constitutional Republic where the Constitution is the "King/Queen" of "we the people" and no one, not even a President is allowed to attack that "King/Queen" Constitution.

24. As for the Plaintiff, she has fallen ill and have asked the International Criminal Court, the International Court of Justice, the Republic of South Africa and again, as is her right, is asking this court, to appoint counsel to assist her to protect her most basic human and civil rights she has been so illegally deprived of for by the illegal conduct of the United States and its officials and all that for the simple reason that she is correctly exercising her woman's rights to demand that her husband who has long history of mental illness be examined for harm due to the felony by his psychiatrist, Fabisiak.

25. What Gilner, Ezell, Moreland etc represent has been conduct prohibited in terms of 18USC241, and are crimes. The Plaintiff has every right to ask for a legal platform complying with the laws of Florida, the United States and International laws so that she may protect her family and her rights.

The conduct of these and other officials, including the Second Defendant is further treason for the following reasons: The Court in Yates v. Village of Hoffman Estates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962) held that "not every action by a judge is in exercise of his judicial function. ... it is not a judicial function for a judge to commit an intentional tort even though the tort occurs in the courthouse." When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judges orders are void, of no legal force or effect. Applying the Supremacy Clause demands the orders of the friends of Fabisiak are acknowledged null and void from the outset.

Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821). Any judge or attorney who does not report judges for treason as required by law may themselves be guilty of misprison of treason, 18 U.S.C. Section 2382.

The U.S. Supreme Court, in Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person. The Illinois Supreme Court has held that "if the magistrate has not such jurisdiction, then he and those who advise and act with him, or execute his process, are trespassers." Von Kettler et.al. v. Johnson, 57 Ill. 109 (1870)

Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)on).

28U.S.C. &455 he should have disqualified himself prior to the proceedings as he knew his impartiality might reasonably questioned. From his comments his bias was clear and personal.

**U.S.C.A. Const. Amend. XIV** which at Section 1 demands that no State shall deprive any person of life, liberty (being able to go to church), or property (the judge had the right to demand the whereabouts of the dogs) without due process of law.

The court is reminded that the United States subscribes to article 18 of the **Universal Declaration of Human Rights** which states that no country should arbitrarily compromise the religious rights of an individual. The **U.S.C.A. Const. Amend. I** safeguards the free exercise of religion.

**Dalmau v. Vicaoaereario-Grandenese, SA, 337 F. Supp. 2d 1299** falls under discrimination as evidenced through a discriminatory and retaliatory attitude correlating to the discrimination of retaliation.

COUNT 1:

The United States failed to implement the Supremacy Clause to the circumstances described above when it had a clear duty to do so, and despite repeated legitimate requests that the Constitutions of the State of Florida, the United States and International laws and treaties binding the United States be implemented to the circumstance by invoking the Supremacy Clause to offer the Plaintiff protection, the United States failed to do so. This court is asked to implement the Supremacy Clause into the situation by ordering a full due diligence of all the matters listed in the annexure hereto, applying the laws giving rise to the Supremacy Clause, viewing all cases as a consolidated combined onslaught on the most basic civil and human rights of victims, of which the Plaintiff is one. This court is further asked to restore all rights the due diligence reveal violated, and to protect all victims from future harm, including the Plaintiff. Due to her illness, the Plaintiff is simultaneously herewith filing a Motion for relief which relief can mitigate some of the criminal conduct by officials Gilner, Ezell and Moreland, which if it is left to perpetuate, can cause her death and the present charges of attempted murder before the International Criminal Court under case number OTP-CR-50/12 to be changed to murder.

This court is asked to implement the Supremacy Clause in respect of the Plaintiff set out in the circumstances above and the attachments referred to, thus ordering restorative measures and protection from further violation of federally protected laws. Although the plight of the other victims are already reported to the International Criminal Court the judicial officer dealing herewith, has a duty to all victims and must take steps in terms of the law to ensure their safety, and in this regard the Plaintiff in particular highlight to this court the plight of her husband ,a person with a very long and well recorded history of mental illness and drug and alcohol abuse;

COUNT 2:

The executive branch consists of the President and those to whom the President's powers are delegated. The President is both the head of state and government, as well as the military commander-in-chief and chief diplomat. The President, according to the Constitution, must "take

care that the laws be faithfully executed", and "preserve, protect and defend the Constitution". President Obama has violated these duties of his office through the utterances referred to and this court has the legal duty to hold him accountable, which the Plaintiff hereby asks this court to do. The Executive is one of the branches of government under the Doctrine of the Separation of Powers and has no right to put itself above the Constitution creating amongst lesser officials such as Ezell, a sense of lawlessness, that Ezell even said he does not care about the human rights of the Plaintiff which he is violating "you can go the United Nations, you can go to the Hague, I do not care" and also that he is agreeing with what "his President" is saying, this is not a Christian country, apparently the reason for his illegal hi-jacking of the court he was abusing the Plaintiff *erga omnes* rights from. All government officials, including the President are servants of the people and have no task but to implement the Constitution of the United States and the laws which flow from it into executive and other duties. The Second Defendant acted outside responsible and legal parameters, and encouraged directly the illegal conduct of Ezell, causing directly and causally untold harm to the Plaintiff. As a direct result of this failure of President Obama's duties and obligations in terms of the Constitution of the United States, an example by his own admission followed by Ezell as follows:

(Extract page 28 volume I in record of case 41-2009-DR-10430, proceedings of July 14, 2010 before Ezell)

At line 10, Ezell speaking: "..our President (Obama) has made it very clear that we are not a Christian country... he stated that in public addresses.... Therefore he is the leader of my country.....and he is my leader......and I follow his lead.", thus according to himself following President Obama's unchristian lead that rules like the rules of his appointment or what he is allowed to hear need not be followed and he can violate my most basic human rights, thus giving rise to Ezell's deliberate illegal conduct. Therefore Ezell (the United States) and his President, the first two defendants, are now even directly responsible for the Plaintiff's illness which may cause her life.(Note, eventhough Ezell's illegal conduct arose in the State of Florida, when the Plaintiff tried to join the Governor and the Attorney General in the case so that his illegal conduct in the Judiciary could be stopped through the Separation of Powers and checks and balances, Ezell, presiding illegally said: "Your Motion to join the State of Florida is denied. You have the State of Florida" (meaning himself, illegal Ezell, ie illegal Florida, hence since then the

Plaintiff invoked the Supremacy Clause as each State is subject to its power, but through the list of attached cases, the State of Florida failed and when reported to the Federal government, the Federal government failed, therefore, it is now the United States which is standing in Ezell's illegal shoes).

It was the duty of the Executive to at all times strive to make the American One Nation under God and to comply with the Constitution of this Nation UNDER God. To disregard Christianity in a Judeo-Christian nation, the religion by far representing the majority of 'we the people" therefore what "we the people" regard as "God" as one nation under "God" the Judeo Christian God which demands equality, justice and love each individual equally, giving rise to individual rights, is divisive conduct by President Obama, and should not be allowed by this court or by "we the people".

Through the rest of Ezell's illegal conduct analyzed, as the due diligence asked for, it is clear that if "Christian stands for respecting laws and rules, doing what is right and honorable and upholding the Constitution and laws of the United States, Ezell (and presumably Mr Obama's) non-Christian nation has no respect for laws and rules (hence the importance of holding Mr Obama accountable for his attack on the judiciary and the Separation of Powers in direct violation of his duties as executive, and hence the serious violation of the very Constitution Mr Obama swore his oath of office on.

Mr Obama through his utterances on BBC on March 26, 2012, violating his duty to the Constitution of the United States by attacking openly the  Separation of Powers doctrine, an essential part for the checks and balances of the Constitution, the fundamental Constitutional safeguard for 'we the people", Mr Obama violated not only his oaths of office but all of 'we the people', Republican and Democrats and Independants, and those too young to vote, all over 300 million Americans, and this court has a legal duty to hold Mr Obama accountable for this violation of his oath of office and therefore treason to the Constitution of the United States of America.

With respect to Mr Obama's illegal and unconstitutional attack on the Judicial Branch the gravest concern for this court should be what the Judicial Branch Stand for. The Legislative Branch and the Executive branches all represent great power and money. The United States

remains the largest economy in the world and is by far the most powerful in its military strength. That makes individuals like the Plaintiff very week and without power in such system. The only strength individuals and the small, weak and lame have, is through the judiciary. That is why the judicial branch must ALWAYS and FOR ALL, including the Plaintiff, offer blind equal due process justice.

That is why Ezell, Gilner, Moreland, ect, must be held accountable by the Federal and Higher courts. Imperialism always shines at the top, but it is in the day to day trenches of life, that a judicial system must be free of the likes of Ezell, Gilner and Moreland, or individuals and individual rights such as those of the Plaintiff will be destroyed. That is why the system must function and it makes it imperative that this court gathers the facts by ordering the due diligence and in need an investigation and then simply apply the law. It is exactly that which Gilner, Ezell, Moreland and those protecting them and Fabisiak, did not do, hence these extreme violations of human and other rights.

 Mr Obama, by breaking down the judicial branch is destroying the only chance the little people, "we the 300 million individuals", strong together but incredibly weak by ourselves, are protected by in our individual capacities, where we are most vulnerable, the most important safeguard of the Constitution of the United States.

It is this fundamental right destroyed by Ezell in the example of President Obama which the Plaintiff has a right and duty to protect. This suit is therefore not an attack on Mr Obama or even Mr Ezell, but is merely her duty under the Universal Declaration of Human rights hold them accountable for their illegal conduct and to defend in the example of her leader, Mr Nelson Mandela, a person worthy to look up to and who taught her the duty of each individual to protect the rights and freedoms in the Bill of Rights or they will be stolen away. *as is clearly afoot in the United States of America by people like Ezell.* When the Plaintiff swore her oath to the Constitution of the United States of America she swore before God to defend the Constitution of the United States, in need with her life. At the time she never thought it would be necessary, but did take her oath seriously enough to realize that if she has to be destroyed to stop the further illegal destruction of the Constitution of the United States, even by its own President, that she must do so for herself, for the 300 million we the people and for her family to ensure individuals do not suffer the extreme deprivation of rights she has

suffered at the hands of Ezell/Obama having so deliberately deprived heer of her most basic human and civil rights.

Mr Obama is not above the law, he must be held accountable, and this court has a legal and Constitutional duty to do so, regardless of his power, because the next most important quality over and above being "blind" justice, is that the court MUST implement the law FEARLESSLY, exactly why Mr Obama's comment as to "who are they?" about the justices of the Supreme Court, must be his reminder "they" are the "one" tasked by the Constitution, the "King/Queen" of the United States to uphold the Constitution through holding the great powers of the legislature and the executive in check, lest either abuse even one little individual of "we the people", of which the Plaintiff is one such little individual.

COUNT 3: South Africa is the wunderkind of the world, having overcome the hated apartheid regime with a peaceful transition to a just society under a Constitution warranting citizens such as the Plaintiff justice, equality and freedom. It must therefore not rest to know one of its own has been so deeply deprived of even the most basic of human and civil rights and must demand from the United States to correct to its Constitution in respect of the Plaintiff.

All the Plaintiff is asking for is a restoration of her rights and for the United States, including its executive to restore to its Constitution, or to be held accountable internationally for its deviation from laws it is bound to by. Human rights abuses demand strict liability in terms of the Vienna Convention, Article 2. Due to the imminent peril I suffer, South Africa must act forthwith. As to the United States their principles of sovereignty is not absolute by virtue of their signature to the relevant United Nations treaties and international laws applicable.

The International Court of Justice recognized the importance of the *erga omnes* principle in the Barcelona Traction case (Belgium v Spain) (Second Phase)ICJ Rep 1970 3 at paragraph 33), which reads:

"... an essential distinction should be drawn between the obligations of a State towards the international community as a whole, and those arising vis-à-vis another State in the field of diplomatic protection. By their very nature, the former are the concern of all States. In view of the importance of the rights involved, all States can be held to have a legal interest in their protection; they are obligations erga omnes. [at 34] Such obligations derive, for example, in contemporary international law, from the outlawing of acts of aggression, and of genocide, as also from the principles and rules concerning the basic rights of the human person, including protection from slavery and racial discrimination. Some of the corresponding rights of protection

have entered into the body of general international law . . . others are conferred by international instruments of a universal or quasi-universal character."

This court must do the same and order South Africa to come to my assistance. What I have suffered at the hands of the United States through its officials is a violating of international rules concerning the basic rights of the human person, severe discrimination, an abuse of my woman's rights, to mention but a few of the serious violations of fundamental rights I have suffered, none of which South Africa can stand by and allow.

Count 4: Due to her illness (see attached letters from doctors and as the medical situation unfolds the Plaintiff will in as much as possible update the court) the Plaintiff cannot deal with this matter any further other than submitting this summons and she asks the court to appoint counsel to help her defend her most basic human and civil rights. In the meanwhile she has no choice but to rely on South Africa to assist her and accordingly hereby notify all the parties to forward its replies and all correspondence to the South African Embassy, the address of which is quoted as the Plaintiff's official address.

1207 43rd St W, Bradenton, Fl, due to illness

Annamarie D Riethmiller, c/o ~~The South African Embassy, Attention: Mr Ndlovu, South African Embassy, 4301 Conneticut Av, NW, 220, Washington DC, 20008~~

Tel: 337-254-1451

36

**Cour
Pénale
Internationale**



Le Bureau du Procureur

**International
Criminal
Court**

The Office of the Prosecutor

Our reference:   OTP-CR-50/12

The Hague, 19 March 2012

Dear Sir, Madam

The Office of the Prosecutor of the International Criminal Court acknowledges receipt of your documents/letter.

This communication has been duly entered in the Communications Register of the Office. We will give consideration to this communication, as appropriate, in accordance with the provisions of the Rome Statute of the International Criminal Court.

As soon as a decision is reached, we will inform you, in writing, and provide you with reasons for this decision.

Yours sincerely,

M.P. Dillon
Head of Information & Evidence Unit
Office of The Prosecutor

Annamarie D. riethmiller
Annamarieversfeld@yahoo.com

# Practitioner Profile

Perform Another Search

Search Tips

Printer Friendly Version

## DANUTA  B  FABISIAK

LICENSE NUMBER:  OS8474

Profession:  Osteopathic Physician
Year Began Practicing:  Not Provided
Expiration Date:  3/31/2012
Status:  CLEAR/ACTIVE

| General Information | Education and Training | Academic Appointments | Specialty Certification | Financial Responsibility | Proceedings and Actions | Optional Information | License Verification |
| --- | --- | --- | --- | --- | --- | --- | --- |

Information in this profile has been verified by the practitioner. ✳

### Specialty Certification

This practitioner holds the following certifications from specialty boards recognized by the Florida board which regulates the profession for which he/she is licensed:

**Specialty Board Certification**   AMERICAN BOARD OF PSYCHIATRY AND NEUROLO
PYN - PSYCHIATRY/NEUROLOGY

At all relevant times Fabisiak's State of Florida license to practice medicine contained the deliberately fraudulent statement by her (see ✳ that she 'verified' the information to the Florida Dept of Health) to mislead the public and showing she lacked the integrity to quality for a license to practice medicine.

A Department of Health official advised me in October 2011 that when the license showed 'verified' it means Fabisiak supplied them with a (fraudulent) "certificate" she by the American Board of Psychiatry and Neurology. A Manatee Memorial Hospital employee told me that hospital also had such "certificate" on file of which I gave the FBI full details.



# American Board of Psychiatry and Neurology, Inc.

A Member Board of the American Board of Medical Specialties (ABMS)

**Executive Committee — 2011**
Board Chair
Michael J. Aminoff, M.D., D.Sc.
Board Vice Chair
Victor I. Reus, M.D.
Board Secretary
Janice M. Massey, M.D.
Board Treasurer
Christopher C. Colenda, M.D., M.P.H.
Board Member-at-Large
Beth Ann Brooks, M.D.
Board Member-at-Large
Patricia K. Crumrine, M.D.

**Directors for Psychiatry**
Victor I. Reus, M.D.
Chair, Psychiatry Council
San Francisco, CA
Beth Ann Brooks, M.D.
Detroit, MI
Christopher C. Colenda, M.D., M.P.H.
Morgantown, WV
Robert W. Guynn, M.D.
Houston, TX
George A. Keepers, M.D.
Portland, OR
Robert J. Ronis, M.D., M.P.H.
Cleveland, OH
Barbara S. Schneidman, M.D., M.P.H.
Seattle, WA
Kailie R. Shaw, M.D.
Tampa, FL

**Directors for Neurology**
Michael J. Aminoff, M.D., D.Sc.
Chair, Neurology Council
San Francisco, CA
Patricia K. Crumrine, M.D.
Pittsburgh, PA
Laurie Gutmann, M.D.
Morgantown, WV
Kerry H. Levin, M.D.
Cleveland, OH
Ralph F. Józefowicz, M.D.
Rochester, NY
Janice M. Massey, M.D.
Durham, NC
Noor Pirzada, M.D.
Toledo, OH
Ann Tilton, M.D.
New Orleans, LA

Please Address All
Communications to:
President and CEO
Larry R. Faulkner, M.D.
2150 E. Lake Cook Road, Suite 900
Buffalo Grove, IL 60089
Phone: 847.229.6500
Fax: 847.229.6600
www.abpn.com

October 6, 2011

Annamarie Riethmiller
1207 43rd St.
W. Bradenton, FL 34209

Re:    Dr. Danuta Fabisiak

Dear Ms. Riethmiller:

This is in response to your request regarding Dr. Danuta Fabisiak. No physician named Danuta Fabisiak is certified by the ABPN.

Sincerely,

Larry R. Faulkner, M.D.
President and CEO

LRF/sg

*This letter proves Fabisiak's fraud, yet the Florida Department of Health showed no concern for patients like my husband or the other over 600 identifiable people in the list attached, being exposed to a doctor who lacks the integrity to be honest on her license.*

LIST OF OVER 600 MATTERS IN WHICH FABISIAK'S EVIDENCE WAS RELIED ON  (WHEN HER LICENSE WAS FRAUDULENT)   *L IST OF OVER 600 CASES*

THESE CASE NUMBERS ARE FROM MATTERS IN THE 12TH JUDICIAL CIRCUIT, MANATEE COUNTY WHERE FABISIAK (WHILST AT ALL RELEVANT TIMES HAD A FLORIDA DEPARTMENT OF HEALTH LICENSE WHICH WAS FRAUDULENT AS SHE FRAUDULENTLY ALLEGED ON SUCH LICENSE TO BE AMERICAN BOARD OF PSYCHIARY AND NEUROLOGY CERTIFIED WHICH SHE HAS NEVER BEEN) WAS THE "EXPERT" WITNESS FOR THE PERIOD 2001 TO 2010: DESPITE A SUBPOENA THE COURT HAS NOT PROVIDED DETAILS OF JUDICIAL OFFICERS WHO PRESIDED IN THESE CASES.

IT MUST BE ESTABLISHED IN HOW MANY OF THESE CASES EZELL, GILNER, DUBENSKY AND MORELAND AND THE OTHERS ACTED AS THEY WERE OFFICIALS WHO VIOLATED VARIOUS LAWS TO PROTECT FABISIAK AND TO HARM ANNAMARIE RIETHMILLER AS WHISTLEBLOWER WIFE OF WILLIAM RIETHMILLER, FABISIAK'S MENTAL HEALTH PATIENT AND PSYCHIATRIC  ABUSE VICTIM IN TERMS OF VARIOUS FLORIDA STATUTES, DELIBERAELY.

THESE GOVERNMENT OFFICIAL USED ILLEGALLY THE UNITED STATES COURT AS AN INSTRUMENT OF DELIBERATATE ABUSE, FIRTSLY TO LET THE UNITED STATES NOT ACT IN TERMS OF ITS CRIMINAL JURISDICION AND DUTY TO HOLD FABISIAK ACCOUNTABLE FOR HER ILLEGAL CONDUCT, SEE GILNER COMMENTS OCTOBER 21, 2009 AND IN ALL INSTANCES TO "DISCOURAGE" ANNAMARIE RIETHMILLER FROM DEMANDING THE LAW BE APPLIED TO THE SITUTION, HOLDING FAB ISIAK ACCOUNTABLE FOR WHAT SHE HAS DONE.

THIS GILNER, EZELL AND MORELAND DID BY HOLDING ANNAMARIE RIETHMILLER ACCOUNTABLE FOR WHAT THEY KNEW FULL WELL SHE HAS NOT DONE, AND THEN ALL PRESIDING DESPITE LONG FRIENDSHIPS WIT HFABISIAK - A FEDERAL CRIME AND VIOLATION OF INTERNATIONAL HUMAN RIGHTS PROTECTED BY THE UNIVERSAL DECLARATION OF HUMAN RIGHTS  – SEE EZELL CONDUCT JULY 14, 2010 AND GILNER 21 OCTOBER 2009 READ IN CONJUCTION WITH 10 AUGUST 2010 ORDER CONFIRMING GILNER ACTED ILLEGALLY IN A FUTHER MATTER.

IT MUST ALSO BE ESTABLISHED WHICH IS THE CASE ACCORDING TO WITNESS THOMSON, IN WHICH FABISIAK IN HER CAPACITY AS PSYCHIATRIST DELIBERATELY WRONGLY PROVIDED EVIDENCE RELIED ON BY THE COURT TO DELCARE AN OLD LADY INCOMPETENT TO DEAL WITH HER OWN AFFAIRS,  AND WHICH JUDICIAL OFFICER ORDERD THAT THIS OLD LADY'S ASSETS BE PLACED UNDER THE CARE OF AN ACCOUNTING FIRM IN WHICH FABISIAK IN HER CAPACITY AS ACCOUNTANT  (FRAUDULENT AS SHE WAS AT ALL RELEVANT TIMES NOT LICESED AS AN ACCOUNTANT IN THE STATE OF FLORIDA)  HAS OR HAD AN INTEREST. ACCORDING TO THOMSON IT TOOK HIM AND A LOCAL ATTORNEY YEARS TO HELP THE OLD LADY TO REVERSE THE CASE AFTER WHICH MOST OF THE OLD LADIES ASSETS WERE GONE. ACCORDING TO THOMSON THE OLD LADY HAD SUCH AN ORDEAL THAT SHE WAS SCARED OF RETALIATION AND WAS TOO SCARED TO REPORT FABISIAK.

41 2001 MH 001123; 41 2001 MH 001172; 41 2001 MH 001173; 41 2001 MH 001174

41 2001 MH 001193; 41 2001 MH 001222; 41 2001 MH 001242

41 2001 MH 001241; 41 2001 MH 001285; 41 2001 MH 001334

41 2001 MH 001332; 41 2001 MH 001340; 41 2001 MH 001372

41 2001 MH 001368; 41 2001 MH 001403; 41 2001 MH 001405

41 2001 MH 001432; 41 2001 MH 001447; 41 2001 MH 001453

41 2001 MH 001455; 41 2001 MH 001463; 41 2001 MH 001501

41 2001 MH 001503; 41 2001 MH 001528; 41 2001 MH 001533

41 2001 MH 001541; 41 2001 MH 001539; 41 2001 MH 001540

41 2001 MH 001542; 41 2001 MH 001579; 41 2001 MH 001591

41 2001 MH 001622; 41 2001 MH 001623; 41 2001 MH 001637

41 2001 MH 001636; 41 2001 MH 001648; 41 2001 MH 001647

41 2001 MH 001664; 41 2001 MH 001663; 41 2001 MH 001675

41 2001 MH 001685; 41 2001 MH 001698; 41 2001 MH 001699

41 2001 MH 001673; 41 2001 MH 00177

41 2001 MH 001772; 41 2001 MH 001771; 41 2001 MH 001796

41 2001 MH 001804; 41 2002 MH 000008; 41 2001 MH 000032

41 2001 MH 000056; 41 2001 MH 000057; 41 2001 MH 000168

41 2002 MH 000176; 41 2002 MH 000221; 41 2002 MH 000232

41 2002 MH 000263; 41 2002 MH 000260; 41 2002 MH 000279

41 2002 MH 000277; 41 2002 MH 000291; 41 2002 MH 000423

41 2002 MH 000495; 41 2002 MH 000683; 41 2002 MH 000721

41 2002 MH 000771; 41 2002 MH 000786; 41 2002 MH 000787

41 2002 MH 000871; 41 2002 MH 00867; 41 2002 MH 000864

41 2002 MH 000875; 41 2002 MH 00872; 41 2002 MH 000900

41 2002 MH 000902; 41 2002 MH 000899; 41 2002 MH 000910

41 2002 MH 000931; 41 2002 MH 000932; 41 2002 MH 00944

41 2002 MH 00956; 41 2002 MH 00854; 41 2002 MH 00962

41 2002 MH 000966; 41 2002 MH 000981; 41 2002 MH 001018

41 2002 MH 001036; 41 2002 MH 001033; 41 2002 MH 001064

41 2002 MH 001065; 41 2002 MH 001059; 41 2002 MH 001081

41 2002 MH 001080; 41 2002 MH 001086; 41 2002 MH 001123

41 2002 MH 001147; 41 2002 MH 001158; 41 2002 MH 001;

41 2002 MH 001156; 41 2002 MH 001178; 41 2002 MH 001214

41 2002 MH 001258; 41 2002 MH 001259; 41 2002 MH 001362

41 2002 MH 001360; 41 2002 MH 001363; 41 2002 MH 001430

41 2002 MH 001433; 41 2002 MH 001431; 41 2002 MH 001432

41 2002 MH 001440; 41 2002 MH 001472; 41 2002 MH 001473

41 2002 MH 001497; 41 2002 MH 001502; 41 2002 MH 001503

41 2002 MH 001504; 41 2002 MH 001521; 41 2002 MH 001543

41 2002 MH 001556; 41 2002 MH 001554; 41 2002 MH 001557

41 2002 MH 001558; 41 2002 MH 001584; 41 2002 MH 001615

41 2002 MH 001616; 41 2002 MH 001634; 41 2002 MH 001645

41 2002 MH 001662; 41 2002 MH 001666; 41 2002 MH 001663

41 2002 MH 001661; 41 2002 MH 001660; 41 2002 MH 001698

41 2002 MH 001721; 41 2002 MH 001745; 41 2002 MH 001741

41 2002 MH 001743; 41 2002 MH 001744; 41 2002 MH 001784

41 2002 MH 001786; 41 2002 MH 001814; 41 2002 MH 001815

41 2002 MH 001828; 41 2002 MH 001829; 41 2002 MH 001844

41 2002 MH 001866; 41 2002 MH 001889; 41 2002 MH 001911

41 2002 MH 001; 41 2002 MH 001; 41 2002 MH 001

41 2002 MH 001; 41 2002 MH 001; 41 2002 MH 001

41 2003 MH 000015; 41 2003 MH 000012; 41 2003 MH 000026

41 2003 MH 000092; 41 2003 MH 000112; 41 2003 MH 000111

41 2003 MH 000124; 41 2003 MH 000123; 41 2003 MH 000138

41 2003 MH 000139; 41 2003 MH 000164; 41 2003 MH 000181

41 2003 MH 000191; 41 2003 MH 000201; 41 2003 MH 000202

41 2003 MH 000246; 41 2003 MH 000247; 41 2003 MH 000307

41 2003 MH 000333; 41 2003 MH 000334; 41 2003 MH 000362

41 2003 MH 000361; 41 2003 MH 000363; 41 2003 MH 000376

41 2003 MH 000382; 41 2003 MH 000381; 41 2003 MH 000418

41 2003 MH 000419; 41 2003 MH 000462; 41 2003 MH 000463

41 2003 MH 000461; 41 2003 MH 000521; 41 2003 MH 000543

41 2003 MH 000550; 41 2003 MH 000568; 41 2003 MH 000570

41 2003 MH 000580; 41 2003 MH 000579; 41 2003 MH 000594

41 2003 MH 000591; 41 2003 MH 000592; 41 2003 MH 000596

41 2003 MH 000609; 41 2003 MH 000697; 41 2003 MH 000708

41 2003 MH 000740; 41 2003 MH 000739; 41 2003 MH 000771

41 2003 MH 000786; 41 2003 MH 000784; 41 2003 MH 000785

41 2003 MH 000831; 41 2003 MH 000830; 41 2003 MH 000832

41 2003 MH 000843; 41 2003 MH 000867; 41 2003 MH 000868

41 2003 MH 000869; 41 2003 MH 000866; 41 2003 MH 000877

41 2003 MH 0001912; 41 2003 MH 000918; 41 2003 MH 000932

41 2003 MH 000944; 41 2003 MH 000984; 41 2003 MH 001017

41 2003 MH 001028; 41 2003 MH 001086; 41 2003 MH 001099

41 2003 MH 001097; 41 2003 MH 001109; 41 2003 MH 001118

41 2003 MH 001119; 41 2003 MH 001133; 41 2003 MH 001226

41 2003 MH 001225; 41 2003 MH 001251; 41 2003 MH 001254

41 2003 MH 001270; 41 2003 MH 001345; 41 2003 MH 001357

41 2003 MH 001382; 41 2003 MH 001416; 41 2003 MH 001421

41 2003 MH 001456; 41 2003 MH 001457; 41 2003 MH 001482

41 2003 MH 001481; 41 2003 MH 001485; 41 2003 MH 001507

41 2003 MH 001525; 41 2003 MH 001550; 41 2003 MH 001553

41 2003 MH 001555; 41 2003 MH 001554; 41 2003 MH 001570

41 2003 MH 001577; 41 2003 MH 001592; 41 2003 MH 001596

41 2003 MH 001604; 41 2003 MH 001630; 41 2003 MH 001629

41 2003 MH 001642; 41 2003 MH 001655; 41 2003 MH 001666

41 2003 MH 001665; 41 2003 MH 001683; 41 2003 MH 001684

41 2003 MH 001694; 41 2003 MH 001714; 41 2003 MH 001755

41 2003 MH 001756; 41 2003 MH 001812; 41 2003 MH 001814

41 2003 MH 001815; 41 2003 MH 001835; 41 2003 MH 001836

41 2003 MH 001858; 41 2003 MH 001877; 41 2003 MH 001878

41 2003 MH 001875; 41 2003 MH 001874; 41 2003 MH 001901

41 2003 MH 001912; 41 2003 MH 001958; 41 2003 MH 001984

41 2003 MH 001983; 41 2003 MH 002030; 41 2003 MH 002034

41 2003 MH 002058; 41 2003 MH 002057; 41 2003 MH 002059

41 2004 MH 000005; 41 2004 MH 000018; 41 2004 MH 000076

41 2004 MH 000115; 41 2004 MH 000116;  41 2004 MH 000145

41 2004 MH 000146; 41 2004 MH 000148; 41 2004 MH 000166

41 2004 MH 000176; 41 2004 MH 000177; 41 2004 MH 000181

41 2004 MH 000238; 41 2004 MH 000239; 41 2004 MH 000237

41 2004 MH 000290; 41 2004 MH 000310; 41 2004 MH 001201

41 2004 MH 001211; 41 2004 MH 001215; 41 2004 MH 001238

41 2004 MH 001244; 41 2004 MH 001242; 41 2004 MH 001254

41 2004 MH 001279; 41 2004 MH 001289; 41 2004 MH 001301

41 2004 MH 001320; 41 2004 MH 001327; 41 2004 MH 001333

41 2004 MH 001338; 41 2004 MH 001337; 41 2004 MH 001372

41 2004 MH 001430; 41 2004 MH 001454; 41 2004 MH 001460

41 2004 MH 001477; 41 2004 MH 001478; 41 2004 MH 001499

41 2004 MH 001509; 41 2004 MH 001521; 41 2004 MH 001533

41 2004 MH 001562; 41 2004 MH 001573; 41 2004 MH 001586

41 2004 MH 001597; 41 2004 MH 001600; 41 2004 MH 001622

41 2004 MH 001637; 41 2004 MH 001653; 41 2004 MH 001652

41 2004 MH 001681; 41 2004 MH 001701; 41 2004 MH 001715

41 2004 MH 001745; 41 2004 MH 001750; 41 2004 MH 001785

41 2004 MH 001786; 41 2004 MH 001783; 41 2004 MH 001803

41 2004 MH 001854; 41 2004 MH 001853; 41 2004 MH 001863

41 2004 MH 001864; 41 2005 MH 000014; 41 2005 MH 000011

41 2005 MH 000026; 41 2005 MH 000042; 41 2005 MH 000050

41 2005 MH 000073; 41 2005 MH 000086; 41 2005 MH 000094

41 2005 MH 000100; 41 2005 MH 000095; 41 2005 MH 000128

41 2005 MH 000129; 41 2005 MH 000130; 41 2005 MH 000145

41 2005 MH 000149; 41 2005 MH 000148; 41 2005 MH 000163

41 2005 MH 000175; 41 2005 MH 000174; 41 2005 MH 000176

41 2005 MH 000184; 41 2005 MH 000186; 41 2005 MH 000190

41 2005 MH 000200; 41 2005 MH 000225; 41 2005 MH 000235

41 2005 MH 000230; 41 2005 MH 000241; 41 2005 MH 000240

41 2005 MH 000273; 41 2005 MH 000290; 41 2005 MH 000289

41 2005 MH 000292; 41 2005 MH 000298; 41 2005 MH 000313

41 2005 MH 000312; 41 2005 MH 000322; 41 2005 MH 000331

41 2005 MH 000352; 41 2005 MH 000369; 41 2005 MH 000419

41 2005 MH 000456; 41 2005 MH 000455; 41 2005 MH 000474

41 2005 MH 000491; 41 2005 MH 000498; 41 2005 MH 000526

41 2005 MH 000532; 41 2005 MH 000546; 41 2005 MH 000553

41 2005 MH 000559; 41 2005 MH 000569; 41 2005 MH 000584

41 2005 MH 000585; 41 2005 MH 000633; 41 2005 MH 000642

41 2005 MH 000679; 41 2005 MH 000690; 41 2005 MH 000687

41 2005 MH 000689; 41 2005 MH 000691; 41 2005 MH 000688

41 2005 MH 000692; 41 2005 MH 000686; 41 2005 MH 000695

41 2005 MH 000718; 41 2005 MH 000727; 41 2005 MH 000752

41 2005 MH 000755; 41 2005 MH 000751; 41 2005 MH 000754

41 2005 MH 000753; 41 2005 MH 000750; 41 2005 MH 000765

41 2005 MH 000779; 41 2005 MH 000789; 41 2005 MH 000800

41 2005 MH 000801; 41 2005 MH 000821; 41 2005 MH 000831

41 2005 MH 000852; 41 2005 MH 000862; 41 2005 MH 000883

41 2005 MH 000893; 41 2005 MH 000892; 41 2005 MH 000915

41 2005 MH 000931; 41 2005 MH 00982; 41 2005 MH 00987

41 2005 MH 000986; 41 2005 MH 000999; 41 2005 MH 001014

41 2005 MH 001036; 41 2005 MH 001035; 41 2005 MH 001043

41 2005 MH 001055; 41 2005 MH 001087; 41 2005 MH 001089

41 2005 MH 001131; 41 2005 SC 003544; 41 2005 MH 001151

41 2005 MH 001191; 41 2005 MH 001190; 41 2005 MH 001195

41 2005 MH 001222; 41 2005 MH 001238; 41 2005 MH 001250

41 2005 MH 001266; 41 2005 MH 001278; 41 2005 MH 001288

41 2005 MH 001297; 41 2005 MH 001298; 41 2005 MH 001302

41 2005 MH 001312; 41 2005 MH 001325; 41 2005 MH 001335

41 2005 MH 001382; 41 2005 MH 001402; 41 2005 MH 001403

41 2005 MH 001405; 41 2005 MH 001415; 41 2005 MH 001417

41 2005 MH 001439; 41 2005 MH 001459; 41 2005 MH 001456

41 2005 MH 001461; 41 2005 MH 001474; 41 2005 MH 001473

41 2005 MH 001492; 41 2005 MH 001499; 41 2005 MH 001506

41 2005 MH 001517; 41 2005 MH 001525; 41 2005 MH 001545

41 2005 MH 001569; 41 2005 MH 001575; 41 2005 MH 001592

41 2005 MH 001614; 41 2005 MH 001650; 41 2005 MH 001873

41 2005 MH 001672; 41 2005 MH 001686; 41 2005 MH 001691

41 2005 MH 001717; 41 2005 MH 001724; 41 2005 MH 001734

41 2006 MH 000052; 41 2006 MH 000062; 41 2006 MH 000074

41 2006 MH 000075; 41 2006 MH 000092; 41 2006 MH 000099

41 2006 MH 000115; 41 2006 MH 000129; 41 2006 MH 000141

41 2006 MH 000163; 41 2006 MH 000201; 41 2006 MH 000234

41 2006 MH 000233; 41 2006 MH 000238; 41 2006 MH 000237

41 2006 MH 000251; 41 2006 MH 000278; 41 2006 MH 000279

41 2006 MH 000280; 41 2006 MH 000301; 41 2006 MH 000302

41 2006 MH 000317; 41 2006 MH 000318; 41 2006 MH 000316

41 2006 MH 000338; 41 2006 MH 000337; 41 2006 MH 000348

41 2006 MH 000374; 41 2006 MH 000388; 41 2006 MH 000403

41 2006 MH 000415; 41 2006 MH 000431; 41 2006 MH 000507

41 2006 MH 000509; 41 2006 MH 000508; 41 2006 MH 000519

41 2006 MH 000536; 41 2006 MH 000541; 41 2006 MH 000547

41 2006 MH 000553; 41 2006 MH 000579; 41 2007 SC 005105 (THIS COULD BE A SUPREME COURT CASE AND IT MUST BE ESTABLISHED IF THIS IS PERHAPS THE CASE WHICH DEALT WITH THE OLD LADY THOMSON WAS TELLING ABOUT.

41 2007 SC 005103; 41 2008 MH 000459; 41 2008 MH 000504

41 2008 MH 000506; 41 2008 MH 000531; 41 2008 MH 000532

41 2008 MH 000539; 41 2008 MH 000667; 41 2008 MH 000821

41 2008 MH 001200; 41 2008 MH 001201; 41 2008 MH 001478

41 2008 MH 001640; 41 2008 MH 001659; 41 2009 MH 000107

41 2008 MH 000161; 41 2009 MH 000165; 41 2009 MH 000261

41 2009 MH 000356; 41 2009 MH 000357; 41 2009 MH 000359

41 2009 MH 000374; 41 2009 MH 000373; 41 2009 MH 000409

41 2009 MH 000410; 41 2009 MH 000520; 41 2009 MH 000519

41 2009 MH 000521; 41 2009 MH 000537; 41 2009 MH 000563

41 2009 MH 000618; 41 2009 MH 000617; 41 2009 MH 000765

41 2009 MH 009789; 41 2009 MH 000854; 41 2009 MH 000869

41 2009 MH 000884; 41 2009 MH 000888; 41 2009 MH 000894

41 2009 MH 000898; 41 2009 MH 000900; 41 2009 MH 000908

41 2009 MH 000931; 41 2009 MH 000941; 41 2009 MH 000945

41 2009 MH 000950; 41 2009 MH 001045; 41 2009 MH 001100

41 2009 MH 001208; 41 2009 MH 001209; 41 2009 MH 001214

41 2009 MH 001234; 41 2009 CA 010431; 41 2009 CA 010476

41 2009 CA 010721; 41 2009 MH 001310; 41 2009 MH 001309

41 2009 MH 001307; 41 2009 MH 001314; 41 2009 MH 001313

41 2009 MH 001340; 41 2009 MH 001394; 41 2009 CA 012316

41 2009 MH 000131; 41 2009 MH 000130; 41 2009 MH 000161

41 2009 MH 000162; 41 2009 CA 001635; 41 2009 MH 000217

41 2009 MH 000234; 41 2009 MH 000332; 41 2009 MH 000432

41 2009 MH 000438; 41 2009 MH 000456; 41 2009 MH 000524

41 2009 MH 000540; 41 2009 MH 00541; 41 2010 CA 004318

41 2010 MH 000649; 41 2010 MH 000727; 41 2010 MH 000729

41 2010 MH 000730; 41 2010 MH 000775; 41 2010 MH 000776

STATE OF FLORIDA CASES:

SC: 2011- 466;   ·581;   ·1369;   AND ·1547, AND '

1.  SC11-329 LT:2D10-5008 and 41-09DR10429

2.  SC11-625; LT 2D09-5524and 41-09DR10429

3.  SC11-331 LT: 2D10-5524 and 09-DR10429

4.   SC11-583, LT 2D11-1016 and 41-09DR10429

5.  SC10-2068 LT: 2D09-5524, 41-09DR10429

6.  SC11-545; LT 2D11-801 and 41-2010-AP-7

7.  SC11-637; 2D11-1295  LT: 41-2009DR10430,

8.  SC11-269 LT: 2D10-4525, 41-2009-DR10430.

9.  SC11-387 LT: 41-2009DR10430

10.  SC11-466 LT: 2D11-669 and 41-2010CA8155

11. SC11-581, LT 2D11-1052 and 41-2010CA8155

12. SC-11-1369; LT 2D11-671 and 41-2010CA1635

13. SC-11-1547; LT 2D11-671 and 41-2010CA1635

14. SC-11- 589; LT 2D10-5001; 10DR-7830

15. SC -          LT- 2D- 4608; 41-DR-2009-10430

16. SC-          LT-2D-5261;  41-DR-2009-10430

17. SC-          LT-2D-5424;  41-10-AP-7

18. SC-                   ; 41-2011-CA-6495

19. SC-     41-2011-CA-6495

*These cases reflect my efforts over two years to try in vain to convince the United States to act in terms of its own laws. The United States deliberately at the expense of victims (over 600) failed to exercise its criminal jurisdiction. The United States further deliberately failed to implement the Supremacy Clause when it has an international duty to do so.*

THE SUPREMACY CLAUSE WAS PREVIOUSLY INVOKED AND REMAINS INVOKED IN ALL THE

ABOVE CASES.

FEDERAL CASES: FLORIDA MIDDLE DISTRICT CASE 8:10CV1763-T-27TGW
LEADING TO US SUPREME COURT CAE SC11-5659 VIA 11TH CIRCUIT ATLANTA
CASE 10-14464-F

FLORIDA MIDDLE DISTRICT CASE 8-11-cv-2194-T-30MAP FILED SEPTEMBER 2011 TO
PROTECT MY HUSBAND AND THE OVER 600 OTHERS AFFECTED BY FABISIAK

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

December 20, 2011

Annamarie D. Riethmiller
1207 43rd Street W
Bradenton, FL 34209

    RE: Riethmiller v. Fabisiak
       11-5659

Dear Ms. Riethmiller:

    The petition for rehearing received December 19, 2011 is herewith
returned.  Rehearing was denied in the above-entitled case on December 12,
2011.  Pursuant to Rule 44.4 consecutive petitions for rehearing will not be received.

                    Sincerely,
                    William K. Suter, Clerk
                    By:

                    S. Elliott
                    (202) 479-3025



Enclosures

Annamarie D Riethmiller

B.Proc, LLM, MSc

1207 43rd Street W, Bradenton, Fl 34209, USA

Tel: +1-561-809-6598, e-mail:Annamarieversfeld@yahoo.com

South Africa: Swinburne Sustainability Center and Conservancy, P.O. Box 733, Harrismith, 9880

*Note: another US Supreme Court employee verified it was my date of mailing, 7 December 2011, which was the effective date of my motion, interrupting a decision being taken before such motion be heard. The Rules of Court verify this. Further, despite a written request I have to date, April 16, 2012, not received the "order" Elliot referred to.*

February 9, 2012

United States Supreme Court

Per US Mail and By Hand

**RECEIVED**
**FEB 17 2012**
**OFFICE OF THE CLERK**
**SUPREME COURT, U.S.**

RIETHMILLER V FABISIAK CASE SC 11- 5659

Your attached letter dated December 20, 2011 reached me only on January 21, 2012. I have to date not received a copy of your alleged order of December 12, 2011 and am accordingly not able to attach a copy of such order.

In the said letter of December 20, 2011 you alleged to only having received my filing sent via US Tracking Postage on 7 December 2011, on December 19, 2011. Such filling should have interrupted your order of December 12, 2011, and for reasons set out below still does so.

The tracking details show that the Appellant's December 2011 filling mailed from New York on December 7, 2011 inexplicably spent three days being sorted and reached you only on December 16, 2011, not December 19, 2011, as you alleged. Further, the exact same Motion was served via US mail on the Eleventh Circuit, Atlanta, a Federal Court. This Federal recipient received the Motion on December 12, 2011. This serves as constructive notice on this court and the United States Supreme Court accordingly did receive the matter before the decision to refuse re-hearing, thus an interruption of the order of December 12, 2011, and the Motion attached must proceed before this court makes an order.

A failure to re-hear will lead to gross violations of human rights and International Treaties to which the United States is a signatory. The Supremacy Clause of the Constitution was invoked long prior to December 2011, leaving a duty of the Judges of this court to first consider the Constitutional and International violations complained about. In any event as not even the rules of this honorable court are above the law and the Supremacy Clause invoking the Constitution and internationally binding treaties. The order of 12 December 2011 you referred to which the Appellant to date has not received is accordingly an error and of no force and effect.

As you had returned the Appellant's motion the Eleventh Circuit received on December 12, 2011 to the Appellant, the Appellant hereby re-files her Motion of December 2011 with an addendum in support thereof, ie, how the failure of the court to recognize the important issues have in this short time lead to even greater violations of the Appellant's human rights demanding urgent International intervention, (copies of which are enclosed) and potentially irreparable and life-threatening harm which will lead to US officials being held accountable for Internationally recognized criminal conduct (See application to the US Congress, the International Criminal Court, the UN Security Council and the South African Government).

Note that this filing is post marked on a date within 60 days of your alleged order of December 12, 2011. Note further that if the United States Supreme Court does not accept this filing an insists that it's order of December 12, 2011 stands, that full details of the justices making that order must kindly be provided to the Appellant with the order, as their decision would be a violation of the Constitution of the United States of America and as such the Appellant is entitled to hold the accountable for such conduct.

The Appellant further requests to make oral submissions to the Judge to whom the December 2011 filling (a Motion to a single judge), now re-filed with addendum, will be made.

Yours faithfully

Annamarie D Riethmiller

No. 11-5659

IN THESUPREME COURT OF THE UNITED STATES

Annamarie Riethmiller — PETITIONER

vs.

Danuta Fabisiak, et al - RESPONDENT(S)

ON APPEAL TO

    (UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT)

    A.  ADDITIONAL INFORMATION IN RESPECT OF RULE 44 REHEARING -

The petitioner asks leave to bring to the attention of the court additional intervening circumstances of substantial and controlling effect and other substantial grounds not presented at the time of filing for the re-hearing of this matter.

    B.  APPLICATION IN TERMS OF RULE 22 IN CONJUNCTION WITH MOTIONS IN TERMS OF RULE 21 FOR :


ADDENDUM TO A AND B ABOVE.

A and B above are DATED DECEMBER 7, 2011, WAS MAILED BY US MAIL DECEMBER 7, 2011 FROM NEW YORK CITY, AND RECEIVED BY THE FEDERAL COURT 11TH CIRCUIT ATLANTA 12 DECEMBER 2011 – THE US SUPREME COURT (WHICH FOR INEXPLICABLE REASONS ALLEGES TO ONLY HAVE RECEIVED A AND B ON 19 DECEMBER 2011, WHEN THE US POSTAL SERVICES ALLEGE AN EARLIER DATE), BECAUSE OF THE TIMEOUS SERVICE ON THE FEDERAL COURT IN ATLANTA HAD TIMEOUS CONSTRUCTIVE NOTICE OF A AND B PRIOR TO THE ALLEGED ORDER OF 12 DECEMBER 2011, WHICH IN ANY EVENT WAS NEVER FORWARDED TO THE PETITIONER AND WHICH SHE HAS TO DATE NEVER RECEIVED.

NOTE TO  COURT: THE SUPREMACY CLAUSE WAS INVOKED IN THESE MATTERS SINCE AUGUST 2010 AND WAS INVOKED WITH THE FIRST FILING TO THIS COURT APRIL 2011. THE US AND FLORIDA CONSTITUTIONS AND INTERNATIONAL TREATIES WERE APPLICABLE AT THE TIME, 12 DECEMBER 2011, (AND TO DATE), SUPERCEDING EVEN THE FILING RULES OF THIS HONORABLE COURT UNTIL THE CONSTITUTIONAL AND INTERNATIONAL TREATY VIOLATIONS PROVEN VIOLATED ARE DEALT WITH AND RECTIFIED. THE LAW IS VERY CLEAR: CONSTITUTIONAL VIOLATIONS ALLOW THE SUPREMACY CLAUSE TO BE INVOKED AND ONCE INVOKED THE CONSTITUTIONAL (AND INTERNATIONAL TREATY VIOLATIONS) **MUST BE DEALT WITH FIRST AND EXPEDITIOUSLY TO PREVENT FURTHER HARM TO THE VICTIMS OF SUCH CONSTITUTIONAL AND INTERNATIONAL TREATY VIOLATIONS– THIS DID NOT HAPPEN IN THIS CASE AND AS A DIRECT RESULT OF THE US SUPREME COURT NOT IMPLEMENTING THE CONSTITUTION AND DELIBERATELY PREMATURELY DISMISSING THE MATTER FURTHER CONSTITUTIONAL AND INTERNATIONAL TREATY VIOLATOINIS OCCURRED. ALL GOVERNMENT  OFFICIALS VIOLATING THE CONSTITUTION AND INTERNATIONAL TREATIES SHOULD HAVE FORESEEEN THAT THEIR DERELICTION OF DUTIES AND THEIR FAILURE TO IMPLEMENT THE LAW COULD LEAD TO GRAVE HARM AND EVEN DEATH TO THE PETITIONER. AT THIS TIME, AS A DIRECT RESULT OF GOVERNMENT**

**OFFICIALS FAILING TO PROTECT THE PETITIONERS INALIENABLE HUMAN RIGHTS, THE PETITIONERS LIFE MAY BE CUT SHORT AND UNLESS THE US SUPREME COURT FIRST IMPLEMENT THE SUPREMACY CLAUSE AS WAS IT'S DUTY FROM THE OUTSET AND URGENTLY IMPELMENT THE CONSTITUTIONS OF THE STATE OF FLORIDA AND THE UNITED STATES AND INTERNTAIONAL TREATIES AND IF THE PETITIONER THEREFORE SUFFERS PREMATURE DEATH AS A DIRECT RESULT OF US OFFICIALS FAILING IN THEIR DUTIES, THE CARGES THE PETITIONER HAS LAID AGAINST SUCH OFFICIALS WITH THE INTERNATIONAL COURT MUST BE CHANGED FROM ATTEMPTED MURDER TO MURDER. SUCH OFFICIALS INCLUDE THE CLERKS OF THE COURT DEALING WITH THIS MATTER WHOSE DUTY IT WAS TO BRING THE FACT THAT THE SUPREMACY CLAUSE WAS INVOKED TO THE ATTENTION OF THE US JUSTICES OF THIS COURT. IF THE JUSTICES DECIDE TO DESPITE THE CLEAR VIOLATIONS OF THE CONSTITUTION AND INTERNATIONAL TREATIES CONTINUE WITH THE ALLEGED ORDER OF DECEMBER 12, 2011 ,THEN SUCH ORDER MUST BE SIGNED BY THE JUSTICES AND FORWARDED TO THE PETITIONER SO THAT SHE MAY INCLUDE THEIR NAMES WITH THOSE AGAINST WHOM CHARGES FOR VIOLATION OF INTERNATIONAL TREATIES MUST BE LAID**

ADENDUM:

The alleged pre-mature ruling of this court (see attached copy from the court's Ms Elliot dated December 20, 2011 and received by the Petitioner January 21, 2012 but to date she has not received the alleged order of the US Supreme Court of December 12, 2011,  in respect of case which alleged dismissal of SC-11-5659 resulted in the lower courts continuing their path of Constitutional and Human Rights abuses. Details of such abuses are contained in the facts of the case and highlighted at the end of this submission in terms of which such orders are directly appealed to this court to be consolidated in terms of A and B and to enable the US Supreme court to correctly apply the laws invoked through the Supremacy Clause.

FACTS OF THE CASE:

1. **William's competence is uncertain and must be established to see if under International Criminal Law (the Petitioner is a dual South African and US Citizen. South Africa has bound itself to the laws and rulings of the International Criminal Court and hence the Petitioner has standing in the International Criminal Court to seek redress and prevention of further harm, even against US citizens and government officials),  Federal and State law he should be charged with attempted murder or if she dies murder of his wife, the Petitioner. This is the circumstance:** October 2009 Baker Act as to competence of William Riethmiller inconclusive as he was never properly tested, not at all for his mental condition and the official, Jeremy, apparently a neurologist, it seems just like Fabisiak,  also to having alleged fraudulent qualifications at the time, declared William Riethmiller fit and in violation of Federal law handed William back to his sex and psychiatric abuser psychiatrist, Danuta Fabisiak who at the time was alleging on her Florida license to be American Board of Psychiatry and Neurology certified psychiatrist when Fabisiak knew this was deliberately fraudulent and intended to mislead the public when she posted it on the official Florida Department of

Health website. Jeremy who appears to at the time also fraudulently alleged on the Florida Department of Health website that he was a Neurologist, deliberately did not test William for alcohol or methadone when Jeremy ordered all sorts of other tests, and then when the affidavit leading to the Baker Act to which Jeremy had access, clearly reflected William's mental health alcohol and drug problems over many years, more than a decade. **That till William's third visit to Fabisiak family relations was fine despite his problems**: See attachments to A and B – despite William Riethmiller's mental illness and addictions, up till William Riethmiller's third visit to Fabisiak at a time William was most vulnerable (see affidavits of witnesses filed previously filed showing how William's mental illness with prior house moves affected him to the extent that he curled into a fetal position in the houses the family was moving from) the marriage between the Petitioner and William was fine (see hand written cards by William and family pictures of that time). **William Riethmiller has a long well recorded history of mental illness and drug and alcohol abuse** – on the public record of the lower court cases the Petitioner has repeatedly warned that her husband and her family's rights to privacy are severely violated by William's psychiatrist, Fabisiak, the first Defendant in SC-11-5659, having abused and continuing to abuse Willliam Riethmiller who has since the abuse consistently acted out of character, details of which are well recorded in previous fillings to this court even begging this court to prevent William suffering more harm where in the last months of 2011 William had four moving violations, the last driving 98 miles an hour in a 50 mile an hour zone, getting violent at his office to which many people at Fresh Start 7th Floor, 1990 Main Road, Sarasota, Florida can testify and even driving into the vehicle of someone parked in the parking garages of the office.. **Consistent and continuing further abuse and harm is occurring because US Government officials have deliberately failed in their duty and have even acted deliberately and specifically against the Constitution and the laws of the State of Florida and the United States to protect Fabisiak and harm her victims of which the Petitioner is one. This deliberate harm has now escalated to the Petitioner falling ill from disease which could have been easily avoided if she was not deliberately harmed by US Government officials Gilner, Ezell, Moreland, etc.** The US Government has failed to protect William and the family, including the Petitioner, the victims of now not only Fabisiak's abuse but of the abuse of government officials protecting Fabisiak at the expense of her victims. **Government officials have gone to extraordinary lengths to assist the criminal conduct of Fabisiak** who has committed a string of easily provable State and Federal offences for which Fabisiak should long ago have had the law implemented in accordance with her criminal conduct: Fabisiak's sexual abuse by her as psychiatrist in respect of her mental health patient William Riethmiller (husband of the Petitioner) is a felony in the State of Florida; Fabisiak fraudulently alleging on her Florida license for years to be American Board of Psychiatry and Neurology certified when she was not is fraud; Fabisiak obtaining vendor status as an accountant for the Florida Department of Health when she is not a State of Florida licensed accountant is a felony; Fabisiak practicing as psychiatrist when by her own admission on court documents she alleges she is "disabled" through mental illness is a felony is a felony and punishable by law. Other questionable conduct which require investigation is the allegations by Billy Cox to the Petitioner that Fabisiak's allegation in her book "The Thorn Hearts" that ex boyfriend Dr Whitt asked her (Fabisiak) to marry him the night

before his unnatural death when Fabisiak appears to have been in control of him – he was weakened from prolonged cancer treatment – and they had a happy day together as being a lie. Cox told the Petitioner that Fabisiak told him that she and Whitt had a huge fight the day Whitt died. **Cox further told the Petitioner that Fabisiak was mentally unstable and was suicidal on many occasions.** Although Cox became scared and appears to fail to understand the harm William Riethmiller is exposed to by being violated by his psychiatrist (it is well documented in the academic literature that victims of psychiatric and psychiatric sexual abuse are always worse of for it and that it causes grave harm for the rest of their lives which often end in suicide), the Petitioner believes Cox told her about Fabisiak's long history of mental illness and abusive conduct in as truth. Cox as a Christian should know God is always truth and love and that in this instance he should come forward and give details of Fabisiak's long history of mental illness and what he knows about Whitt's death before more harm is done. For as long as there are victims Cox is not acting out of love by ignoring Fabisiak's illegal and criminal conduct at the expense of her victims. Further Thomson, full details which have already been given to this court, volunteered the information that he personally was helping an elderly not mentally ill lady whom Fabisiak had deliberately certified (at a time her Florida license contained the fraudulent allegation of being American Board of Psychiatry and Neurology Certified) as incompetent to deal with her own affairs when she was not. According to Thomson it took years to have Fabisiak's fraudulent allegation that the lady was incompetent reversed and during this time the old lady's money was held by the accounting firm in which Fabisiak had an interest and at the end of the ordeal when the lady was declared competent most of the money which was held by the firm in which Fabisiak had an interest was gone. **According to Thomson the old lady was so deeply traumatized and scared by the experience that she refrained from pressing charges against Fabisiak to prevent further harm to herself.** Thomson alleged to the Petitioner that in circles which are in the know, Fabisiak is known to pry on the elderly and in particular people whose history shows that they do not have close by (Florida is the hub for the elderly and often they mover to Florida with no other relatives nearby to protect their interests or their rights and few far away relatives will distrust the judgment of a psychiatrist – hence the danger of Fabisiak as she is using the high esteem of her profession to commit her crimes). There is black and white evidence of Fabisiak's fraud in respect of her licenses (or lack of them in the case of her being a Florida accountant). Most relevant to this case is Fabisiak's influence over the people she has worked with at the 12th Judicial Circuit Court for Manatee County in Bradenton Florida where Fabisiak has been the psychiatric expert in more than 600 cases over a ten year period. When the Petitioner, the whistleblower wife of Fabisiak's victim, William Riethmiller brought Fabisiak's felony's to the attention of the court, the government officials used the platform to harm the whistleblower (the Petitioner) instead of protecting her and her family.   **The US Supreme Court under SC -11-5659 therefore has clear evidence that State officials violated the law and that this is a matter of human rights which are federally protected and the Federal court was the correct forum for a trial where evidence needed to be led which ties Fabisiak to the State and government actors who protected Fabisiak's criminal conduct at the expense of Fabisiak's victims, even harming victims like the Petitioner deliberately, thus turning Fabisiak's harm to government induced harm and violations of Constitutionally and**

**International treaty protected rights.** This continues as is set out below. In the case of Diana Moreland, Fabisiak met the Petitioner at an Anna Maria Island Chamber of commerce event where Fabisiak addressed the members of the Chamber telling how well qualified she was (Harvard, etc). Fabisiak on that occasion introduced to the Petitioner the lady with Fabisiak, as Diana, her friend. The same Diana is Diana Moreland who when people such as Gilner, Dubensky, Maulucci, Ezell, Dunnigan, etc, were all disqualified for helping Fabisiak to harm the Petitioner and use the US court as a platform to extend Fabisiak's abuse (see details below), Diana Moreland started continuing that abuse and that despite being officially disqualified by the rules of court. Had the laws of the United States and the State of Florida been implemented this matter before this court and the charges of attempted murder against US Government officials who have deliberately harmed the Petitioner would not have been necessary. However, in a string of decisions which laid bare the exact way in which the United States hide it's human rights abuses (for example the first tier of review is through the District Court of Appeal – **the Supremacy Clause was invoked when that court with no reasons given denied appeals against blatant and proven misconduct by government officials** of for instance Gilner and Ezell – the official body, the Judicial Qualifications' Commission referred the matters to be dealt with by the court – when a matter is then appealed to the Florida Supreme Court, that court alleges and quote cases which are already before this court as unconstitutional and is dealt with in the prior filings in this case, that if no reasons were given it cannot hear the matter. In this fashion a "full proof" system has been developed by the United States to hide its abuse of people like the Petitioner and of destroying their human rights and then burying it officially under this legal abuse of the Constitutions of the State of Florid and the United States. However, at the time the first order was made late 2010, the Petitioner had already invoked the Supremacy Clause and hence these matters and this fight is not against the Petitioner trying to assert her rights and protect her family and in particular her husband from further harm, the abuse by the higher court officials is deliberately and directly and easily provable against the Constitution itself. In terms of the law, when a judicial officer or any government official deliberately violate the Constitution to harm a victim, it is criminal conduct. The US Supreme Court had the legal duty to implement the law. **Even the justices of the US Supreme Court are not above the law.** The failure to thus far have protected the victims, including the 619 cases Fabisiak decided whilst she showed no integrity when her Florida license had the deliberate fraudulent allegation of being American Board of Psychiatry and Neurology certified when she was not, the 30 cases where Fabisiak violated mental health patients further to also be a fraudulently appointed "accountant vendor" with the Florida Department of Health, the Petitioner's husband, William Riethmiller, and his family, mother and son and daughter whom, including William, Fabisiak had convinced to lie to manufacture false evidence against the Petitioner (see below: when the Petitioner who increasingly became aware Fabisiak's conduct in terms of her husband was not an "affair", but psychiatric sexual abuse, offered William a next to nothing settlement which was signed and on the record as it became clear to her William was unwilling to sign divorce papers even when the Petitioner was willing to just walk away from the matter (but she did demand to know what happened to family pets Buddy and Princess which Fabisiak made disappear), and the Petitioner told William unless that low offer or as it may become negotiated even further down, becomes an

order of court in a divorce, the Petitioner will take it that William needs help. That was March 2010. Fabisiak's friends in court since stepped up their harm of the Petitioner. In this regard note: in February 2010 the Petitioenr handed up to Dubensky (who fraudulently made as if he was the circuit judge when Gilner disqualified was actually the judge but never revealed himself as circuit judge in 10430 for ten months, hiding behind Dubensky, then Maulucci, Ezell, Dunnigan till finally found out and disqualified August 10, 2010) a hand written request: to have her husband evaluated for competence and harm by Fabisiak; interim support details of marital asset Fresh Start law Group LLC and the whereabouts of pets the Petitioner purchased and for which she signed responsibility to the State of Florida, Buddy and Princess. After Ezell's misconduct was first threatening and then became real, the Petitioner asked for a changed venue where people did not work with Fabisiak for ten years and now tried to protect Fabisiak and harm her victims as was the case in this matter: **NOTE FROM EARLY 2010 AND TO DATE THE PETITIOENR HAS ONE SIMPLE REQUEST: AN UNBIASED COURT WHICH WILL APPLY THE FACTS TO THE LAW – TO DATE SHE REMAINS DEPRIVED OF THIS BASIC HUMAN RIGHT TO HAVE ACCESS TO A COURT IN WHICH PEOPLE DOES NOT KNOW FABISIAK FOR THE LAST TEN YEARS IN HUNDREDS OF MATTERS. THIS REFUSAL OF THE STATE OF FLORIDA AND THE UNITED STATES TO PROVIDE THE PETITIONER WITH A COURT IN LINE WITH FLORIDA AND UNITED STATES AND INTERNATIONAL LAW COMPLYING PRINCIPLES NOW THREATENS THE PETITIONER'S LIFE AND MAKE RECTIFICATION OF THE CIRCUMSTANCE URGENT : THE US SUPREME COURT MUST URGENTLY ALLOW THIS APPEAL. IN THE MEANWHILE THE SINGLE JUDGE TO WHOM THIS MOTION IS SENT MUST URGENTLY PROVIDE A NEW VENUE COURT WHICH COULD BE ST PETERSBURG, TAMPA, ARCADIA, ANY NEARBY TOWN NOT FAR FOR FABISIAK, BUT AT LEAST WHERE FABISIAK HAS NOT PRACTICED FOR THE LAST TEN YEARS AND HOPEFULLY WITH OFFICIALS WHO WILL VALUE THE CONSTITUTIONS AND THE LAW THEY SWORE ADHERENCE TO HIGHER THAN THEIR FRIENDSHIP WITH FABISIAK.** This is in part how US Government officials bound the State of Florida and the United States into criminal conduct to harm the Petitioner and now threaten her loss of life, ie, attempted murder in terms of International legal principles: Ezell was never assigned in terms of the rules (easy black and white proof in case 41-DR-2009-10430 for this allegation). Ezell heard matters the rules specifically prohibited him to hear, said clearly in recorded evidence he did not care that he was violating the Petitioner's most basic human and civil rights and he did not care, she can go to the United Nations and to the Hague. Ezell declared he is the State of Florida and that the United States is not a Christian country quoting President Obama – note in this regard: the Judeo Christian faith, the foundation of the US Constitution, believes all individuals are equal and are entitled to equal treatment and justice and must always be truthful and honor laws – Ezell is wrong that the US is not a Christian country as more than 50% of people are Christians, but if this court sticks by it's alleged order of 12 December 2011, then the US Supreme Court will have agreed with Ezell that the United States is not a Christian country and therefore in her petition to Congress, the Petitioner is asking that at the 2012 election a referendum be held to establish if the United States is a

Judeo Christian country where the principles of the Constitution must be adhered to, ie, truth, justice, equality, making Ezell's conduct illegal and a violation of that very Constitution and thereforee overturn the US Supreme Court's support of Ezell's decision that the US is not a Christian country and that illegal and unconstitutional conduct as displayed by Ezell is against the law and illegal. In a way Ezel was right that the US is no longer a Christian country because that is what Ezell's conduct reflected and it is Ezell's government induced poverty what made it impossible for the Petitioner to go for her yearly check ups and pap smears and which is accordingly causing United States government induced attempted murder which is potentially killing the Petitioner and if she dies will be United States Government induced murder through the US Supreme Court and other appellate courts sanctioning instead of stopping Ezell (Fabisiak' etc's) abuse. Ezell was never assigned in terms of the rules and therefore outside the law hi-jacked a US court without being assigned by the rules, a criminal offense. Unless the US Supreme Court allows the appeal and deal with the urgent Constitutional and International law violations, the US Supreme Court is sanctioning Ezell's conduct which was to "heard" matters the law did not allow him to hear. Ezell was not truthful or honest and knew he was violating his oaths to the Constitutions of the State of Florida and the United States when he so acted, deliberately and against the law depriving the Petitioner of any income – injustice instead of justice as Christianity and the Constitution of the United States demand-, causing the Petitioner irreparable and now life threatening harm. The Petitioner was previously wealthy but sold her assets to help her husband when his mental problems and addictions proved severe – see his IRP5 Internal Revenue Services records under 193298.162791.0593.013 1 at 0.374 470 and 014326.162662.0053.001 1 AB 0.374 372 – William Riethmiller had low income below $15 000 per year until the Petitioner sold her assets, which he signed for and the records are on the public record in South Africa at various Deeds offices, to assist William and support him for years and to set up Fresh Start Law Group LLC, a marital asset her portion of which the Petitioner is legally entitled to and now a lucrative debt relief law firm. This marital asset, Fresh Start law Group LLC, which William deliberately left out of his affidavit reflecting his assets in case number 41- 2009-DR- 10430, is the reason William is also charged with attempted murder in terms of International Law, because eventhough he has a reduced mental capacity he did know the Petitioner sold her assets for his benefit and that she was left penniless in a strange country far from help when she had helped him set up Fresh Start Law Group LLC and when Ezell in William Riethmiller's presence deprived the Petitioner of any income and thus an ability to maintain her health. Until proven that William is mentally incompetent to the extent that he was unable to adhere to his oaths as an attorney in the presence of Ezell or that his mental illness and not his greed caused him to commit purgery and lie on his affidavit reflecting his assets in which he left out Fresh Start Law Group LLC deliberately, ie until it is proven William is so mentally incompetent that he did not know he was violating the rules of court and the Constitutions, William must be held accountable for attempted murder and if the Petitioner dies of neglected otherwise treatable disease but for the deliberate deceit of William and Ezell's deliberate US Government induced poverty, the International charges must be changed to murder. The US Government should have acted in terms of the many red flags the Petitioner brought to government's attention: it was at all times government's duty to protect William Riethmiller whom they knew is a victim as is his

family, including the Petitioner: Because of the strange and illegal conduct William
Riethmiller and even Fabisiak must first be evaluated for competence. In the cases of all
the US Government officials who failed in their duty and in cases like Gilenr, Ezell and
Moreland who even openly and deliberately violated the Constitutions of the State of
Florida and the United States to harm the Petitioner, there is no excuse for such
Government officials. They had a duty to implement the law: the lower court officials
should have recused themselves, they knew full well that they had a ten year relationship
with Fabisiak and the over 600 matters show who the presiding officials were who heard
the matters in which Fabisiak was psychiatric expert. The Petitioner therefore again
demands that William must be thoroughly examined by a panel of psychiatrists,
something asked of this court to order since April 2011 and asked of the Middle District
court the matter under appeal under SC-11-5659 since July 2010. Because the Petitioner
has first hand knowledge that William is an addict and that he was on mind altering
medication which Fabisiak prescribed when Fabisiak moved him into Fabisiak's home as
her, Fabisiak's sex slave, and it is therefore most likely that between the transference
phenomenon, Stockholm's syndrome and Fabisiak controlling William through his
addictions, that William was unable to defend himself against Fabisiak forcing him to
harm his wife, the Petitioner. If it is however found William Riethmiller was at all times
competent and acted willingly to help Fabisiak and her friends such as Ezell to harm the
Petitioner, then William Riethmiller must be charged with attempted murder and in need
murder together with officials such as Ezell. Any future court dealing with such matter
must note that since March 2010, other than the spate of false evidence which Fabisiak
clearly dictated William and his children and even old mother must make themselves
guilty to (see false supposed e-mail by William's children carrying Fabisiak's stamp of
strange language and egotism attached in the addendum to the original summons of SC-
11-5659) William has been completely silent. The about 30 matters that have been
through the courts were not fought by him (and except for the very latest described in
detail below), not even by Fabisiak. The US Government decided it wishes to harm the
Petitioner because she dared complain that one of their friends, Fabisiak, is violating her
mental health patient and trying to protect his and his family's rights. Hence the Gilner
and Ezell government inflicted poverty which continuous to this day despite evidence
before this court that the allegations about Ezell, Gilner's etc conduct is true and correct.
This US Supreme Court has also acted as it has so far, despite it having evidence before it
that  Dunnigan in September 2011 correctly overturned  Ezell's order but incorrectly
appeared when the rules did not allow her to and incorrectly failed to correct the harm of
the conduct the Petitioner suffered. Had Dunnigan done what was right and corrected the
harm or if the US Supreme Court acted timeously on the evidence before it, it could have
saved the Petitioner from the harm and potential death as a direct result of US
Government officials inflicting the harm and then successive legally trained officials with
no excuse about not knowing the law, deliberately not applying the law and depriving the
Peitioner of her Constitutionally and Internationally protected rights. Note in particular
the deliberate Government induced poverty when marital asset Fresh Start Law Group
LLC could easily have provided income to the Petitioner and ensured she had her yearly
medical check-ups and because of the Government induced poverty which she could
therefore not afford her check ups and which has caused her current medical condition
and therefore due to the negligence and deliberate harm by the United States has led to

the Petitioner seeking permission from Congress to sue the United States and asking for the impeachment of the US Government officials who deliberately violated the Constitution knowing their dereliction of duty may cause harm and even death. Again the international charges of attempted murder before the International Criminal Court against the US officials listed must be changed to charges of murder if the Petitioner dies of an illness which would have been easily preventable but for her US Government illegally induced poverty through Gilner, Ezell and upheld by the Second District Court of Appeal, the Florida Supreme Court and no US Supreme Court. All these Government officials, including the clerks who worked with the matter had before them first hand evidence of the illegal conduct of Fabisiak, Gilner, Ezell, Dubensky, Maulucci, Dunnigan and Moreland, but they were so adamant to harm a "foreigner", the Petitioner, that they willfully failed to apply the law and caused and exacerbated the harm.

2. Danuta Fabisiak attends Anna Maria Island Chamber of Commerce event with her friend Diana from Manatee 12th Judicial Circuit Court, gives Annamarie Riethmiller a business card reading "Board Certified Psychiatrist"

3. Early 2009 when William's mental illness is exacerbated by mortgage fraud on their home in Hobe Sound and facing a house move for a Lease Option deal which was falling through, Annamarie Riethmiller convinces her husband William to see Fabisiak;

4. Due to the family move William is exceptionally vulnerable at time he sees Fabisiak three times as her mental health patient: 5, 26 March 2009 and 20 April 2009 (appointment was for 16 April, 2009, William and Annamarie's wedding anniversary, but Fabisiak changed the appointment to the Monday, the day before the family move.)

5. Due to the family move when on the evening of the move, April 21, 2009 William says he is going to see a client, the Petitioner who had worked like a slave all day was too tired to ask questions. When William returned after midnight and said he may want a separation and even an easy divorce the Petitioner thought he is just suffering as on the previous occasions from mental illness and did not realize Fabisiak who saw him on April 20, 2009, the day before was the person he had met with and obviously Fabisiak told William he must get rid of his wife. Because William lied over the next months, it was only when end September 2009 the Petitioner bought Fabisiak's book, the Thorn Hearts and read what Fabisiak's car looked like, that the Petitioner looked up and saw right there in the parking lot where she had started reading the book as soon as she had purchased it, was parked the exact same car William Riethmiller had stepped out of 22 April 2009, clearly having had sex, ie, William Riethmiller's psychiatrist, Danuta Fabisiak, had sexually violated him within 48 hours of seeing him for the third time as her (Fabisiak's) mental health patient.

6. That set this entire case in Motion. In South Africa where the Petitioner comes from a psychiatrist which abuses a mental health patient and even moves him into her home as Fabisiak did, would immediately been charged. The Florida and United States Governments have completely abused the fact that the Petitioner is not from the United States originally. The Petitioner who had worked with US lawyers before and even spoke at the American Bar Association, had held US lawyers, the US legal system and the laws of the US in the highest regard. The Petitioner further completely trusted US Government officials to be sincere in saying things like the Pledge of Allegiance and therefore completely trusted the Florida and US system when she notified all the correct officials of the abuse to her husband.

7. Because William had once before been unfaithful when he was drunk on the beach and a woman who offered him a sandwich and took him to bed (but he at the time told the Petitioner and was most remorseful), the Petitioner had to establish if William knew what he was doing or if it was abuse. The Petitioner accordingly wrote William and Fabisiak, his psychiatrist two letters, begging for the whereabouts of the family pets, Buddy and Princess they made disappear and asking for answers as to what was going on. The Petitioner was particularly upset because William on the evening they moved said he would wait with a divorce/separation till the Petitioner's children had citizenship. The reason this had come up, is that when William woke the Petitioner and said he may want a separation or divorce the Petitioner was dumbfounded. They had still happily celebrated their anniversary the week before and as it was the original day (and the day reflected on the Aetna medical insurance account as William's third visit to Fabisiak as his psychiatrist), William's third visit to Fabisiak was scheduled to, and William still apologized that he should leave the anniversary celebrations and go to the appointment, but he was back early and said Fabisiak changed it to the Monday, April 20, 2009. The Petitioner had told William originally that she would not marry for frivolous reasons and that if she was going to uproot her children, she refuses to put them through further harm, so William was not to marry her if he was to change his mind and leave her children uprooted for nothing. William accordingly promised that this was truly love for him and that it was to be a permanent and Christian marriage. This is also recorded in numerous letters between the Petitioner and William some of which are already filed in court as evidence. In the weeks following no mention of citizenship was made, but end May William mentioned it again. It upset the Petitioner so much that that Sunday after the Memorial weekend service at the end of a long altar call, she got up and said to the entire congregation she thought it was wrong that her husband should even have suggested that he waits with a divorce or separation for citizenship, that citizenship for Christians are first and foremost in heaven and that she, the Petitioner will have nothing to do with such arrangement. The Petitioner followed this up with a letter to her husband and the pastor, which appears as addendums to the summons of SC-11-5659. In June 2009 before the Petitioner and her children went to South Africa and Texas William Riethmiller in front of the children said they did not need to worry, all is fine and they will be together as a family when they get back, but he wanted them anyway to apply for citizenship. William Riethmiller lied deliberately and consistently about his reasons and whereabouts and once back misused the fact that the new family home demanded all the Petitioner's time, so they went to Bible study twice a week and to church on Sundays. William was hinting his mother who did not like the fact that the Petitioner is a foreigner was behind the push to get citizenship. This was so much so, that the day before the interview after church, the Petitioner told William that if the marriage is not going forward she refuses to go for the interview and again William told her all was fine they will be fine which made her go for the interview. However, when the next day he started his divorce ideas (the Petitioner had taken all conversations, letters including the letter to the Pastor and her husband of June 2009 to the interview, but the official said despite the fact that the appointment was for 2 hours, he only had 20 minutes and did not allow the Petitioner to go into any detail) again, the Petitioner asked him if it was his mother. When he said no, she insisted to know where he was living before their new house was done and when she realized William had lied and was living in his psychiatrist's home the

Petitioner bought Fabisiak's book and then through the car put two and two together and realized Fabisiak had violated William since April 2009 and was the actual reason behind all the strange conduct including William pushing the Petitioner to take citizenship. Eventhough by the time the Petitioner actually took citizenship she had made a full disclosure to the US Government, at that time, November 2009 Gilner had just been disqualified (16 November 2009, case number 41-2009-DR-10429), and the Petitioner was confident her complaint to the Sheriff and the Florida Department of Health of 2 October 2009 would see Fabisiak being held accountable, and would William Riethmiller examined for harm and if he was fine, and if William truly did want to get a divorce, a divorce in terms of US law where marital asset Fresh Start Law Group would be fairly divided and issues such as the question about William's lying before the interview being considered could be dealt with. To date the Florida Department of Health have not acted in terms of the law, they did after more than two years and the Petitioner filling the summons under SC-11-5659 hold a hearing, but spent thousands on experts opinions using Fabisiak's false allegation of being American Board of Psychiatry and Neurology certified as an excuse to consider Fabisiak as a DO only, not as a psychiatrist (she is actually a psychiatrist by virtue of her training and is apparently Osteopathic board certified, but this is only known in the last weeks) and failed to apply the law in respect of her conduct, ie protecting Fabisiak at the expense of her mental health patient, William Riethmiller, and other victims (the 619 and 30 all violated by Fabisiak's fraudulent allegations of being American Board of Psychiatry and Neurology certified and the 30 suffering from her fraudulently appointed as accountant vendor when Fabisiak had never been certified as a Florida accountant). When the sheriff failed repeatedly to perform his duty and a complaint was filed at the highest level, the Department of Law and order discriminated in the extreme by stating they will not protect the Petitioner's rights at all, ie the Petitioner is since end 2011 exposed to complete lawlessness.

8.  To date the 12th Judicial Circuit Court for Manatee county has acted as follows:

    8.1 The Baker Act was granted 16 October 2009, but the Petitioner warned William Riethmiller must be taken outside the area of control of his abuser Fabisiak. This did not happen and Jeremy described above did not have William examined in terms of basic medical standards and handed William Riethmiller back to his abuser Fabisiak violating **United States Code: Chapter 109a, Title 18 Section 2242.**

    8.2 In 41-2009-DR-10429 Gilner by his own admission knew Fabisiak even complimenting her on moving her mental health patient into her home and violated numerous laws, more details below, but the full record has been filed before and will be handed in with the copies hereof to Congress and the international tribunals. Gilner violated not only the Constitution, but deliberately violated the Judicial Cannon and due process laws with the specific intent to harm the Petitioner who has had a number of her most basic human rights violated since,. The reason for Gilner's conduct (no doubt at the instigation of his friend Fabisiak) was twofold, to harm the Petitioner, but to also deter the petitioner from holding Fabisiak accountable for her crimes. (This is, in need even to death not possible for the Petitioner who knows her husband is a person of reduced capacity and no match for Fabisiak and her criminal intent, so until the Petitioner is provided with proof that her husband William Riethmiller is fine despite Fabisiak's abuse, the Petitioner has an oath to God to give effect to, namely to protect William Riethmiller and look after him in sickness, ie, if William is being

abused because he is vulnerable due to his mental illness and addictions, it is the duty of his wife, the Petitioner to not stop till he stop being abused and it is ensured he is safe).

8.3 Gilner was disqualified in 41-2009-DR-10429, but till his order is declared void or till a rehearing date is given by an independent court (the Petitioner has filed more than a dozen requests for change of venue and for re-hearing which the statute assures she is entitled to at any time) the deliberate harm by the US Government through Gilner continuous to violate her most basic human rights and the rights to which she is entitled as unalienable human rights by virtue of the Florida and US Constitutions and international treaties. The law in the US Constitutional codification demands that where human rights are abused, they be rectified immediately. The higher courts including this court is fully aware of the abuse since mid 2010. Even a person who does not know the law well and simply compare the facts to the law can immediately see the abuse of the Petitioner, yet the learned men and women of the courts of the Untied States have chosen to protect their friends rather than give effect to their oaths under the Constitution of the United States of America. Again, as with her husband, the Petitioner is bound by oath. The Petitioner made an oath to the United States the she shall protect it's Constitution from enemies within and without. When justices and people like Ezell who swore allegiance to the same Constitution therefore violate it as the proof has been furnished to this court, the Petitioner has no choice but to act in terms of her oath, and even if ill as she is, battle on to bring justice and honor back to the situation. That can only happen when a new venue is appointed, Gilner's violation of the Petitioner's most basic human rights is stopped and William Riethmiller is properly tested.

8.4 When the 12th Judicial Circuit made themselves guilty of federal offenses, the Petitioner rightly held them accountable in Federal court. A Constitutional violation occurred in 41-2009-DR-10430 when Gilner never revealed he was the circuit court judge till he was disqualified 10 August 2010, after the summons of SC-11-5659 was served on Ezell on 9 August 2010 and Ezell admitted the problem all along was Gilner's presence behind the scenes in the matter: ie implying he acted illegally at the request of Gilner. When the US Supreme Court therefore tried to deny the Petitioner recourse, it erred because it is Federal offenses Ezell and Gilner made themselves guilty to, and in particular it links them directly to Fabisiak who on her Federal medical provider identification number alleged the fraudulent Florida license which showed she was American Board of Psychiatry and Neurology certified when she was not. As set out below it is further a Federal offense for two or more to conspire to deprive someone of their most basic human rights. Even if at time of filing the summons 6 August 2010 the Cause of Action was lacking, the rules do allow for amendment, and certainly by the time the Motion to toll time giving details of the Constitutional violations by Gilner, Ezell and Dunnigan, was served on. President Obama the day before Moody J, abruptly and without notice in terms of the rules of court took the matter from Whittemore who had already issued notice to proceed to normal trial procedures, sufficient evidence of Constitutional violations existed to allow the matter to proceed. Had it proceeded evidence could have been led which would have identified Fabisiak's criminal conduct to allege fraudulently that she is American Board of Psychiatry and Neurology certified much sooner and before the

Florida Department of Health Inspector General participated in Fabisiak's fraud by alleging in writing that Fabisiak was American Board of Psychiatry and Neurology certified when she was not. The fact that the US Supreme court would on the basis that the Petitioner is trying to protect her husband and the rights of her family, show this matter away from legal recourse, is violation of another inalienable right, namely the rights which arise under marriage. It is a human right to protect one's marriage partner: not even the US Supreme Court has the right to shoe the Petitioner away for trying to protect her husband, nor does the US Supreme court have the right to deny the Petitioner certainty as to her citizenship, a request in the original summons of 6 August 2010 and again pertinently important to ascertain. William Riethmiller signed financial responsibility to the Petitioner and her children. If the Petitioner's citizenships is affected by William Riethmiller's lie before the Petitioner's interview, then William remains responsible not only for the Petitioner, but also for her children. Especially now that her health demands care, the US Government must urgently stop it's abuse and apply the law: if William's lie did affect it say so and hold him responsible for her medical care. If it did not, provide a court where marital asset Fresh Start law Group can provide income tot allow the Petitioner to obtain medical care. Under both circumstances, by virtue of their marriage, William Riethmiller is responsible for his wife's medical care and that must be ordered urgently to prevent further harm.

8.5 Because of William Riethmiller's publicly reported decline, he had no moving violations as the official record shows and now after Fabisiak's abuse in a short time has 4 moving violations, as well as continuing reports about Fabisiak practicing medicine fraudulently and whilst mentally ill, ie, posing a danger to all patients, but particularly dangerous to William Riethmiller whom she had on medication she prescribed when she sexually abused him and moved him into her home, it became increasingly necessary to protect William Riethmiller's rights, therefore the submission with case SC-11-5659 on April 15, 2011.

8.6 When Gilner and Ezell deprived the Petitioner of any income they also deprived her of the ability to pay an attorney to protect her rights. When their human rights abuses were proven the Petitioner was fully entitled to ask for legal assistance in terms of Florida and US Constitutional provisions allowing such assistance to victims of human rights abuses. The Petitioner qualified in terms of all criteria as was set out in submission to the Second District court of appeal end 2010. It is accordingly a further human rights abuse that when the Constitution provided for assistance to victims such as the Petitioner, that judicial and other government officials denied such help knowing they are perpetuating the harm. For that reason all such officials must be held accountable for their abuse in terms of the Florida and US Constitutions and International Law and at no point must officials be allowed to raise as a defense, that the Petitioner's submissions lacked proper legal principle: US Government officials abused the Petitioner and her family deliberately, they deliberately and against the Constitution deprived income or legal support and quite deliberately plotted to prevent her from having recourse ensuring her poverty will lead to harm such as bad health. NO country with a Constitution such as the United States should ever allow such abuse. And if they do, the International community must hold them accountable,

because it shows a lawlessness violating it's own Constitution that must never be tolerated from the leader of the free world.

8.7 When the Federal Florida Middle District court refused to protect William Riethmiller from further harm as per the submission of September 2011, the Petitioner had no choice but to try and protect her own rights and the only court she had was the 12th Judicial Circuit. Under protest she filed a notice against Fabisiak for medical malpractice and reported Fabisiak fraudulently alleging she is American Board of Psychiatry and Neurology certified when she was not, providing proof to the court. As the 12th Judicial Circuit allowed Fabisiak to be expert in over 600 matters over a ten year period using a Florida license with a fraudulent allegation, the Petitioner pointed out to the court that for the State of Florida to have appointed a psychiatrist to decide on the competence or not of Florida citizens, a gross error was made to appoint someone like Fabisiak who did not have the integrity to be truthful about her certification and who was accordingly unfit to perform duties for the State. Manatee Memorial Hospital told the Petitioner that Fabisiak had provided them with a certificate from the American Board of Psychiatry and Neurology that she was so certified, which of course she was not, meaning Fabisiak took her fraud one step further from just posting her fraudulent allegation on the official Florida website, but also falsified a document and handed a fraudulent document to a hospital to obtain privileges on a fraudulent basis. Fabisiak's response showed her mental illness. The reasonable psychiatrist having acted fraudulently would have remorse. Instead Fabisiak blamed the Petitioner who has at all times only taken all matters via the legal route and official government structures of causing her harm. In particular, Fabisiak alleged Gilner's decision in October 2009 in case 41-2009-DR-10429 was actually for Fabisiak, something the Petitioner alleged all along and therefore written proof of violations of 18 U.S.C. Section 241 and 242 that Fabisiak from the outset of the Petitioner knowing about Fabisiak's felony in respect of her victim William Riethmiller, that Fabisiak conspired to harm William's whistleblower wife, the Petitioner, using Gilner's illegal conduct to do so (ie, two or more people conspiring to deprive another of their inalienable human rights – it also explains Gilner preventing the Petitioner from going near places no evidence was led about – over and above a myriad of other irregularities and violations of due process well recorded previously). In short, Gilner did not apply the law October 21, 2009 for the specific purpose of giving his long term friend, Danuta Fabisiak a constructive divorce for her mental health patient William Riethmiller, in the hope Fabisiak could escape being held accountable for her felony in respect of Fabisiak. This also gave Fabisiak a legal tool with which Fabisiak intended to beat the whistleblower wife of William Riethmiller into submission. The Federal court in the urgent matters prior to filling the summons of SC-11.5659 was specifically approached when Faisiak's other friend, Ezell violated the rules of court, was not assigned in terms of the rules and threatened to hi-jack a US court. The failure of the Federal court to take those warnings seriously and protect the Petitioner, led to Ezell's human rights abuses of July 14, 2010, when all that needed to happen was for either the Federal court or the 12th Judicial circuit court to have granted the request for a change of venue, a fair request as proof of the over 600 cases in which Fabisiak was mental health expert in the 12th Judicical circuit was attached to the Petitioner's motions of June 25, 2010. Now, as then, the solution

is simple, provide an independent court in terms of the Constitution and as the United States warranted the United Nations it will provide in terms of International and binding treaties.

8.8 The latest abuse following the deliberate and consistent failure of higher State and Federal courts to protect the victims of first Fabisiak's abuse and then the abuse by her friends in the US Government happened as follows: as part of Fabisiak's response to the Medical malpractice notice of the Petitioner in which she asked for time to toll till William Riethmiller is safe and other relevant investigations are complete, including a special prosecutor being appointed to deal with the abuse of power by state and federal officials and the Florida Department of Health being held accountable for not dealing with Fabisiak in terms of the law, Fabisiak filed a counterclaim and asked for a restraining order alleging the Petitioner followed and harassed her which is most definitely not true, and all who knows this case can just imagine, even if the Petitioner had to by accident go near Fabisiak the whole US army would probably commanded to protect Fabisiaik! As the Petitioner knew she is innocent of any such allegation to the extent that it was her who when Fabisiak' found Cox's weakness as a means to control him with and got him to abuse the Petitioner when she fulfilled her Godly calling of being a volunteer Chaplain at Blake Hospital, to avoid even the off chance of running into Fabisiak, the Petitioner asked the hospital to volunteer on Sunday afternoons. When one Sunday afternoon she saw Fabisiak's car parked at the hospital she did not do her volunteering and notified the hospital. All this was step by step reported in court documents. When Fabisiak accordingly alleged that the Petitioner harassed and followed her, it was based on a deliberate lie, by now, part of Fabisiak's criminal profile for any sincere government official or judicial officer or criminologist (again this is served on the FBI) to see. In her response the Petitioner therefore denied the allegations and held Fabisiak accountable for having used Gilner, now admitting it on the record. Further, the Petitioner pointed out that she has suffered human rights abuses to the extent that to have as judge Moreland, the very same Diana whom Fabisiak was with when the Petitioner first met Fabisiak at the Anna Maria Island chamber of commerce event and was introduced by Fabisiak to Diana Moreland as Diana Moreland being her, Fabisiak's friend, that it was such a vile violation of the Judicial code that the Petitioner was unable to have her human rights so abused and refused to attend for the date set down by Fabisiak, 3 January 2012, in any event a date the Petitioner was not available. This notice was re-iterated to all the courts, including the courts the matter had been appealed to, the Second district Court of appeal and the US Supreme Court and the same notice was filed on the 12th Judicial Circuit where the Petitioner appealed an effort by Fabisiak on November 7, 2011 to obtain a restraining order from the Petitioner holding Fabisiak accountable for Fabisiak's crimes and medical malpractice. Dubensky had denied Fabisiak's request for an interdict, but the Petitioner appealed it on the basis that Dubensky having hidden Gilner quite deliberately for 10 months and Dubensky then having been willing on September 13, 2010 to have a final divorce when no discovery of marital asset Fresh Start Law Group LLC had taken place, were violations of the Judicial code and other laws and Dubensky who had also lied that he had never even heard of Fabisiak he worked with for ten years and closely in many matters in which she was psychiatric expert, was

unsuitable and should have recused himself. That is one of the matters of the 7 December A and B motions dealt with here, that was served by Constructive notice on the US Supreme court via the 11th Circuit Atlanta on December 12, 2011, prior to the order of 12 December 2011 of this court dismissing the re-hearing. Even if in the end this court stands (ie, violates the Constitutions of the State of Florida and the United States and the International treaties binding the United States), by it's decision of 12 December 2011, and in that way allowing it's judges to be charged at the International Criminal court for the attempted murder of the Petitioner, as at 3 January 2012 the matter which Moreland heard under case number 41- 2011- CA-6495 was still under appeal by the Second District court of appeal till 6 January 2012, an order the Petitioner was not aware of till end January 2011, and it appears an order based on the court having ordered performance from the Petitioner whilst she had notified the court she would not be available.

8.9 This court has access to the computer systems of all the courts and it is therefore not necessary to attach the orders or docket referred to. The docket of 41-2011-CA-6495 has an entry on December 24, 2011, reflecting Moreland's hearing of January 3, 2012, ie, in advance the court recorded reflected what was going to happen. Despite notice of absence and of impossibility to violate her own human rights and of the matter having been on appeal, Moreland none the less heard Fabisiak. Obviously once the Petitioner was aware of the order, which Moreland only dated on 17 January 2012 (deliberately a date after the Petitioner was available again on 16 Janauary 2012), the Petitioner ordered a copy of the proceedings. When this was received and ti reflected the only recorded time was about three minutes when Fabisiak introduced herself, the Petitioner phoned the Court's recording division and was told the judge, ie Moreland, has the knob to control what gets recorded and what not and that therefore Moreland controlled that the Petitioner will have no idea on what basis Moreland ordered an interdict in Fabisiak's favor denying the Petitioner access to Blake Hospital and Manatee Memorial Hospital and disallowing the Petitioner of exercising her legal rights to hold Fabisiak accountable for the harm to the Petitioner's husband, her family pets, Buddy and Princess and of course the Petitioner, the rest of her family and the 619 and 30 others. Already in her reply to Fabisiak's initial request for an interdict the Petitioner had pointed out that the statute regulating Fabisiak's profession disallows a doctor like Fabisiak to stop a patient or related party to complain to authorities and further the Noer Doctrine prohibits muzzling evidence of crime and other violations. Over and above that the Constitution allows victims to Petition government. Moreland's very strange order issued January 17, 2012, (ie, Moreland could have waited for the Petitioner to be available, ie on 3 January, 2012 when Moreland had in front of her evidence of legitimate absence she had a duty to firstly recuse herself due to her friendship with Fabisiak, secondly recuse herself because she was disqualified early 2011 from all matter in which the parties are parties, even if she was not Fabisiak's friend and even if she was not already disqualified, Moreland should have advised Moreland she had no jurisdiction as the matter was on appeal and Fabisiak should first have approached the higher court for leave for that court to relinquish jurisdiction. None of that took place. No due process was followed by Fabisiak's friend judge Moreland acting illegally and unconstitutionally. However, by now experience have shown that is not deterrent to

the lawless judiciary! So despite Fabisiak and Moreland knowing Moreland's decision is void from the outset and a crime, they still will use it.

8.10    The way in which Moreland and Fabisiak wishes to use Moreland's criminal decision, arrived from a judge Gilbert Smith, not appointed in terms of the rules and who knows taking the matter over from whom, as all had been disqualified, Dubensky, Gilner, Ezell, Maulucci, Dunnigan and of course Moreland who just ignores her disqualification. However, Smith now issues a notice to the Petitioner in 41-2009-DR-10430, the divorce which increasingly clearly was initiated by William Riethmiller under the influence of Fabisiak. In February 2010 the Petitioner handed to Dubensky whom she innocently believed was actually the circuit judge as he had signed as such (Gilner was actually the judge but did not want the Petitioner to know so was hiding at that time behind Dubensky, who let him) the handwritten request filed in this court before, asking: certainty as to her citizenship, examination of her husband to ensure Fabisiak's criminal conduct is not harming him and then full disclosure about marital asset Fresh Start Law Group LLC and of course interim support and legal costs. What happened from February 2010 to February 2012 is continuous abuse by United States officials now leading directly to the Petitioner's potentially life threatening illness. But more, Moreland's order of 17 January is a deliberate "deterrant" to the Petitioner, a threat of false imprisonment, that if the Petitioner does not "play along" some false allegation will make them misuse Moreland's deliberately falsely given Judgment. These are very, very serious violations of womens rights and of human rights. This court must stop procrastinating and come to the rescue NOW.

In summary:

Attached are orders from the Florida Supreme Court dated January 17, 2011 and hereby appealed in conjunction with the appeals filed simultaneously with the original hereof dated 7 December 2011, wherein the situation in respect of the Florida Supreme Court was dealt with in greater detail.

28 USC Sec1652 states: "The laws of the several states, except where the Constitution or treaties of the United States or acts of Congress otherwise require or provide, shall be regarded as rules of decision in civil actions in the courts of the Untied States, in cases where they apply.

By virtue of 18 U.S.C Section 241, it is a federal crime for two or more persons to conspire to injure, oppress, threaten, or intimidate any person in any state, territory, commonwealth, possession, or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or laws of the United States. Due process and equality before the law are such Constitutionally protected rights.

Section 3 of the Judicial Cannon demands that Judicial officers recuse themselves where their friendship with a party may be construed to affect their judgment. When the Petitioner met Fabisiak, the first Defendant, at an Anna Maria Island Chamber of Commerce event early 2009, Fabisiak introduced to the Appellant her friend Diana. The copies of Judgments from the Florida Supreme Court all refer to the situation December 2010 when the Petitioner dismissed certain

matters without prejudice as premature and despite such formal dismissals having been recorded by the judge dealing with the matter, another judge Diana Moreland, hi-jacked the matters failing to adhere to the rules and notifying the Petitioner of either having appointed herself as judge to the by then finalized matters, and failing to notify the Petitioner of any proceedings in front of her. Moreland issued for very strange orders, mainly re-dismissing the already dismissed matters and out of about 15 outstanding issues filed in the court during 2010, chose half of a motion wherein the Petitioner had approached the court (12th Judicial Circuit Manatee county Florida) and the US Middle District Court, Tampa, the origins of this matter, when it became clear Fabisiak had worked at the 12th Judicial Circuit court for then almost ten years in over 600 matters as psychiatric expert, thus have a close relationship with judicial officers. So close was Fabisiak's relationship with Diana Moreland, that she was the friend whom accompanied Fabisiak to the Anna Maria Island Chamber of Commerce event. As at end 2011 when it became clear that Fabisiak had falsely alleged on her Florida license to practice medicine that she is American Board of Psychiatry certified and when Fabisiak had obtained a vendor number and did accounting work as if she is a Florida Accountant, and became paid in this further capacity by the Florida Department of Health when she is according to official confirmation not a Florida Accountant, that in conjunction with the string of irregularities by people who had worked with Fabisiak at the court and the victims of the over 600 cases whose mental condition was decided on by Fabisiak at a time Fabisiak committed a fraudulent act in terms of her Florida license, and continued evidence of the decline of Fabisiak's mental health patient William Riethmiller in terms of which Fabisiak breached various laws (set out in the main Motion to which this is an addendum), the Petitioner approached the Florida Supreme Court in terms of 18 USC Sections 241 and 242 and other Constitutional and International Law provisions to come to the assistance of those whose Constitutional and Internationally protected human rights had been violated by Fabisiak and government officials with whom she had long relationship.

Because the Constitutional Sections quoted above provide that "two or more" be considered, as implementation of the Supremacy Clause to bring into effect those Constitutional principles, the combined conduct from the outset of all the matters relating hereto, 2009, demands the responsible court to consider in toto against Constitutional safeguards if "two or more" were depriving the victims, including the Petitioner of Constitutionally and Internationally protected rights.

The attached orders by the Florida Supreme Court is not only a direct violation of the Constitution and the sections referred to, but goes beyond that to even not want to consolidate Diana Moreland's irregular conduct on the one day, 6 January 2011, she acted illegally by issuing the said orders (nonsense orders anyway as she was dismissing matters already dismissed – killing dead dead matters: extremely relevant though to show the extremes Fabisiak's friends such as Diana at the 12th Judicial Circuit will go to violate the rights of Fabisiak's victims and protect Fabisiak). The Florida Supreme Court further in the attached orders completely ignore the cases which were filed to all be consolidated and only mention as cross reference the four cases by Fabisiak's friend, judge Diana. Not only is this conduct to deliberately ignore clear violations by people such as Ezell who was not appointed in terms of the rules and thus hi-jacked a US court illegally to deprive the Petitioner of any income, and the many others, Gilner, etc, a violation of Florida statute and the Florida Constitution, but also of the US Constitution and

International treaties, depriving the Petitioner her right to invoke the Supremacy Clause and Constitutional provisions.

Further attached hereto and hereby directly appealed to this court, are further orders by Diana Moreland, dated January 17, 2012 which arose under the following circumstance: The US Supreme court was approached in April 2011 as a matter of urgency when the Petitioner's husband, William Riethmiller was about to potentially loose rights against Fabisiak who remains in control of him. As Fabisiak's continued abuse of him became evident as did the further victims, the Petitioner increasingly repeatedly asked that in terms of Florida and US Constitutional provisions assistance be granted to her in the form of legal representation and that a special prosecutor be appointed to deal with the illegal and often criminal conduct by Fabisiak and the State officials protecting her conduct at the expense of her victims. End September 2011, the Petitioner filed in the 12th Judicial Circuit a medical malpractice notice in as much as it was possible in the absence of the law having been applied to Fabisiak's conduct by bodies tasked to have done so, the Florida Department of Health and law enforcement. The Petitioner therefore asked for an extension two years based on the clear and evidenced criminal conduct of Fabisiak and ninety days in terms of the rules. Florida law demands that Fabisiaks was to have handed the notice to her insurer (of which there is no record on her Florida license – which should have been immediately suspended when her fraud to have alleged she (Fabisiak) is American Board of Psychiatry and Neurology certified when that Board in writing denied ever having certified Fabisiak), which she failed to do. Fabisiak instead filed a motion to dismiss and a counterclaim demanding the Petitioner is interdicted from bringing to light Fabisiak's crimes: Fabisiak violating her mental health patient William Riethmiller of which the Petitioner is a witness, is a felony, Fabisiak practicing whilst suffering mental illness (Fabisiak describes herself as disabled through anxiety- matter quoted in this court previously), fraudulently alleging to be American Board of Psychiatry and Neurology certified when she is not, a felony, fraudulently obtaining an appointment only certified Florida accountant are entitled to by being an accountant vendor to the Florida Department of Health, fraud and a felony. In reply the Petitioner filed s set of interrogatories questioning on what basis Fabisiak believed the Petitioner being a whistleblower is harm to her when it is Fabisiak's own illegal conduct which is causing Fabisiak harm. Further other than immediately when the Petitioner found out Fabisiak is the person who violated William Riethmiller, Fabisiak's mental health patient who had seen Fabisiak in her capacity as his psychiatrist less than 48 hours before in April 2009, and that Fabisiak moved her mental health patient sex slave into her home and is responsible for the disappearance of family pets Buddy and Princess, the Petitioner quite within her right as the wife of William Riethmiller, addressed two letters demanding answers about Fabisiak's conduct and for the whereabouts of the family pets. Marriage is a inalienable constitutional right and the Petitioner has every right to protect her husband and to ensure that when she learnt his psychiatrist is violating him, ask questions to ensure his safety. Further, the Petitioner bought Buddy and Princess and signed responsibility for them in terms of Florida and Federal laws and had every right to ask the whereabouts of her pets.

It was this legitimate asking in 2009, which within days of such requests delivered peacefully by hand to Fabisiak's office and home, which caused William Reithmiller, no doubt at the instigation of Fabisiak (this court has been elucidated to the consequences of the transference phenomenon and Stockholms syndrome making psychiatrically abused patients unable to discern

for themselves, and doing what the abusive psychiatrist says), to threaten the Petitioner that unless she stops asking questions about Fabisiak abusing him, Fabisiak's mental health patient, William Riethmiller, the Petitioner's children will grow up without her.

At the time this caused the Petitioner to approach the 12th Judicial Circuit court under case numbers XXXXXXXXXXXXXXXXX.  *➜ details to follow*

The Baker Act was not dealt with correctly by what appears to be a neurologist who also alleged qualifications he did not have and who despite the allegations in the Baker Act affidavit of the Petitioner's husband having a long history of mental illness and drug and alcohol addiction, not having William Riethmiller tested for alcohol or methodone.

The protective order was denied by Gilner who heard the matter together with 41-2009-DR-10429 where without adherence to the rules Gilner was supposed to follow, and Gilner violating judicial code where he did not only acknowledge his familiarity with Fabisiak but even congratulating her on her felony of having moved her mental health patient into her home, the mental health patient William Riethmiller being Gilner's attorney for his (Gilner's) debt problems.

Florida Statute provides that the Petitioner could at any time approach the court for a reconsideration of the matter. Two years and upteen requests later, despite Gilner's illegal conduct and already having been disqualified for it November 2009, the Petitioner have been denied by a succession of people who acted outside the law, Dubensky, Ezell, etc of a day in court. Gilner also since October 2009 denied the Petitioner any support from her husband, a Constitutional right, or from marital asset Fresh Start Law Group, a property right. Ezell, never assigned in terms of the rules and acting illegally continued the Petitioner's deprivation of support from her husband and income from marital asset Fresh Start Law Group LLC.

Over and above many other human rights violations the most pressing and pertinent then is Gilner using the bench to harm the whistleblower wife of a psychiatric abuse victim by his friend Fabisiak. Ezell did the same and both deprived the Petitioner of income, making the Petitioner suffer state/government induced poverty.

The case before the Supreme Court, SC-11-5659, is whether the United States Supreme Court must allow the Petitioner government support to appeal Moody's abrupt dismissal of the case the moment Ezell's and Gilner's illegal conduct was brought to the attention of the Federal Middle District court. Part of the matter deals with the Petitioner's citizenship, a fundamental right she has the right of certainty about.

Moody also dismissed the Petitioner's attempt to protect her husband when it became clear William Riethmiller is suffering conduct directly related to his abuse by Fabisiak. The Eleventh Circuit alleged bad faith by the Petitioner.

The Motion filed 7 December 2011 and hereby legitimately re-instated as a Motion before this court, reflects the continued abuse. DianaMoreland in the last weeks followed up on that abuse when it appeared even the United States Supreme Court has no interest in applying the Constitution to the matter. The Court is referred to the last page of the Motion which reads:

" **NOTICE TO ALL PARTIES: THE APPELLANT IS NOT AVAILABLE FOR ANY LITIGATION TILL JANUARY 15, 2012 AND WILL NOT BE ABLE TO ANSWER ANY PLEADINGS OR COMPLY WITH ANY DEADLINES, SO KINDLY DO NOT MAIL ANYTHING DURING THE PERIOD AND DO NOT EXPECT ANY REPLY DURING THIS TIME: FABISIAK SET A DATE FOR 3 JANUARY 2012 BEFORE MORELAND: TAKE NOTICE ATTENDING SUCH PROCEEDINGS WILL VIOLATE THE APPELLANT'S MOST BASIC HUMAN RIGHTS SO TAKE NOTE OF THE IMPOSSIBLITY TO COMLY WITH SUCH NOTICES IN CASE 2011-CA-6495 AND IN ANY EVENT THE DATE IS UNSUITABLE"**

Further details will be delivered to the court in due course. It has enough to re-consider urgently.

Annamarie Riethmiller

February 10, 2010

# Annamarie D Riethmiller, Esq

B.Proc (University of the Witwatersrand), LLM (University of South Africa), MSc (University of the Witwtersrand)

1207 43rd St W, Bradenton, Florida, 34209, United States of America

Tel/Fax: +1-941-749-2921, Cell: +1-561-809-6598, E-mail: Annamarieversfeld@yahoo.com


March 31, 2012       Copies to South Africa and to the USA


Chief Justice John Roberts,

Supreme Court of the United States


Mr Roberts

SOUTH AFRICA/UNITED STATES OF AMERICA in re RIETHMILLER/FABISIAK et al, AND
UNITED STATES SUPREME COURT CASE SC11-5659

An alleged (see attached "Explanatory notes" and "Summary of case SC11-5659" as attached to a copy of
my letter to the Honorable Courvreur, Registrar of the International Court of Justice) decision by the
United States Supreme Court in the above matter violates international laws, treaties and conventions
which are binding on the United States of America. I say "alleged" order, because I have not been
provided with the final order despite two written request for the order Ms Elliot referred to in
correspondence.

I am a dual citizen of the Republic of South Africa and of the United States of America and have
approached both countries through the Federal Court for the District of Columbia, Washington DC to
interdict the United States from violating my inalienable God given rights any further and to rectify the
violation of my inalienable human rights and to protect other victims of crime due to the United States of
America violating the Rome Convention by failing to exercise its criminal jurisdiction over those
responsible for international crimes already reported to the International Criminal Court under OTP-CR-
50/12.

HISTORY

A simple due diligence will show the absurdity that this matter should now take on international
proportions. In case 8:10-cv-1763-T-30TGW which was issued by me in the Federal court, Middle
District for Florida, Tampa, August 6, 2010 (later SC11-5659) I reported two cases of treason by United
States of America government officials, Gilner and Ezell.

It shall be an elementary procedure to apply the law to conduct and confirm that my allegations were true
and correct.

Amongst those allegations was the allegation that as people who had worked for about ten years with
psychiatrist Fabisiak (who committed a felony in respect of my husband, her mental health patient), failed
to remove themselves when Judicial Code called for their recusal from the matter, that Gilner and Ezell

9

acted deliberately in "helping" Fabisiak,  such "judicial assistance" to Fabisiak was illegal conduct and a fraud on the people. Gilner seems to have acted illegally based on his friendship with Fabisiak (NOTE: Fabisiak's under oath linking her directly to Gilner's 21 October 2009 decision in 10429, makes her and Gilner's conduct serious criminal violations but is also fulfilling the elements of a Constitutional crime, complying with 18USC241 criminal conspiracy conduct to deprive a citizen of constitutionally protected rights). Both Gilner and Ezell did not only fail to hold Fabisiak accountable for her felony in respect of my husband, but both deliberately and illegally deprived me of any income (Gilner: October 29, 2009 case number 41-DR-2009-10429 and Ezell: July 14, 2010 case number 41-DR-2009-10430) and both deprived me of inalienable human rights on those and other occasions clear from the record of each matter when compared to the laws and rules which apply, ie, a simple due diligence exercise will confirm these allegations.

NEW AND RELEVANT INFORMATION BROUGHT TO THE ATTENTION OF THE UNITED STATES SUPREME COURT

On November 7, 2011, under case 41-DR-2011- 7468 Fabisiak acknowledged under oath, that Gilner on October 21, 2009 in case 41-DR-2009-10429 acted on her behalf and at her insistence in a case to which she was not a party 41-2009-DR-10429, illegal conduct, confirming my warning and allegation August 6, 2010 in what became SC11-5659, that my allegations in the original Federal case leading to SC11-5659 had become substantiated legally and officially under oath by Fabisiak in 7468, namely that Fabisiak, as First Defendant in the case leading to SC11-5659 and Gilner and Ezell as further defendants, collaborated (illegally and unconstitutionally in terms of 18USC241 and other provisions) to deprive me as whistleblower wife of Fabisiak's psychiatric sex crime victim, of my most basic inalienable human and civil rights, a Constitutional crime in terms of 18 USC241, demanding Federal court on and Federal law enforcement protection, and therefore providing vital evidence for the granting of my request in SC11-5659, that as my deliberate Florida State induced poverty (through Gilner and Ezell), led to my inability to defend my rights to a legal platform for a just complaint and a jury trial made in case 8:10-cv-1763-T-30TGW, that my poverty must not be a reason to deprive me of access to a court and that I am entitled as the law and rules provide for financial assistance for the filing fees, about $400 of my appeal (this is a civil case which demands the merits of the case must be clear, no male fides – see briefly considering these elements below).

Not only was I illegally denied such Federal protection, SC-11-5659 arose after illegal intervention in a case which was never officially assigned to him, by Moodey, J and that immediately when the matter was served on President Obama, indicating a deliberate cover up of the violations of my most basic human rights and that at a time President Obama regularly chided China for human rights violations.

DECEMBER 7, 2011 MOTION WAS FILED TIMEOUSLY

Mr Roberts, your court did exactly the same in December 2011, when on December 7, 2011, my even date postmarked Motion, bringing this highly relevant information to the attention of the United States Supreme Court and also bringing the other victims to your attention, was in terms of the Rules of the Supreme Court of the United States of America served timeously **before** a decisions was reached on a matter and demanding in terms of the said rules that my urgent Motion had to be considered prior to a judgment being entered.

Not only did S Elliot of your office lie about the actual date the United States Supreme Court received my filing, but denied me a follow up Motion I was fully entitled to serve and file in terms of the rules which I had every right to demand  be heard as a matter of urgency before a single judge, when I attended personally at your court February 13, 2012.

TO DATE I HAVE NOT RECEIVED THE ALLEGED JUDGMENT OF DECEMBER 12, 2011

A further gross irregularity has occurred in that now even despite twice asking in writing for the judgment of December 12, 2011, Ms Elliot refers to in her letter of December 21, 2011, that I have still not received a copy of such judgment, making official proceedings in terms of international law impossible until I receive the judgment.

I accordingly demand from you, as my Constitutional Rights entitle me to by the Supremacy Clause which has been invoked in my matter, that you immediately provide me with the alleged judgment and provide therefore, including reasons why the United States Supreme Court failed to apply the Supremacy Clause invoked since November 2010, in respect of SC-11.5659. The first thing the Supremacy Clause demands is that when violations of Federally Constitutionally protected rights have occurred, as is the case in SC11-5659, that the victims be assisted in as far as necessary to restore their rights. This has not happened. In terms of the Supremacy Clause my inability to satisfy all requirements is no excuse to deprive me of the Constitutional safeguards which is my right to be asked to be applied to me.

COUNSEL NEED TO BE APPOINTED URGENTLY TO ASSIST ME

Already in August 2010 I asked for counsel to be appointed to assist me in protecting these inalienable human rights and this request has been asked for in filing after filling since, but not once have I received a comment, nor a reason as to why I have not been provided by assistance from counsel. Now, see the attached, that I have fallen ill as a direct result of the failure of their duties by Ezell and Gilner, I have further substantiation for the urgent appointment of counsel to assist me.

DUE DILLIGENCE OF SC11-5659 AND ALL RELATED STATE OF FLORIDA MATTERS URGENTLY NECESSARY

I believe if you do a simple due diligence of the illegal conduct reported on August 6, 2010 and of what transpired since, see orders of August 10, 2010 when Ezell disqualified himself and when Gilner was "removed" from 10430 (he was disqualified for his friendship with Fabisiak in 10429 already in November 2009, but illegally and without my knowledge "hid" as circuit judge in 10430 for the period November 2009 to August 2010, causing mischief and illegal conduct from behind the scenes – such as Ezell's illegal conduct of July 14, 2010), **you will be appalled that such besmirching of the bench and of the laws of the United States were possible under your watch.**

INTERNATIONAL INTERVENTION CAN ONLY BE AVOIDED IF THE UNITED STATES APPLY THE LAW, PROTECT THE VICTIMS SUCH AS MYSELF AND HOLD THOSE WHO VIOLATED THE LAWS OF THE UNITED STATES, FABISIAK, GILNER, MORELAND, EZELL, ETC, ARE HELD ACCOUNTABLE

As you can see from my attached copy of my Motion to the Federal court, I have no choice but to call on South Africa and the international community to help me protect my family's most basic human rights.

If the rules of the Supreme Court of the United States are applied to the filing of 7 December 2011 in SC11-5659, ie that my Motion was postmarked timeous to demand full consideration of new material facts by the United States Supreme Court, prior to a judgment being given, then my Motions of February 13, 2012 and December 7, 2011 can be considered before a decision is made and at least the basics of the law will be adhered to. However, even in such event, the requirements of the invocation of the Supremacy clause, namely that the human rights, ie constitutional violations first be dealt with, will only be the case when a responsible judge considers all the illegal conduct suffered by all the victims and urgently find ways to reverse the adverse effects of the failures of justice, in each particular case.

If the laws of the United States are applied, and such laws in respect of the circumstances are in line with international laws, then there will be no problem. The problem all along has therefore been that government officials set themselves above the law in an imperialistic fashion, choosing outside the legal

11

platform to protect their friends, Fabisiak, Ezell and Gilner, and to deprive me and my family as well as over 600 others, of our fundamental rights.

MALE FIDES

When I brought to the attention of the US Middle District Court for Florida the over 600 people whose lives were affected in the list of mental health cases attached hereto, namely that Fabisiak's Florida license to practice medicine was based on the fraudulent allegation that she is American Board of Psychiatry and neurology certified, when she was not, and the 12th Judicial Circuit court during this time relied on her professional witness (Fabisiak's) whose integrity was so tainted by her deliberately fraudulent conduct, that the court should  not have relied on her witness, as by doing so, it could not simultaneously have adhered to the Constitution, namely give effect due process, equality, ie blind justice, Moodey, also hearing such September 2011 case, averred that I had male fides in bringing the matter. To bring it in greater perspective, the following brief summary of legal issues in all the cases, State and Federal:

1. My husband has a long history of mental illness and addictions, all of which we were entitled to keep to ourselves as a family and deal with in confidence. At a time he was struggling, I begged him to seek psychiatric help in the form of Fabisiak I met in the presence of Judge Diana Moreland as her friend at an Anna Maria Island Chamber of commerce event. But for Fabisiak violating her mental health patient, my husband, none of this would have followed.

2. But for Fabisiak having been used as a psychiatric expert by the 12th Judicial circuit for Manatee county Florida and her long term friends, Gilner, Ezell, Moreland trying to protect her and get rid of me as whistleblower, thus deliberately depriving me of the law, the laws of Florida could have been implemented, and such laws in respect of each situation if it was dealt with by due process, and blind justice, would have resolved all issues, ie my simple requests, that my husband be examined by a panel of psychiatrists to ensure he is fine, that Fabisiak and he reveals what happened to our beloved family pets, Buddy and Princess, and that if my husband was found to be fine and he did want a divorce that the laws of Florida be followed, namely that I receive interim support and a contribution to costs so that an experienced attorney could deal with my input into our marriage (I sold all I have when I realized the extent of my husband's mental illness and assisted him to set up Fresh Start Law Group LLC, a marital asset), and assure equitable distribution of our marital asset.

3. But for the Judicial Qualifications Commission of Florida failing it's responsibility and saying the review process should deal with the misconduct by government officials, the illegal conduct of the government officials could have been dealt with, my requests for a new venue (I asked for St Petersburg, Arcadia, Tampa, anywhere where the people were not Fabisiak's friend for the last ten years) could have been granted.

4. But for the Second District Court of appeal ignoring the Supremacy Clause I had by then invoked, the abuse could have stopped and those who violated the law could have been held accountable (as the saga continued, more and more people (ie Dubensky, Moreland, etc) tried to cover up for those who violated the law before them, Fabisiak, Gilner, Ezell, etc. The method used was to dismiss giving no reasons.

5. The Florida Supreme Court alleged with no reasons given it had no jurisdiction quoting legal president I challenged as unconstitutional in SC11-5659. The Florida Supreme Court further ignored the Supremacy Clause and deliberately chose to violate international law by denying me not only Florida and United States Constitutional rights but also Internationally protected rights.

6. The origins of SC11-5659 was based on Federal law needed to protect violations of human rights and the Federal arena was the right one.

7. But for these failures to apply the law and the Constitution, Fabisiak and Moreland (remember she was with Fabisiak as Fabisiak's friend when I first ,met Fabisiak at an Anna Maria Island

Chamber of Commerce event early 2009), would not have had the audacity (absolute power abusing absolutely) to "hear" and deprive me of even more of my most basic human rights, 3 January 2012 in case 41-2011-CA-6495, at a time when that case was under appeal at the Second District Court of Appeal under case number 2D11-6013 and therefore the 12th Judicial Circuit court where Moreland so illegally presided at a time that court also  had official notice I was away and as the Second district court had jurisdiction, had no jurisdiction, yet issued an order now published country wide. Further the law demand even if the court did have jurisdiction and if I was there, that specific formalities be followed and that the proceedings be taped. The formalities were not followed, as a matter of fact, the specific details as before Moreland on 3 January 2012, was already decided on by Dubensky on 7 November 2011 under case number 41-2011-DR-7468. As Moreland who according to the clerk of that court had full control over the recording system on January 3, 2012 deliberately turned down the sound, a serious judgment is against my name, but I do not even know what evidence was led. As I have never, nor will ever violate the law, and have accordingly done nothing to warrant such order, I do not even know what to plead. In a proper legal system, Moreland's misconduct to violate the Judicial code and appear in a matter where she has her self acknowledged friend, Fabisiak, appearing, would cause her to be impeached and as to the judgment as the court had no jurisdiction and due to the other irregularities would be declared void from the outset. However, as the about 30 cases prior had similar circumstances and was allowed as acceptable conduct by the Second District court of appeal, the Florida Supreme Court and even the United States Supreme Court, Moreland and Fabisiak's conduct stand and that standing of such order despite the laws of the United States, is first hand evidence that the United States has become an imperialist state where absolute power given to rogues on the ground, such as Moreland and Fabisiak, create absolute abuse of power, as I, my family and the over 600 over victims suffer from. You now have first hand knowledge of this, as has the United States Government, dead or alive I shall not rest until my name is cleared. I have stood and will stand for one thing along and that is peace and justice, but there can be no peace if there is no justice. Until my most basic human and civil rights are restored and until those violating those rights are held accountable we the people remain disenfranchised and that is unacceptable and unconstitutional and a violation of internationally protected human rights. Because of my illness I place a duty on you, to immediately appoint to me counsel to restore my most basic human rights and dignity. The United States, and in particular not those hating the Constitution of the United States, like Fabisiak and Moreland, had no right to violate my dignity and label me for who and what I am not. But that begs the question, if they did this to me, how many of those more than 600 have the same fate. It is therefore your duty to launch a full investigation not into the cases mentioned herein alone, but also into the list of over 600 cases attached to the information provided to the Registrar of the International Court of Justice, a copy of which is attached hereto.

This entire failure of the judicial system in the United States have the untenable effect that it also leaves me exactly where I was October 2009 when I first found out about Fabisiak's abuse of my husband, as if I have had no court at all during this time.  I still need the simple same things, namely:

- knowing that my husband is fine,
- knowing where Buddy and Princess are and their return to me as their rightful owner if they are still alive,
- receiving interim support and a contribution to costs – which is now due to my illness extremely urgent and I beg that all who can do something make sure as a matter of extreme urgency an independent venue be provided that since so illegally denied any income by Gilner October 21, 2009 and Ezell (illegally hi-jacking a US court), 14 July 2010 denying me income despite my clear need, my husband's ability to pay and my legal interest in marital asset Fresh Start Law Group LLC, therefore equitable distribution of marital asset Fresh Start Law Group LLC.

13

- of course in addition the human rights violations need to be dealt with, that in the time from October 2009 when I first approached the court, that the only judicial officers I had access to to decide on income were Gilner and Ezell (a simple due diligence can show their illegal conduct and depriving me of my most basic human rights, in particular add to Gilner's conduct October 21, 2009, Fabisiak's under oath allegation of 7 November 2011 that Gilner provided her ( a non party!) with the order!) the abuses of human rights are such that the United States need to reform its system that no one need to ever suffer such deliberate calculated abuse and deprivation of human rights again.

I am still asking for the same thing I asked for end June 2010 when Ezell decided to not adhere to the rules of court and assigned himself instead of court procedures and rules being followed: blind justice, a court where Fabisiak's friends are not present. See in the attachments the orders of Dunnigan of September 13, 2011, in a surreptitious manner getting rid of Ezell's illegal conduct, but not at all dealing with the effects of his human rights abuses. If there has ever been bad faith by any legal system in persecuting a victim and depriving the innocent of human rights, then it has been this case. Therefore, for Moodey to accuse me of male fides when I had in good faith approached the Federal court for protection of my most basic human rights at a time when the requirements were met to implement 18USC241, then it is clear the United States is discriminating against me and is purposefully not only not applying the law to me, but is chastising me as a foreign born wife for even daring to ask for protection of our rights.

CAUSE OF ACTION

I had every right to approach the Federal court to assert my Federally protected rights.

I had every right to approach the Federal court when it was clear Fabisiak convinced her mental health patient she was sexually abusing at the time, that he can use me and my children obtaining citizenship to the United States as a tool to try and keep me quiet, something, that even before I knew about Fabisiak, I publicly denounced as something I shall have nothing to do with, but which due to no doubt at the behest of Fabisiak, my husband through lying and deceit none the less ended up causing to be an issue and which I have every right a jury considers. In the summons of SC11-5659 I demanded a declaration as to my citizenship, and your court had no right to deny me having that certainty, it is a fundamental human right and protected by international law.

CONCLUSION

By now the issues are long and complex. I shall simplify it for you. If I go to Wallmart and purchase a computer I am offered a warranty. If my computer malfunctions during the time of the warranty, I can approach them and have the computer fixed or replaced.

The Supremacy Clause in the Constitution of the United States is the warranty of individuals such as myself, we the people.

When I approached the US Middle District court for legitimate Federal protection of violations of human and civil rights I was calling in my warranty. When they failed I called in the Supremacy Clause, which means the conduct complained about had to first be measured against the Constitution. To this day this has not happened. The Supreme Court had the duty to honor the Supremacy Clause. Elliot, a clerk, took the place of a judge and deprived me of my most basic human rights of due process, equality (the law provides that I was able to approach the court), and blind justice. My Motion of 7 December 2011 did not only bring to the attention of the court the other 649 victims, but also showed the deliberate system failure at the hand of government officials. It shows we the people are deprived of our guaranteed Constitutional rights and if the United States refuses to fix itself (George Washington said: let us set a standard to which

14

the wise and honest can repair), then international law must be applied and the international system must help the United States repair itself to it's Constitution.

FREE ADVICE TO THE SUPREME COURT OF THE UNITED STATES/THE UNITED STATES

My specialty is sustainability and for the last fifteen years I have worked ceaselessly on ways in which to ensure implementation of sustainability principles take place, mainly in Africa. I use "implementation" widely as a concept which accepts that most plans or policies are relatively good, but often lack implementation. For instance in the United States or South Africa the legislature legislate at high expense to the people, but there is little point in such expensive exercises of creating laws if such laws are not implemented.

The Bill of Rights in both countries is the guarantee that citizens can rely on to ensure at least Constitutional violations are dealt with.  Because in both countries the Constitutions are "king", those which give life to the "king", the legal system, must be functional systems which indeed apply the law. In both countries the judicial system is generally praised and even held in awe by many.

I personally held the judicial system in the United States in high regard. But for these terrible experiences over the last years, I would not have known the United States is trying to fly its 2012 super rocket with a 1776 broken machine.

What I mean by that is that as my matters progressed through the legal system in the United States, it became increasingly clear that the main problem was that I am denied an actual court at all, as the 12th Judicial Circuit in not a single fundamental respect qualifies in terms of State, Federal or International rules as a court. Without a court, Kangaroo justice applies which a due diligence will show practically became the case.

The Second problem, was that with only a Kangaroo court which only listens to their own side and have no regard for laws or rules at all, unless there were checks and balances, ie accountability, such Kangaroo injustice would prevail.

I mean with that, that Fabisiak, Gilner and Ezell, are the "important" people, and I as a foreign wife and her limited capacity long mental health suffering, long drug and alcohol suffering husband are not important people and two dogs and over 600 mentally ill people, simply do not count either. Such conduct violated the most basic principles of equality which is the cornerstone of the United States Constitution, which demands that all are equal, all are free and all are entitled to justice, even my mentally disabled husband, the over 600 other mental health cases affected by Fabisiak's fraud, and even I as a foreign born wife.

That is the essence of the Judiciary. The Judiciary is the safeguard of all in particular individuals and HAS TO BE the great equalizer to protect individuals against unconstitutional government conduct.

A due diligence will prove that I am correct in saying that despite clear evidence that the laws and rules of the State of Florida and the United States were not applied and that this is a clear cut case of human rights abuses that demanded the Supremacy clause to be implemented, this did not happen in either State or Federal court, nor did anyone who abuse my rights even think they will ever be held accountable.

So far, it appears that United States government officials and even some of the private individuals involved in this, are of the opinion that it is unpatriotic to criticize the United States government or its officials when they violate the law and Constitution. Nothing is a bigger lie. The entire United States Constitution was built with safeguard after safeguard that "we the people" must NEVER be abused by our government or its officials. It appears the modern media has been used to warp the minds of the people and to make government and its officials think they are above the law. They are not. That was the essence

15

of my oath to this country and Mr Roberts, that is the essence of your oath to the Constitution of the United States.

I watched a television program about the United States Supreme Court and heard you defend the fact that only about 80 matters are decided by the United States Supreme court in a year. In the same program it was said over 8000 matters are filed. From further submissions, as in March 2011 my case was given the number SC11-5659, it is a simple calculation that the actual number of cases yearly submitted to the court which get case numbers are about 20 000, that means the many cases which are not given case numbers, I personally submitted about 5, brining to the attention the plight of the other victims, as well as the harm to my husband, all abuses of human rights and discrimination against the mentally ill, did not get case numbers. In all likelihood then around a 100 000 submissions are made to the court in a year, all dealing with Constitutional violations.

It is simple arithmetic that if the founding fathers of the United States regarded the need for US Supreme Court justices as 9 for the population then, that the Senate failed in its most basic duty to uphold the Constitution by not adjusting that number as the population increased. Law is not intended to be a power game. It is a practical application of who a country is and what it stands for through its constitution being given effect to into the lives of its people as individuals.

Between you as head of the Supreme Court being so happily complacent with your job and an increasingly powerful senate (the same principle applies to the 100 senators, although in their instance it is just an increase of power, not leaving people disenfranchised specifically as the failure of enough judges for the actual case load does) the actual people of the United States are increasingly disenfranchised. In future Mr Roberts, when you walked past the large number of matters you do not even know what they contain, I pray that you will see me, a person completely stripped of my most basic human rights by your unjust inadequate system where the true people deciding on the Constitution of the United States are backroom clerks who can be influenced by a single telephone call from those with power to let a matter be heard or not. This has put the United States into the position of an imperialistic state which has no regard for individual rights. For that very reason no citizen must EVER keep quiet when government becomes too powerful or are acting in a dumb and stupid fashion as the United States have done by simply not providing judges which are held accountable to implement the law. The impression I am left with after my ordeal is that the clerks have the power and the judges so bask in their glory that on the ground where the Ezell, Gilners and Fabisiak's operate people like myself become victims with no voice or court. As this has happened on your watch, you are hereby given an opportunity to take immediate action. Senator Rubio to whom this is also forwarded is a young senator who must understand the problems of government not held accountable and must immediately have a task force put together to investigate fully the abuse by clerks, the number of justices necessary to ensure ALL matters of a constitutional nature are dealt with. A country cannot have a Bill of Rights and no one bothers to implement it. Break up the power rings, they were specifically prohibited by those founding the United States.

Due to my illness I cannot deal with any of this myself for the foreseeable future, address all correspondence to:

Mr Ndlovu, South African Embassy, 4301 Conneticut Av, NW, 220,

Washington DC, 20008


Yours faithfully

Annamarie D Riethmiller, Esq (South Africa)

16

# ✕Aetna

Aetna Life Insurance Company
P.O. Box 981109
EL PASO TX 79998-1109

011364 J280EVB3 022728 W163298602

**EXPLANATION OF BENEFIT**

**THIS IS NOT A BIL**

*Please Return for Future Referer*

Date Printed: 10.14
Page 1 of 1

*Original "duplicate"
as was sent to
me. See reverse
side.
My Insurane
paid her*

ANNAMARIE D RIETHMILLER
1207 43rd Street W
BRADENTON FL 34209-4326

**QUESTIONS?** Contact us at aetnanavigator.co
1-800-618-04
Or write to the address shown abov

Notes:

Protect yourself from the seasonal flu  get a flu shot. It is anticipated that a separate vaccine for H1N1 virus (swine flu) will be available this
fall. Ask your doctor for more information or go to The Centers for Disease Control and Prevention (CDC) website at www.flu.gov.

Member: ANNAMARIE D RIETHMILLER
Group Name: METLIFE

**Member ID:** W1632986
Group Number: 0877131-12-001 LIE HAR-

**All Remarks Appear After Final Cla**

## Claim Activity for WILLIAM C RIETHMILLER *(Spouse)*

**Patient Responsibility (shaded columns)**

| DATE AND TYPE OF SERVICE | SUBMITTED CHARGES | NEGOTIATED OR ALLOWED | PENDING OR NOT PAYABLE | SEE REMARKS | YOUR COPAY | YOUR DEDUCTIBLE | AMOUNT REMAINING | PAID AT | PLAN PAYS | YOUR SHARE OF AMOUNT REMAINING | Total Patie Responsibi |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | | D | E | F | | G | H | I |
| This is the claim detail for the bills received on 01/23/09 | | | | Claim ID: E12HX7F40C | | | | | | | |
| DANUTA B FABISIAK 03/05/09 Medical Services | 145.46 | 135.00 | | | 20.00 | | 115.00 | 100% | 115.00 | * | 20.00 |
| 03/26/09 Medical Services | 100.00 | | | | 20.00 | | 80.00 | 100% | 80.00 | | 20.00 |
| 04/16/09 Medical Services | 100.00 | | | | 20.00 | | 80.00 | 100% | 80.00 | | 20.00 |
| Column Totals | 345.46 | 135.00 | | | 60.00 | | 275.00 | | 275.00 | | 90.00 |

**DANUTA B FABISIAK May Bill You:**   $60.00

C + D + E + H =   I

### Plan Summary for 01/01/09 - 12/31/09

| Description | | | |
|---|---|---|---|
| Individual Limits | Annual Limit | Year To Date | Remainder |
| WILLIAM C (Spouse) | | | |
| Medical Out of Network Deductible | $500.00 | $0.00 | $500.00 |
| Medical Out of Network Share of Amt Remaining(Coinsurance) | $10,000.00 | $0.00 | $10,000.00 |
| Family Limits | Annual Limit | Year To Date | Remainder |
| Medical Out of Network Deductible | $1,500.00 | $243.43 | $1,256.57 |
| Medical Out of Network Share of Amt Remaining(Coinsurance) | $30,000.00 | $0.00 | $30,000.00 |
| Individual Lifetime Maximums | Limit | Used | |
| WILLIAM C (Spouse) | | | |
| Medical Out of Network Lifetime | $500,000.00 | $0.00 | |

### Payment Summary:

| Sent To | Date Sent | Amount |
|---|---|---|
| DANUTA B FABISIAK | 03/05/2009 | $275.00 |

DUPLICATE COPY

Annamarie D Riethmiller

B.Proc, LLM, MSc

1207 43rd Street W, Bradenton, Fl 34209, USA

Tel: +1-561-809-6598, e-mail:Annamarieversfeld@yahoo.com

November 18, 2011

General Counsel Florida Department of Health, Nicholas W Romanello

Copies to:

William Riethmiller, Fabisiak, UN Human Rights Council and Treaties Division;

US Supreme Court, case number SC11-5659; Florida Supreme Court, various cases;

South African Embassy, Dr Xhondu,

Governor Rick Scott, Office of the Inspector General for the State of Florida

Surgeon General for the United States of America, Dr Regina M Benjamin

Dr Gian Luca Urci, Legal Counsel of the World Health Organization

Interpol: President Mr Khoo Boon Hui, Secretary General: Mr Ronald K Noble,

United States Department of Justice, Attorney General Eric Holder

Per Telefax and per e-mail

COPIES OF ALL DOCUMENTS OR LEGISLATION REFERRED TO IS AVAILABLE UPON REQUEST

Dear Sir

FABISIAK FLORIDA DEPARTMENT OF HEALTH LICENSE: OS8474

Osteopathic Medicine v Danuta B Fabisiak DOH Case: 200920972

Subject: Danuta B Fabisiak Reference Number 201114806

Inspector General Florida Department of Health case number: HIG: 10-185

Chief Inspector General for the State of Florida case number: 201110040001

Aetna: Group Number: 0877131-12-00ME-HAH Member No: W1632086

My family remain victims of crime whilst the US and Florida Governments fail to act against the criminal conduct of Fabisiak when the said Governments are bound by domestic legislation to do so. Your Department is first and foremost to blame. This letter further explains the circumstance and applies the facts of the case to the applicable legislation to which your department is bound. The letter is also intended as a summary of events thus far. Would you want a more detailed account and the copies of documents referred to herein, then please contact me. The conduct complained about violates international criminal law and violates internationally protected human rights.

In summary:

- Florida Department of Health licensed physician, Fabisiak, license # 8474, addressed an Anna Maria Island Chamber of commerce event early 2009, claiming expertise in various fields of psychiatry. At the event Fabisiak handed me a business card, stating she is a board certified psychiatrist, and  introduced me to her friend Diana (Moreland, a judge in the local 12th Judicial District for Manatee county court where despite her fraudulent license Fabisiak practiced for ten years as a forensic psychiatrist whose evidence was used in deciding the 619 casees referred to herein and a close friend of many judicial officers – a major part of the problem my family faces as we remain deprived of  the fundamental rights of due process and equal justice). Unbeknown to me at the time, 2009, Fabisiak's allegation on her Florida License to practice medicine that she is American Board of Psychiatry and Neurology certified was fraudulent. This fraud by Fabisiak has serious legal consequences still not dealt with by the Florida Department of Health despite full knowledge of  Fabisiak's fraud  and knowing such conduct violates  the following laws:

Deceptive, untrue, or fraudulent

misrepresentations in the practice

of medicine.

(456.072(1)(a) & (m) & 459.015(1)(m), F.S.)

Improper solicitation of patients.

(459.015(1)(n), F.S.)

 Misrepresenting, concealing a material

fact during licensing, or disciplinary procedure.

(459.015(1)(jj), F.S.)

Falsely advertising or holding oneself

out as a board-certified specialist.

(459.015(1)(nn), F.S.)

Fabisiak  Giving false testimony regarding the

practice of medicine.

 (459.015(1)(h), F.S.)

Filing a false report or failing to file a report

as required.

(456.072(1)(l) & 459.015(1)(i), F.S.)

FABISIAK'S CONDUCT FOR THIS ALONE
DEMANDS THE FOLLOWING :

by probation and $7,500 fine

revocation and $10,000 fine

> This is because Fabisiak during the time of investigation perpetuated her fraudulent allegation and therefore her offense of fraudulently misrepresenting to be American Board of Psychiatry and Neurology certified must be measured from when first so profiled years ago and each subsequent time frame of her violation when renewing her license and failing to truly verify her "certification" as she was obliged to do after each license renewal should be an additional offense. It means by this time she already qualifies for revocation of her license and the $10 000 fine.

> Fabisiak's conduct is also "false, deceptive, or misleading advertising", violating (459.015(1)(d), F.S.). This is the least of the applicable laws, and the fact that the Florida Department of Health Inspector General wanted to overlook the seriousnes of Fabisiak's conduct and the actual laws which should be applied and in wriring minimized Fabisiak's conduct by calling it an "advertising violation" is a disgrace.

- How Fabisiak's conduct became relevant to my family history is that we had fallen victim to mortgage fraud with resultant litigation. Although a Florida attorney, my husband was buckling under the strain showing increasing symptoms of not coping with a long history of mental illness and addictions exacerbated through our circumstances. Two prior house moves showed (witness names and details available upon request) that my husband's mental state deteriorated completely when moving home (a symptom associated with certain mental illnesses). I accordingly implored him to seek psychiatric assistance in the form of Fabisiak. He was reluctant, but I assured him that Fabisiak was well trained and qualified, relying on her assertions at the Anna Maria Island Chamber of Commerce event where she had made me believe she is a true professional and I suggested to my husband that he should be completely honest with Fabisiak in respect of his addictions in particular as he had always tried to hide his addictions and was heavily burdened. It was my view that if he was professionally assessed he would be found to be a person of limited capacity and I believed if this was out in the open one could also deal with it. It was my opinion that all around him had an expectation of "normal" from him, where whether due to lack of oxygen to his brain when he collapsed or drug use, or for whatever reason her looked normal on the outside, but had limits mentally which caused him great frustration, leading to his increased abuse of alcohol and other substance. He had a deep desire to overcome his addictions and often tried, but I believed the root of his problems needed to be addressed truthfully to enable him to overcome. My insurance paid for Fabisiak because she was supposed to be such professional assisting my husband.
- Exactly at the time of moving house and within 48 hours of my husband's third visit to Fabisiak, I having paid for the consultations through my medical insurance, Aetna, Fabisiak instead of helping my husband, violated him and made herself guilty of

Sexual misconduct within the patient

physician relationship to which I am a personal witness.

(456.072(1)(u) & 459.015(1)(l), F.S.) (this must be read in
conjunction with FS 491 and applied that my husband's
"consent" is no excuse (the academic literature makes it clear
there is NEVER true consent with such psychiatric sexual

abuse because of the transference phenomenon) and that
Fabisiak's conduct is a felony.

FS: 491.0111 "Sexual misconduct by any person licensed or certified under this chapter in the practice of her or his profession is prohibited."

> FS s 491.0112 (1) "Any psychotherapist who commits sexual misconduct with a client, or former client when the professional relationship was terminated primarily for the purpose of engaging in sexual contact commits a felony of the third degree punishable as provided in S 775.082 or S775.083, however, a second or subsequent offense is a felony of the second degree punishable as provided in S775.082, S775.083, or S775.084
> FS s 491.0112(2) "Any psychotherapist who violates subsection (1) by means of therapeutic deception commits a felony of the second degree punishable as provided in s775.082 or s775.083, or s775.084.
> FS s 491.0112(3) "The giving of consent by the client to any such act shall not be a defense to these offenses."
> FS s 491.0112(4)(a) The term **"psychotherapist" means any person licensed pursuant to** chapter 458, **chapter 459.,,,"**
> **Fabisiak is licensed in terms of chapter 459 as a DO** and this section applies to Fabisiak and must be read and applied in conjunction with FS 491.012 and 491.009 and  456.072(2): and sections 775.082 or s. and (456.072(1)(u) & 459.015(1)(l), F.S.)

As a result, Fabisiak violated the following laws as well:

Inability to practice medicine with

skill and safety.

(459.015(1)(w), F.S.)

Gross Malpractice.

(459.015(1)(x), F.S.)

Failure to practice medicine in accordance with

appropriate level of care, skill and treatment

recognized in general law related to the practice

of medicine.

(456.50(1)(g), F.S.),

(459.015(1)(x), F.S.)

Improper performing of experimental treatment.

(Mr Schultz of the Florida Department of Health advised that never in the history of the United States had a psychiatrist moved her patient into her home as Fabisiak so unprofessionally did with my husband. Fabisiak's conduct is accordingly in part "experimental for a psychiatrist to see if she will get away with such misconduct openly perpetrated at the expense of the patient with no regard for the short or long term harm to him.)
(459.015(1)(y), F.S.)

Practicing beyond one's scope. The scope of medical practice
is very clear, it never allows for abuse such as perpetrated by
Fabisiak.

(459.015(1)(z), F.S.)

Shortly after perpetrating her psychiatric crime on William Riethmiller, my husband, Fabisiak moved him into her
home and started using him to defend her against her creditors in legal cases

Deutsche Bank National v Danuta Fabisiak, case number 41- 2009-CA-12316

US Bank, NA, as Trustee for CCB Libor Series 2005-1 Trust v Danuta Fabisiak, case number 41-2009-CA-10721

US Bank National Association v Danuta Fabisiak 41- 2009-CA-10476

And used him to sue for her against the following:

Blue Cross Blue Shielf of Florida Case number: 41-2009-CA-10431

Club Sunterra Dev. LLC Case number-41-2010-CA-10652

After my husband failed to perform as was no surprise to me (part of the reason I know his limited scope is due to
our own mortgage foreclosure litigation where he was unable to deal with even basic concepts and when he became
frustrated acted so violently that opposing attorney Shelly Stirrat wanted to call the sheriff), Fabisiak appointed
Ozark in the bank matters. However, despite Ozark going on record in October 2010, my husband continues to do
the work, see attached. He does not even use Ozark,s address, but his own exact same address to where large
numbers of mail I had sent him, just gets returned as undelivered. It is my sincere belief that Fabisiak knew despite
my husband being an attorney, that he is a person of reduced capacity and vulnerable through his serious long term
mental illness and addictions and that due to the transference phenomenon and most likely Stockholm's syndrome,
he would do whatever she tells him (i.e.litigate for her as she tells him to, got rid of our dearly beloved family pets,
Buddy and Princess he used to be besotted with, lying under oath to protect Fabisiak, Florida Bar **File No: 2012-
10,052(12),** etc). Through this conduct Fabisiak has violated:

 Exercising improper influence on patient in such a manner as
to exploit the patient for financial gain of the licensee,
including through the uses of his/her services, as was the case
with my husband, Fabisiak using him as she pleases for her
litigation.

(456.072(1)(n) & 459.015(1)(q), F.S.)

 Performing, professional services not

authorized by patient.

Performing or attempting to perform

health care services on the wrong patient,

a wrong procedure, an unauthorized,

unnecessary or unrelated procedure.

(456.072(1)(aa), F.S.)

- On October 2, 2009 John Beck of the Florida Department of Health advised Fabisiak is not a psychiatrist
  and hence I complained about her violation of my husband **and** of her practicing outside her license on my

original complaint form to the Florida Department of Health sent October 2009. John Beck was "removed" from the case and the deliberate manipulation of the case outside legal parameters started.

- Sharon Johnson of the Department of Health was next appointed and advised Fabisiak failed to adhere to a subpoena and they could soon take action.

Violation of law, rule, order, or failure to

comply with subpoena.

(456.072(1)(q) & 459.015(1)(bb), F.S.)

When nothing happened and I complained, Johnson also told me how Fabisiak was blaming me as "whistleblower" in her efforts to escape prosecution and told me she thought Fabisiak was manipulating people inside the Florida Department of Health to avoid prosecution.

Such conduct by Fabisiak was and remain an offense:

Improperly interfering with an investigation

or disciplinary proceeding.

(456.072(1)(r) & 459.015(1)(kk), F.S.)

Because I am a Christian, when I found out about Fabisiak's criminal conduct, I also wrote two letters quoting Bible verses and offering forgiveness, both delivered peacefully, in response to which Fabisiak out of maliciousness filed an under oath affidavit in which she stated she is a long time psychiatrist and gave an official opinion about me to be "dangerous"!!!. Fabisiak made her "professional opinion" (under oath) about me, based on her once peeping around the corner when I handed her receptionist the first letter with the message, "tell her I come in peace" and the second letter with a witness hearing the conversation in which all I did was answer a question from Fabisiak, but also peacefully and left immediately after I gave Fabisiak the letter through her car window, whilst taking a series of pictures which have been filed in court documents for more than a year, showing Fabisiak happily opened her window, knowing I come in peace, made no attempt to drvie away and happily accepted my letter and therefore lied under oath as a deliberate attempt to abuse me and create questions about my integrity in the hope my legitimate complaints about her conduct will be ignored. So on her affidavit Fabisiak committed purgery, lying that I would have shouted and "slapped" her through the face with the letter with Bible verses and the picture of my beloved Buddy for whose life I was begging. I had made no fuss and God is my witness. When I realized Fabisiak had the kind of control over my husband to make him lie as if he was there, it made me very scared for him: since then till now, I have known Fabisiak is an out and out liar with no qualms to bend and break the law. Once I did find out about the affidavit, I issued subpoenas to all relevant witnesses, including Fabisiak'to provide full details of her receptionist and the patients who can bear out that I had come in peace. A magistrate, Ezell, who violated the rules of court by not even having been assigned the matter by ANY judge at all, and hearing matters the rules specifically prohibit a magistrate to hear, suppressed the subpoena. He had worked closely with Fabisiak for ten years. As to Fabisiak's affidavit, I have handed it in as evidence. She never saw me as a patient and had no right to violate the law and express a" professional opinion" about me when I have never consulted her:

Giving corroborating written medical expert

opinion without reasonable investigation.

(459.015(1)(mm), F.S.)

- Donna Howell was appointed next by the Florida Department of Health. She first said Fabisiak did not reply to the subpoena, but later denied that she said so.
- Howell finally appointed a local investigator, Patrick Coleman and the matter was referred to the Florida Department of Health prosecution services on September 21, 2010, nearly a year after first reported;
- Replying to my complaint for the delay, the Florida Department of Health Inspector General answered my query as to Fabisiak being or not being a psychiatrist in a letter of September 30, 2010, stating Fabisiak is American Board of Psychiatry and Neurology certified. See attached letter from the American Board of Psychiatry and Neurology that Fabisiak was never certified by them. The Florida Department of Health deliberately supported Fabisiak's fraud, openly and clearly, at the deliberate expense of Fabisiak's victims. The Flolrida Department of Health officials who helped Fabisiak escape prosecution violated

| Violating any rule adopted by the board or department. | Aiding unlicensed practice (456.072(1)(j) & 459.015(1)(f), F.S.) From the outset the Florida Department of Health knew Fabisiak's license was irregular, but instead of applying the law to the circumstance, aided and abetted her at the expense of her victims |
|---|---|

(456.072(1)(b),

459.015(1)(pp), F.S.)

- The Florida Department of Health and Law Enforcement failed in their duties to protect the victims of Fabisiak's crimes when the law demanded this of them and they were provided with full details of Fabisiak's various violations and criminal conduct:

Violating any rule adopted by the board or

department.

(456.072(1)(b),

459.015(1)(pp), F.S.)

Florida Statute 456.066 further states clearly:
PROSECUTION OF CRIMINAL VIOLATIONS: The department or the appropriate board **shall** report any criminal violation of any statute relating to the practice of a profession regulated by the department or appropriate board to the proper prosecuting authority for **prompt** prosecution. The year of continued harm to look for ways to helpe Fabisiak escape prosecution resulted in my husband having four moving violations, he is drinking (according to the witness) a bottle of rum and beers a day and is on other drugs over and above his heavy medications. Already in November 2009 I provided the Florida Department of Health with a letter

showing my husband has reduced kidney function: I
shall hold you responsibe for ALL harm caused to my
husband and our family because of your deliberate delay
in prosecuting Fabisiak and protecting her victims.

- The Florida Department of Health was further made aware that Fabisiak also gives herself out as an accountant and is paid by the Florida Department of Health as a vendor, PA (list of 30 such payments available upon request, but also on the website showing transparency by the State of Florida. Just one problem, The Florida Department of Business Regulation advised Fabisiak is not licensed as an accountant either and the Florida Department of Health Accounts Department advised me only licensed accountants can be vendors, therefore by becoming a vendor to the Florida Department of Health as an accountant Fabisiak committed another fraudulent act, showing a pattern of intentional illegal criminal conduct.
- Already in July 2010 I gave full details of a witness claiming Fabisiak uses her "psychiatry" license (with fraudulent misrepresentation at the time) to declare at least one elderly patient the witness knew about first hand incompetent, and then according to the witness have the old lady's money placed in an accounting firm where Fabisiak has an interest. According to the witness when he and a Bradenton attorney took a long time to have the incorrect "diagnosis" of "incompetent" reversed for the old lady, most of the lady's money was gone. Fabisiak being a fraudulent "psychiatrist" and a fraudulent "accountant" therefore does not only have serious conflict of interest implications, but as this was reported to the Florida Department of Health so long ago and they had a duty to verify and would have found Fabisiak is fraudulent in her being an American Board of Psychiatry and Neurology certified psychiatrist and fraudulent in her being a Florida Department of Health "accountant" vendor, they did nothing. Instead of taking action against Fabisiak, the Florida Department of Health continued to do all they can, including violating the law themselves, to prevent Fabisiak from being prosecuted and facing justice for her crimes. Anyone who sent Fabisiak work as an accountant "vendor" after I first reported this conduct, being illegal must be held accountable with her.
- The prosecution unit for the Florida Department of Health received the matter September 21, 2010. As set out in the laws quoted, most of Fabisiak's violations are boundary violations which demanded emergency procedures against her. Further the law demands that if a complaint is not dealt with within a year, i.e. by 1 October 2010, specific procedures needed to take place, which never did. Instead on September 30, 2010 the Florida Department of Health Inspector General's office issued the deliberately fraudulent allegation that Fabisiak is American Board of Psychiatry and Neurology certified, when she was not. It then took nearly a further year before a probable cause hearing was finally conducted August 30, 2011, where it was found there was not enough "evidence".
- After the hearing when I asked Schultz of the Florida Department of Health prosecution unit if Fabisiak was before the Board as a psychiatrist or as a DO, he refused to tell me, which is when I did my own research and found out Fabisiak's allegation of being American Board of Psychiatry and Neurology certified is fraudulent.
- In terms of the law I had 60 days after the Florida Department of Health's notification to provide additional information and to request a report. The report was never sent me; despite Schultz alleging to me that numerous reports exist and that no matter in the history of the Florida Department of Health Prosecution Unit EVER has had so many expert reports obtained the people working on the matter obviously knew they were aiding and abetting Fabisiak's criminal conduct and looking for ways to cover their backs, but whilst there are so many victims, that will never be acceptable. Further, instead of re-opening the matter as the law demands when additional relevant information is provided, as I did, Schultz falsely alleged I only reported the violation in respect of my husband. When I checked the original complaint it was clear I already raised the issue of Fabisiak's licensing on my original complaint and therefore that was an issue

requiring additional information when I could prove with a letter from the American Board of Psychiatry and Neurology that Fabisiak is not American Board of Psychiatry and Neurology certified as she had fraudulently alleged on her license. I further provided details of how Fabisiak used her fraudulent Florida license to register a Federal NPI code, therefore over and above violating State laws, also violating Federal laws. To this Schultz said as Fabisiak only charged me for seeing my husband as a DO, it was irrelevant that her NPI number showed the fraudulent allegation of a "psychiatrist". That is a deliberate attempt to misconstrue the law to aid and abet Fabisiaks criminal conduct and to hide Fabisiak's crime. A further deliberate attempt is by Ridner in conjunction with Schultz opening the issue of Fabisiak's fraud as a new and separate matter, instead of opening the case in which I had queried this. The relevance is serious. Ridner now alleges Fabisiak is a psychiatrist after all, being American Osteopathic Board certified and advised she has already chosen to completely ignore Fabisiak's fraud in respect of fraudulently claiming to be American Board of Psychiatry and Neurology certified. The Osteopathic Board also ignored Fabisiak's Florida Statute 491 felony, as Florida Statute 491 specifically includes DO, FS 459 licensed doctors and making consent no excuse for the felony of Fabisiak. It appears then that it is for good reason that the additional information provide a fresh opportunity to apply the law correctly Now that the Florida Department of Health finally have proof from Fabisiak that she is American Osteopathic Board certified (according to Ridner) they need to do the following: in respect of William Riethmiller, ,my husband: the Osteopathic Board with psychiatrists sitting, need to estop Fabisiak from claiming she is not a psychiatrist and Fabisiak must be held accountable for her felony in respect of him.

- The only manner in which Fabisiak's victims will see justice if for a special prosecutor to prosecute her on her criminal conduct and for the Osteopathic Board to reconvene as a panel of psychiatric experts in respect of William Riethmiller and no doubt no serious board considering the effect of the transference syndrome on William and Stockholm's syndrome, having first hand evidence (no doubt at Fabisiak's insistence) William lied under oath and filed with the Florida Department of Health surgeon general May 2011, to protect Fabisiak. I on the other hand have been doing all I can to protect William's rights. Fabisiak had a duty to William

- Because Fabisiak acted in over 600 matters as "expert" at a time her Flordia license was fraudulent, she lacked the integrity to decide on the competence of innocent and vulnerable people, especially in the light of her being an (fraudulent) "accountant' as well, and all the matters in which she was such "expert" during the time her license was fraudulent, should be declared void and the victims of her fraud, must have an opportunity for the court to rely on a competent witness with integrity. The thirty matters where payments were made to Fabisiak based on her fraudulently obtained "vendor" as accountant status, must be reversed and the matters investigated. For that a special prosecutor is necessary. Fabisiak has not only (clearly closely) worked with the Florida Department of Health for ten years, but also with the local court and law enforcement. For the Florida Department of Health officials in this matter, they are all aware of the victims. The law is clear it is an offense to not let patients know about their rights and the 619 and 30 and my husband (who needs to be assessed for capacity and harm, and in need assisted), must be given the opportunity to exercise their rights against Fabisiak.

Failing to provide patients with information

about their patient rights and how to file a complaint is an offense.

(456.072(1)(t) & 459.015(1)(oo), F.S.)

- Eventhough William is an attorney, I know he is a person of reduced capacity and vulnerable. The failure to have dealt with Fabisiak in terms of the lawt is that my husband, vulnerable with a

long history of well documented mental illness and addiction problems remains under her control as victim and harmed, but worse, has the potential for more harm as we now know Fabisiak is not only a person who violated him, but who has committed fraud deliberately and on a wide front, so he is under the control of a persons with known criminal intent and I believe he is not safe. Before violated him and moved him into her home whilst on medication she prescribed, my husband had no moving violations and had a special safe driver license. Now he has four moving violations the last driving 98 miles and hour in a 55 mile an hour zone. About ten days ago a lady from his office phoned and told me that Fabisiak moved my husband out of her home in anticipation of the August 30, 2011 probable cause herring but continues the sexual relationship with my husband by making him stay (as her boyfriend only now, because he is supposedly renting accommodation elsewhere and Fabisiak cannot make as if he is just a tenant), Friday to Tuesday, as apparently Fabisiak is off on Mondays. Further the witness reported William drinks heavily about a bottle of rum a day and at least 6 beers as well as use/abuse other substance. According to the witness early October 2011 William became violent at the office in front of numerous witnesses and he drove into a vehicle in the parking garages of the office. The witness advised she believed he is a much damaged man because of Fabisiak's prior and continuous abuse. .

- Further victims are at least 649 other identifiable people, all mental health cases, mentioned in the attached letter. The plight of such victims, most likely all vulnerable and unable to protect their own rights (they are Mental Health cases decided in the 12th Judicial Circuit for Manatee county Florida, USA, using Fabisiak's "expert" witness), is already before the US Supreme Court under case number SC11-5659 and an urgent Motion before the Florida Supreme Court.

The State of Florida has proven itself, as appears from the attachments hereto, and as set out above, unable and unwilling to implement the law, despite the many victims of Fabisiak's fraud and despite the law demanding application of the proven facts and conduct of Fabisiak's violation of the law. Florida Statute 456.066 demands clearly: PROSECUTION OF CRIMINAL VIOLATIONS: The department or the appropriate board **shall** report any criminal violation of any statute relating to the practice of a profession regulated by the department or appropriate board to the proper prosecuting authority for **prompt** prosecution.

It is urgent that sensible law enforcement and sensible application of the law cuts through the legal nonsense the Florida Department of Health has deliberately created to protect Fabisiak, the perpetrator of the fraud and psychiatric crime against innocent mentally handicapped victims: such conduct is the exact opposite of what the people wanted the Statute which created the Department Health to achieve. The Florida Department of Health has direct access to all Board information, including the American Board of Psychiatry and Neurology and negligently or deliberately allowed Fabisiak's fraud with no regard for the law or for her victims. This is shameless and unacceptable conduct.

It is further urgently necessary to fully investigate how a fraudulent psychiatrist and a fraudulent "accountant" (Fabisiak) simultaneously gets onto the payroll of the Florida Department of Health as "vendor" when full details of a first hand witness that Fabisiak engages in conduct fleecing money off the elderly was given to the Florida Department of Health more than a year ago. A special prosecutor needs to be appointed as a matter of extreme urgency to apply the law and to do so speedily. Such prosecutor also needs to apply the emergency procedures now well overdue in respect of my husband and ensure his safety before more harm is done to him.

The other victims also need to be protected as the law quoted above demands an official obstructing them knowing their rights must be held accountable. Such victims must be brought to safety and where need be cases reversed where Fabisiak's "expert" witness was relied on at a time her Florida license to practice medicine was based on fraud. Or when she practiced as a psychiatrist when she was not so licensed. That she had training in psychiatry becomes secondary to her having needed the integrity for her witness to be

relied on, which due to her fraud proved that she was not a person of such integrity whose witness should be relied on.

I am not acting out of malice: at the start of this I completely trusted the Florida Department of Health to be a fit and proper arm of government on which I could rely to apply and implement the law in respect of the facts. Instead of doing so, it was only when the Florida Department of Health proved collusion with Fabisiak to me (on September 30, 2010 the Florida Inspector General for the State of Florida Department of Health wrote me "confirming" Fabisiak is American Board of Psychiatry and Neurology certified when this was a fraudulent allegation), that I started investigating Fabisiak myself ( I only learnt about Fabisiak's fraudulent misrepresentation to be American Board of Psychiatry and Neurology certified on September 2011, and received their letter in confirmation thereof on October 6 ,2011).

As to malice in respect of Fabisiak, when her crime in respect of my husband became known to me, I approached her with a spirit of forgiveness quoting Bible verses. Whilst there are victims emotions have to be secondary: in short: I am not acting out of malice, I am acting out of a deep and consistent concern for my husband which is my legal right and duty. These are quotes from what my husband wrote me weeks or days before Fabisiak made her move on him at a time he was on medication she prescribed and when he was VERY vulnerable:

"To the one I love: every time I smile at you; every time I hold your hand, every time I kiss you, I'm telling you straight from the heart,- I love you. Happy Valentine's Day." My husband's personal message read: "My Anna, With all my love and heart for you. Bill." His card at Easter (less than two weeks before Fabisiak violated him whilst most vulnerable and under the influence of alcohol within 48 hours of his third visit to her) read: "At Easter and always let us bow at His feet, rejoice in His glory, celebrate His love." His personal message read:" Dear Anna", with after 'celebrate His love', writing in his own hand "as well as mine. Sorry the card is late but I still remembered you and always will. It is wonderful your devotion to God, family and friends. Keep up the good works my good and faithful wife. Love, your husband Bill." For our anniversary (less than a week from his third visit to Fabisiak, he wrote a personal card which read "Dear Anne: Happy 3rd Anniversary may it be a great one. God Bless: Love Bill." This was April 16, 2009, the date reflected on the Aetna account as my husband's third visit to Fabisiak. He apologized that afternoon, went, was back early said Fabisiak said she had an emergency and he must come back the Monday, the day before our family move. See below re my husband's vulnerability at out time of moving house, exactly when Fabisiak took advantage of him. When Fabisiak took advantage of my husband it was specifically and clearly psychiatric abuse and medical malpractice. When Fabisiak further lied under oath and she and I and God knew I delivered the letters in peace and over and above that when she proved she can make my husband act outside his normal character, he loved the dogs and hated injustice and I do not believe would have lied under oath till under the influence of Fabisiak.

I further know first hand that my husband is a person of reduced capacity and unable to deal with the likes of Fabisiak having taken over his mind and body, and most likely still medicating him: at least that is what the lady from his work who phoned me seemed to think. I have no doubt if my husband is assessed by a panel of psychiatrists they will find a vulnerable and damaged man.  All the academic literature I read on the subject is clear:  no psychiatric abuser EVER has the interests of their patient victim in mind, only their own gratification is of importance to them and mostly they suffer from mental illness themselves.

Fabisiak's self acknowledged mental illness expressed as follows:

In case number 41-2010-CA-10652 Fabisiak , described herself (the Plaintiff in the case) as: "Sunterra breached the contract by not allowing Danuta Fabisiak to stay at her time share with her service dog in 2007. The reason given was she did not look disabled. The decision was upheld even after she showed her and her dog Pugsley's papers indicating same......Sunterra intentionally refused entrance to Danuta

Fabisiak despite showing her and her dog Pugsley's papers showing he was a service dog for her emotional anxiety......Sunterra's conduct caused Danuta Fabisiak severe and unending emotional distress and harm, which continues to date {December 27, 2010}....Danuta Fabisiak suffered tremendous stress and anxiety.....Sunterra discriminated against Danuta Fabisiak in terms of her ..... Handicapped status.......refused to make reasonable accommodations for the disabled plaintiff (Danuta Fabisiak)......Sunterra discriminated against Fabisiak... based on her handicapped status... The conduct herein complained of violates the Fair Housing Act of 1988 which protects the rights of the disabled (Fabisiak) as well as 42U.S.C.A. Section 3617 which requires that the defendant make reasonable accommodations for the disabled plaintiff (Fabisiak)."

Recently filed documents by Fabisiak supports the possibility of her mental illness and a complete lack of understanding. On September 29, 2011 I served a Notice on Fabisiak in respect of a medical malpractice claim. The law demands that a doctor immediately hands such notice to their insurance which will deal with the matter from there on. Fabisiak's file received from the Department of Health does not show any current insurance, so it is possible that it is a further violation by Fabisiak that she does not have insurance. Whatever the reason, instead of Fabisiak handing the notice to her insurer, Fabisiak brought outside the rules a Motion to dismiss, the statutory 90 days not even having prescribed and then such Morion if filed for hearing in front of Fabisiak's friend Diana Moreland, the same person Fabisiak introduced me to at the Anna Maria Island Chamber of Commerce and therefore a violation of the judicial code and my basic human rights. The Florida Department of Health must therefore provide me with proof of Faisiak's insurance she alleged to have for the relevant times beginning 2009 to date. If no insurance exists, Fabisiak must obviously also be held liable in terms of the law for failing to adhere to the law, but also for a further fraudulent statement on her profile, because till October 14, 2011, Fabisiak alleged carrying insurance.

Yesterday I further became aware that the same statutory notice about medical malpractice, completely within my legal rights as the person who paid her account, which I served on Fabisiak September 29, 2011, Fabisiak names as "violence" against her and demanded an injuction against such "emotional violence". It shows Fabisiak she does not understand the rules of her profession and that when she has violated such laws as sexually abusing a patient and fraudulently misrepresenting certification she does not have, that she invited litigation. I refer you to the numerous sections in the relevant acts alone prohibiting those reporting on a breach of the rules to be liable for prosecution. It was at all times my right to petition govenement to take action for Fabisiak's continued abuse of my husband and as the matter progressed, myself. It is my basic human right to demand the implementation of the law.

In the same Petition (which was denied) Fabisiak asserts repeatedly (case number 41-2011-DR-7468) that for 3 (three years) she has been legally "abused" by me. In the court document Fabisiak provides the date 8 October 2009 as the date knowing me from. That is two (2) years and she is a professional who should be accurate with simple things like that. (She at any rate ignored the fact that I met her at the Chamber of Commerce event – which is not anywhere near three years either). That is a small example, but in essence what has been the problem here: Fabisiak bends the truth for effect. Fabisiak has no qualms to lie, and quite frankly does not seem to have the basics of a professional type of understanding that what she is doing is wrong. A professional understanding for a true psychiatrist would be:

Adhere to the rules of her profession: do not start a sexual relationship with a patient, do not move a mental health patient into her home, do not use the mental health patient to do your legal work defending you from numerous creditors, Under case number 42-2011-DR-7468 Fabisiak completely oversteps the mark of any type of professional and the very matter is only allowed for family members, so Fabisiak thinks that because she saw my husband three times as his (fraudulent) psychiatrist, and moved him into her home, (criminal conduct) it brings her into the "realm" of my family? On the court papers Fabisiak even attacks my children and my ex-husband, their dad, an orthopedic surgeon and professor, in South

49

Africa!!. Fabisiak goes so far as to complain about the school my children attend, No human being begging her husband to seek psychiatric help from a doctor licensed in any State in the world should have the absurd result that such "doctor" ends up filing "family" type documents thinking she has a right to tell her mental health patient's wife what school the wife's children should attend!!! So devoid of understanding is Fabisiak that she who knows full well that for ten years she defrauded the people of Bradenton by fraudulently alleging she is American Board of Psychiatry and Neurology certified, appended my allegation  that her allegation of being American Board of Psychiatry and Neurology certified is fraudulent, when she knows or should know that she has never been so certified and the American Board of Psychiatry and Neurology stated in writing that Fabisiak was never certified by them. In the same document Fabisiak makes the false allegations that I would have followed her, which I most definitely did and therefore she could not give a single example. It does show her paranoia thougn in line with her own allegations of her mental illness. Had the government not worked so hard to help Fabisiak I would have known long ago if my husband is fine and what happened to our beloved pets, which could stop my need for litigation. Fabisiak now uses the fact that I have had no option but to continue my legitimate legal pursuit through the courts to get answers as "violence" against her.

Because Fabisiak does not follow simple facts and legal principles, she gives the impression of someone who when tested  by a panel of  psychiatrists, may well be found lacking of the ability to discern between truth and fiction. For instance she did an affidavit, a sworn statement saying three (3) years, when it is simply not true (numerous other examples) too. Fabisiak further does no understand the basics of legal process, namely that only in matters in which an attorney formally made an appearance on her behalf, can legal process be forwarded to such attorney and that therefore for all new matters, or matters in which no litigation is being conducted, such as in this matter before the Medical Board, she is entitled to a copy hereof, and as a matter of courtesy I will obviously let her have such copy.

Fabisiak either intentionally or due to mental illness violated the laws mentioned herein. Because the Florida Department of Health did not follow the law which dictates clearly how they should have dealt with the matter, all parties in this horrible situation, including Fabisiak, feel victimized. Already in November 2010, in a Motion to the Florida Second District Court of Appeal, I warned that unless the law is implemented into the situation, everyone, including Fabisiak become victims of a failure of government.

Despite having an attorney Fabisiak does not seem to understand that when she started a sexual relationship with her patient, my husband (particularly at a time he was most vulnerable and on medication she prescribed), that she committed gross medical malpractice and jeopardized her own career. Fabisiak further does not seem to understand that part of her obligation as a physician was to adhere to the rules and laws relating to her profession. For her to now be unhappy with me for mentioning that she is practicing with a license which makes the fraudulent allegation of being American Board of Psychiatry and Neurology certified when she is not, or that she is a vendor to the Florida Department of Health and the licensing body, the Florida Department of Business and Professional Regulation, does not have her licensed, is not my fault, but hers. All I am doing is reporting her crimes, which is not only my right, but legal duty. It is the legal duty of the Florida Department of Health to hold her accountable and to report her conduct to Law Enforcement.

The foremost responsibility in all this was with the Florida Department of Health, which thought it is pleasing Fabisiak, but is harming even her and most definitely the public. This juncture provides an opportunity to correct the situation. Apply the law to Fabisiak's conduct and let us all carry on with our lives.

Annamarie Riethmiller" NOTE TO FEDERAL COURT DISTRICT OF COLUMBIA, TO DATE, APRIL 2012, I HAVE NOT HAD THE COURTESY OF A REPLY TO THIS LETTER




Accredited by the American College of Radiology            ℳ*anatee*
                                                           *Diagnostic* JAN 2 4 2012   Joint Commission
                                                           *Center*                    on Accreditation of Healthcare Organizations
                                                           'MDC RIVERSIDE

*ANGUS W. GRAHAM, JR. M.D.*                                *JAMES CHATHAM, JR. M.D.*
Medical Director                                           Assistant Medical Director
*DAVIS W. GRAHAM*                                          *MELISSA R THEMAR GECK. M.D.*
Executive Director                                         Radiologist - Subspecialty in Breast Imaging
                                                           *LORI K. TAYLOR, M.D.*
                                                           Associate Radiologist - Subspecialty in Abdominal Imaging

| | | | |
|---|---|---|---|
| Patient: ANNAMARIE RITHMILLER | F-53 | 4/24/1958 | MRN #: 1315317 |
| Referring Physician:   REGINALD WOODS, MD | | | Accession #:   886689 |
| | | | Exam Date: 1/23/2012 |

## SONOGRAM OF THE PELVIS (TRANSABDOMINAL):

INDICATION: Postmenopausal bleeding.

COMPARISON: None.

FINDINGS: The uterus is mildly enlarged measuring 11.5 x 7.5 x 5.6 cm,
anteverted and demonstrates a 3.0 x 3.4 x 2.8-cm right anterior fundal
uterine leiomyoma. The postmenopausal endometrium is abnormality thickened
measuring 1.4 cm. Notably, greater than 0.39 cm is considered to be
abnormally thickened for a postmenopausal patient.

The right ovary measures 3.7 x 1.7 x 1.8 cm and demonstrates a 1.8 x 1.6 x
1.5-cm simple-appearing cyst. The left ovary is not visualized.

The adnexal regions appear normal with no evidence of mass and no pelvic
free fluid is seen. The urinary bladder appears grossly normal.

## IMPRESSION:

1. Abnormally thickened postmenopausal endometrium, 1.4 cm. If clinically
warranted, followup evaluation of endometrial thickness with transvaginal
ultrasound in 4 to 6 weeks may be considered.
2. A 3.8-cm, right anterior fundal uterine leiomyoma.
3. A 1.8-cm, right ovarian simple-appearing cyst.
4. Nonvisualization of left ovary.

[37TA]

Interpreting Radiologist

Continued...

MRI  CT  ULTRASOUND  NUCLEAR MEDICINE  X-RAY  MAMMOGRAPHY  BONE DENSITY (DXA)
Riverside Medical Center · 300 Riverside Drive East · Suite 4300 · Bradenton, FL 34208 · (941) 747-3034 · Fax (941) 745-5974 · www.manateediagnostic.com

JAN-24-2012  10:00                                          96%                                          P.02

**Edgar J. Price OB GYN:**
12271 US Highway 301 North   Parrish, FL 34219
941-776-4050  Fax: 941-776-4057

*February 16, 2012*
Page 5
Chart Document

**ANNAMARIE D RIETHMILLER**                          Home: (561)809-6598 Work: (561)809-6598
Female  DOB: 04/24/1958                    416312-2087004                 Ins: SLIDE E  (30)


Dx of ANNUAL GYN EXAM 2-16-12 (ICD-V70.0)  Onset: 02/16/2012
Dx of PAP 2-16-12 (IF OK REPEAT IN 3YRS) (ICD-V72.31)  Onset: 02/16/2012

**Additional Assessment Comments:**
PMB
Inaccessible cervix, will need outpatient procedure
Plans to go to S Africa in 2wks and may complete eval there not sure

## Plan
**Medication List:**
CRESTOR  TABS -- 1 po daily  Start date: 01/18/2012
THYROID MEDICATION FROM AFRICA -- 1 po daily  Start date: 01/18/2012


**Additional Plan Comments:**
RTO after returning from S Africa, patient advised to complete this eval ASAP due to potenial for Cancer,
hold mammogram for now, had Barium Enema 2008 was neg


**Process Orders**
Check Orders Results:
    Laboratory: ABN not required for this insurance
Tests Sent for requisitioning (February 16, 2012 3:46 PM):
    02/16/2012: Laboratory -- Pap IG, rfx HPV ASCU [CPT-88175] (signed)


**Signed by Reginald Woods, MD on 02/16/2012 at 3:48 PM**

# Dr Dimitrios Roussot

## MBBCH (Wits) FCOG (SA)

## Obstetrician and Gynaecologist

PR No.: 016000086495

Patient:
Patiënt: Annamarie Riethmiller     Date:
Datum: 6/3/12

To whom it may concern

This letter serves to confirm that the above patient has been seen today and warrents further investigation to rule out any potential sinister problems. She is booked to have surgery on the 9/3/12 and should not fly for the next 14 days thereafter. I hope you can understand the ramifications of this and accommodate this lady wherever possible

Yours sincerely

Tel: 011 304-7859     Fax: 011 304 7948     Emergency: 082 341 6446

Suite 206, Netcare Waterfall City, Cnr Magwa Crescent & Mac Mac Ave, Midrand, 1685
P.O. Box 1745, Groenkloof, 0027